1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  David L. Bilsker (SBN 152383)
   bilskerd@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, CA  94105
   Telephone:  (415) 848-4900
5  Facsimile:   (415) 848-4999

6  Daniel T. Shvodian (SBN 184576)
   shvodiand@howrey.com
7  Adam K. Whiting (SBN 230083)
   whitinga@howrey.com
8  HOWREY LLP
   1950 University Avenue, 4th Floor
9  East Palo Alto, CA  94303
   Telephone:  (650) 798-3500
10 Facsimile:   (650) 798-3600

11 Attorneys for CORBETT LIFE SCIENCE,
   CORBETT ROBOTICS INC., and
12 CORBETT RESEARCH PTY LTD.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 CORBETT LIFE SCIENCE;              ) Case No.
   CORBETT ROBOTICS INC.; and         )
18 CORBETT RESEARCH PTY LTD.,         ) **COMPLAINT FOR DECLARATORY**
                                      ) **JUDGMENT**
19            Plaintiffs,             )
                                      ) **DEMAND FOR JURY TRIAL**
20       vs.                          )
                                      )
21 APPLERA CORPORATION and APPLIED    )
   BIOSYSTEMS,                        )
22                                    )
              Defendants.             )
23 _____)

24

25        Plaintiffs Corbett Life Science, Corbett Robotics Inc. ("Corbett Robotics"), and Corbett

26 Research Pty Ltd. ("Corbett Research") (collectively "Corbett") complain against Defendants Applera

27 Corporation and Applied Biosystems Inc. (collectively "Applera"), demand a jury trial, and allege as

28 follows:

HOWREY LLP

COMPLAINT FOR DECLARATORY JUDGMENT

**NATURE OF THE ACTION**

1. In this action, Corbett seeks a declaratory judgment of non-infringement, invalidity, and/or unenforceability of Applera's U.S. Patent No. 6,814,934, ("the '934 patent") pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and other such relief as the Court deems just and proper.

**PARTIES**

2. Plaintiff Corbett Life Science is a corporation organized and existing under the laws of Australia, having its principal place of business in Mortlake, NSW, Australia.

3. Plaintiff Corbett Research is a wholly-owned subsidiary of Corbett Life Science organized and existing under the laws of Australia, having its principal place of business in Mortlake, NSW, Australia.

4. Plaintiff Corbett Robotics is a wholly-owned subsidiary of Corbett Life Science and a corporation organized and existing under the laws of California, having its principal place of business at 185 Berry Street, Suite 5200, San Francisco, California.

5. Upon information and belief, Defendant Applera Corporation is a Delaware Corporation with its principal place of business at 301 Merritt 7, Norwalk, Connecticut.

6. Upon information and belief, Defendant Applied Biosystems Inc. is an operating group of Applera Corporation with its principal place of business at 850 Lincoln Centre Drive, Foster City, California.

**JURISDICTION AND VENUE**

7. This Court has jurisdiction over the subject matter of this action because it seeks a declaratory judgment under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202 and 35 U.S.C. § 101 *et seq.* regarding an actual and justiciable controversy between the parties hereto over whether the '934 patent is valid, infringed, and enforceable.

8. This Court has personal jurisdiction over Applera because upon information and belief, Applera Corporation and Applied Biosystems reside in and/or engage in significant business activities in this district, including maintaining offices in this district, employing corporate representatives in this

1   district, selling products in this district, soliciting business in this district, targeting customers in this

2   district, and/or deriving substantial revenue from this district, among other things.

3       9.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(a), 1391(b), 1391(c)

4   and/or 28 U.S.C. § 1400(b) because, upon information and belief, Applied Biosystems and Applera

5   Corporation reside in and/or engage in significant business activities in this district.

6                               **FACTUAL BACKGROUND**

7       **APPLERA'S INFRINGEMENT ALLEGATIONS AGAINST CORBETT'S PRODUCTS**

8       10.     Plaintiff Corbett Life Science is the Australian parent company of a group of

9   biotechnology companies, including plaintiffs Corbett Research and Corbett Robotics, that design,

10  manufacture and internationally distribute instrumentation systems for the life sciences. Corbett's

11  most recognized products are the world's first rotary real-time DNA amplification systems called

12  "Rotor-Gene$^{TM}$."

13      11.     Corbett currently sells its Rotor-Gene$^{TM}$ products in the United States.

14      12.     Upon information and belief, Applera is the assignee of record of U.S. Patent No.

15  6,814,934 B1 entitled "Instrument For Monitoring Nucleic Acid Amplification" (the "'934 patent"),

16  which was filed on November 12, 1997, and issued on November 9, 2004. The sole inventor named on

17  the '934 patent is Russell Gene Higuchi. A copy of the '934 patent is attached hereto as Exhibit A.

18      13.     Upon information and belief, Applera is the exclusive authorized and registered

19  proprietor of European Patent EP 0 872 562 B1 entitled "Instrument for monitoring nucleic acid

20  amplification reactions," (the "'562 EP"). A copy of the '562 EP is attached hereto as Exhibit B.

21      14.     The sole inventor named on the '562 EP is Russell Gene Higuchi, who is the same sole

22  inventor named on the '934 patent.

23      15.     The priority patent application listed on the '562 EP is United States patent application

24  695,201, filed May 2, 1991, which is the identical priority patent application as listed on the '934

25  patent.

26      16.     The language of claim 1 of the '934 patent is nearly identical to the language of claim 1

27  of the '562 EP. A chart comparing the claim language is attached hereto as Exhibit C.

28

17.    On March 28, 2008, Applera's counsel sent Corbett a letter under the subject heading "Infringement of patent EP 0 872 562 by the Rotor-Gene 3000 and Rotor-Gene 6000," which is attached as Exhibit D.

18.    In the letter, Applera's counsel stated:  (1) the features of claim 1 of the '562 EP; (2) that Applera had become aware of the Rotor-Gene$^{TM}$ 3000 and Rotor-Gene$^{TM}$ 6000 devices on Corbett's website; (3) that the Rotor-Gene$^{TM}$ 3000 and Rotor-Gene$^{TM}$ 6000 products realize all features of claim 1 of the '562 EP; (4) that Corbett had infringed Applera's exclusive rights; and (5) that Corbett was liable for damages, must destroy its products, and pay attorney's fees.

19.    In the letter, Applera's counsel offered Corbett an opportunity to "settle this dispute" by signing, unchanged an attached "Cease and Desist Declaration" requiring Corbett to refrain from "offering, using, putting in circulation or importing or possessing for the mentioned purposes in the Federal Republic of Germany" and "destroy" the apparatus described by the language of claim 1 of the '562 EP.

20.    In the letter, Applera's counsel also attached a patent infringement complaint and stated that the complaint would be "made pending without further notice" should Corbett not return the signed Cease and Desist Declaration by April 17, 2008.

21.    Corbett did not sign the Cease and Desist Declaration and on April 18, 2008, Applera filed a complaint for patent infringement with the German District Court in Dusseldorf.  A copy of Applera's German patent infringement complaint against Corbett is attached hereto as Exhibit E.

22.    Corbett currently sells and has plans to continue to sell in the United States the same Rotor-Gene$^{TM}$ products that Applera has accused of infringing the claims of EP '562.  Corbett believes it has a right to manufacture, import, use, sell, and offer for sale its Rotor-Gene$^{TM}$ products in the United States.

23.    However, based on Applera's accusations regarding the '562 EP claims and its filing of the German patent infringement lawsuit, Corbett believes that there is a real and imminent danger that Applera will sue Corbett for infringement of the nearly identical claims of the '934 patent based on its sales of the Rotor-Gene$^{TM}$ products in the United States.

COMPLAINT FOR DECLARATORY JUDGMENT          -4-

24.     Corbett believes that Applera's actions regarding the '562 EP have put Corbett in the position of either risking a suit for infringement of the '934 patent by continuing to sell its Rotor-Gene<sup>TM</sup> products in the United States or abandoning the market until the '934 patent expires.

25.     Thus, a valid and justiciable controversy regarding the patents-in-suit has arisen between Corbett and Applera that is properly presented for judicial relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

## FIRST CLAIM FOR RELIEF

### (Request for Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,814,934)

26.     Corbett realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 25.

27.     A valid and justiciable controversy within the meaning of 28 U.S.C. § 2201 has arisen and exists between Corbett and Applera regarding the infringement of the '934 patent.

28.     Corbett has not infringed, has not willfully infringed, is not now infringing, has not contributorily infringed, and has not induced infringement any valid and enforceable claim of the '934 patent either literally or under the doctrine of equivalents.

29.     Applera is also estopped from asserting that the claims of the '934 patent have been infringed by Corbett because the claims of the '934 patent were so restricted and limited in scope during the prosecution of the application upon which the patent issued so as to distinguish the alleged invention from the prior art, to overcome the objections of or rejection by the examiner, and to induce the issuance of the patent that said claims cannot be construed as describing or embracing any activities, instruments, products, or methods used, promoted, or induced by Corbett.

30.     A judicial determination and declaration of non-infringement is necessary and appropriate to resolve this controversy and so that the parties may ascertain their respective rights and duties.

## SECOND CLAIM FOR RELIEF

### (Request for Declaratory Judgment of Invalidity of U.S. Patent No. 6,814,934)

31.     Corbett realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 30.

32.      A valid and justiciable controversy within the meaning of 28 U.S.C. § 2201 has arisen and exists between Corbett and Applera regarding the validity of the '934 patent.

33.      The '934 patent is invalid because it fails to satisfy the conditions and requirements for patentability as set forth in at least 35 U.S.C. §§ 101, 102, 103, and/or 112, and due to double patenting.

34.      A judicial determination and declaration of invalidity is necessary and appropriate to resolve this controversy and so that the parties may ascertain their respective rights and duties.

## THIRD CLAIM FOR RELIEF

### (Request for Declaratory Judgment of Unenforceability of U.S. Patent No. 6,814,934)

35.      Corbett realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 34.

36.      A valid and justiciable controversy within the meaning of 28 U.S.C. § 2201 has arisen and exists between Corbett and Applera regarding the enforceability of the '934 patent.

37.      The '934 patent is unenforceable due to inequitable conduct before the United States Patent and Trademark Office ("USPTO").  Such conduct includes, but is not limited to, the applicant for the '934 patent, Russell Gene Higuchi, not disclosing the true inventorship of the '934 patent with an intent to deceive the USPTO.

38.      On January 22, 1998, Dr. Higuchi executed a declaration submitted to the USPTO asserting that he was the sole inventor of the application that ultimately issued as the '934 patent.  This inventor declaration is attached hereto as Exhibit F.  As a result of this declaration, the USPTO listed Dr. Higuchi as the sole inventor of the '934 patent.

39.      But, upon information and belief, Dr. Higuchi worked together with Dr. Gavin Dollinger at Cetus on a project to label materials with unique pieces of DNA that could be detected by amplification using the polymerase chain reaction ("PCR").  During the course of that project, a technician mistakenly added a fluorescent dye for labeling DNA called ethidium bromide to a PCR amplification tube at the beginning rather than the end of the amplification reaction.

40.    Dr. Higuchi asserted that it was to his surprise that the ethidium bromide did not inhibit the amplification reaction.  As a result, Dr. Higuchi claims to have come upon the invention of a method to detect the progress of a PCR amplification in real-time (*i.e.*, "real-time PCR").

41.    Dr. Dollinger was an expert in making analytical machines used to monitor chemical reactions.  Upon information and belief, Dr. Dollinger also learned of the technician's PCR amplification mistakenly performed with ethidium bromide added at the beginning.  Based upon this, Dr. Dollinger realized that a machine should be created which could act as a thermocycler and detect fluorescence and thereby follow the PCR amplification process in real-time.

42.    Upon information and belief, Dr. Dollinger first conceived of such a real-time PCR machine as consisting of a spectrofluorometer, which measures fluorescence, with a temperature-controlled sample chamber that could be heated and cooled.  This initial design for the machine is described in the '934 patent at col. 12, lines 14-17.  ("In a spectrafluorometer capable of heating and cooling a surface, or vessel, an optic fiber is not required.  The optic fiber is only necessary where a thermocycler and spectrafluorometer are housed independently.")

43.    Upon information and belief, Dr. Higuchi (or others involved in the preparation of the '934 patent application) had knowledge of Dr. Dollinger's initial design and included a description of it in the specification.

44.    Dr. Dollinger's initial design for a real-time PCR machine fulfills the requirements of the instrument and system recited in at least claims 1 and 7 of the '934 patent.

45.    Claim 1 of the '934 patent requires:

An instrument for use in monitoring a nucleic acid amplification reaction comprising multiple thermal cycles, comprising:
(a) an automated thermal cycler capable of alternately heating and cooling, and adapted to receive, at least one reaction vessel containing an amplification reaction mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent; and
(b) a detector operable to detect a fluorescence optical signal while the amplification reaction is in progress and without opening the at least one reaction vessel, which fluorescence optical signal is related to the amount of amplified nucleic acid in the reaction vessel.

46.    Claim 7 of the '934 patent requires:

A system for use in monitoring a nucleic acid amplification reaction comprising multiple thermal cycles, comprising:

(a) at least one reaction vessel adapted to contain an amplification reaction mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent;
(b) an automated thermal cycler capable of alternately heating and cooling such a reaction vessel, and
(c) a detector operable to detect a fluorescence optical signal while the amplification reaction is in progress and without opening the at least one reaction vessel, which fluorescence optical signal is related to the amount of amplified nucleic acid in the reaction vessel.

47.    Upon information and belief, Dr. Dollinger conceived of the initial design for the real-time PCR machine without Dr. Higuchi telling him what to do or supervising him. Dr. Dollinger is an inventor of at least '934 patent claims 1 and 7.

48.    Furthermore, information regarding Dr. Dollinger's development of this initial design for a real-time PCR machine is material to the patentability of the '934 patent. However, the '934 patent and file history nowhere disclose Dr. Dollinger's conception of this initial design.

49.    Upon information and belief, after performing some work on this initial design, Dr. Dollinger decided to pursue another design to implement a machine for real-time PCR. Dr. Dollinger next conceived of, designed, and built a machine that is the same as described in Example VIII of the '934 patent. (*See*, *e.g.*, '934 patent, col. 23, lines 2-45.) This machine included a spectrafluorometer with a fiber optic connected to a PCR tube containing an amplification reaction placed in a thermocycler. The machine was capable of alternately heating and cooling the PCR tube and measuring a fluorescence optical signal while an amplification reaction was in progress. This machine fulfilled the requirements of the instrument and system recited in at least claims 1 and 7 of the '934 patent.

50.    Upon information and belief, Dr. Dollinger conceived of, designed, and built a machine for real-time PCR the same as disclosed in Example VIII without Dr. Higuchi telling him what to do or supervising him. Dr. Dollinger is an inventor of at least '934 patent claims 1 and 7.

51.    Furthermore, information regarding Dr. Dollinger's development of the machine of Example VIII is material to the patentability of the '934 patent. However, the '934 patent and file history nowhere disclose Dr. Dollinger's conception, design, and building of this machine for real-time PCR.

52.     Upon information and belief, Dr. Higuchi worked with Dr. Dollinger and had knowledge of this machine.  In a 2005 article he co-authored, Dr. Higuchi described working with Dr. Dollinger in the development of real-time PCR.  This article, entitled "Fifty Years of Molecular (DNA/RNA) Diagnostics" is attached hereto as Exhibit G.  In the article Dr. Higuchi describes using a machine the same as described in Example VIII of the '934 patent, to demonstrate real-time PCR. (*See*, *e.g.*, Exhibit G, page 2, right column.)

53.     Upon information and belief, this article was received on November 11, 2004, accepted on December 14, 2004, and first published online on January 13, 2005.  The '934 patent issued on November 9, 2004.

54.     An intent to deceive the USPTO can be inferred from the fact that Dr. Higuchi signed a declaration claiming to be the sole inventor of the '934 patent, then nearly simultaneous with the issuance of that patent, he co-authored and submitted an article for publication that described working with Dr. Dollinger and using a machine of the same design as Dr. Dollinger's to demonstrate real-time PCR.

55.     An intent to deceive the USPTO can be inferred from the fact that the '934 patent specification includes disclosure of Dr. Dollinger's initial design of a real-time PCR machine (described above at ¶¶ 38-45) that fulfills the requirements of claims 1 and 7 but the material information of Dr. Dollinger's independent conception of this machine was not disclosed to the USPTO.

56.     An intent to deceive the USPTO can be inferred from the fact that the '934 patent specification includes disclosure of Dr. Dollinger's design and construction of a real-time PCR machine (described above at ¶¶ 46-51) that fulfills the requirements of claims 1 and 7 but the material information of Dr. Dollinger's independent conception and reduction to practice of this machine was not disclosed to the USPTO.

57.     A judicial determination and declaration of unenforceability is necessary and appropriate to resolve this controversy and so that the parties may ascertain their respective rights and duties.

## JURY DEMAND

58.     Under Rule 38(b) of the Federal Rules of Civil Procedure, Corbett respectfully requests a jury trial on all issues and claims.

## PRAYER FOR RELIEF

WHEREFORE, Corbett prays for judgment against Applera, and that the Court award the following relief:

A.     Declare that Corbett does not infringe and has not infringed, either directly or indirectly, any valid and enforceable claim of the '934 patent, either literally or under the doctrine of equivalents;

B.     Declare that the claims of the '934 patent are invalid;

C.     Declare that the claims of the '934 patent are unenforceable;

D.     Find this case exceptional and award Corbett its attorneys' fees under 35 U.S.C. § 285;

E.     Award Corbett its expenses and costs incurred in this action;

F.     Enjoin Applera, their officers, agents, servants, employees, attorneys, and any person who acts in concert or participation with Applera from threatening to assert or otherwise attempting to enforce the '934 patent against Corbett, its customers, suppliers, or anyone in privity with Corbett and from representing to anyone, either directly or indirectly, that Corbett has infringed or is infringing, directly or indirectly, the '934 patent; and

G.     Such other and further relief as this Court deems just and proper.

Dated:  June 30, 2008                              Respectfully submitted,

                                                   By:  _Daniel T. Shvodian_____
                                                        Henry C. Bunsow
                                                        David L. Bilsker
                                                        Daniel T. Shvodian
                                                        Adam K. Whiting

                                                   Attorneys for Plaintiffs
                                                   CORBETT LIFE SCIENCE,
                                                   CORBETT ROBOTICS INC., and
                                                   CORBETT RESEARCH PTY LTD.

21314943

COMPLAINT FOR DECLARATORY JUDGMENT                      -10-

HOWREY LLP

# EXHIBIT A

US006814934B1

(12) **United States Patent**
Higuchi

(10) Patent No.: **US 6,814,934 B1**
(45) Date of Patent: **Nov. 9, 2004**

(54) **INSTRUMENT FOR MONITORING NUCLEIC ACID AMPLIFICATION**

(76) Inventor: **Russell Gene Higuchi**, 3258 Liberty Ave., Alameda, Alameda County, CA (US) 94501

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/968,208**

(22) Filed: **Nov. 12, 1997**

**Related U.S. Application Data**

(62) Division of application No. 07/695,201, filed on May 2, 1991, now Pat. No. 5,994,056.

(51) Int. Cl.[7] .............................................. G01N 21/64
(52) U.S. Cl. .................. **422/82.08**; 422/307; 250/458.1
(58) Field of Search ................................ 422/67, 82.08, 422/307; 250/454.11, 458.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,856,470 A | 12/1974 | Cullis et al. |
| 3,992,631 A | 11/1976 | Harte |
| 3,999,868 A | 12/1976 | Sanz et al. |
| 4,058,370 A | 11/1977 | Suovaniemi |
| 4,119,521 A | 10/1978 | Chirikjian ................. 204/299 |
| 4,240,751 A | 12/1980 | Linnecke et al. |
| 4,257,774 A | 3/1981 | Richardson et al. ........ 23/230 |
| 4,563,417 A | 1/1986 | Albarella et al. |
| 4,582,789 A | 4/1986 | Sheldon, III et al. ........ 435/6 |
| 4,683,195 A | 7/1987 | Mullis et al. ............... 435/6 |
| 4,683,202 A | 7/1987 | Mullis ....................... 435/91 |
| 4,856,073 A | 8/1989 | Farber et al. |
| 4,889,818 A | 12/1989 | Gelfand et al. ............ 435/194 |
| 4,902,624 A | * 2/1990 | Columbus et al. ...... 435/285.1 |
| 5,038,852 A | 8/1991 | Johnson et al. |
| 5,049,490 A | 9/1991 | Sutherland et al. .......... 435/6 |
| 5,096,807 A | 3/1992 | Leaback |
| 5,184,020 A | * 2/1993 | Hearst et al. .......... 250/504 R |
| 5,210,015 A | 5/1993 | Gelfand et al. |
| 5,219,727 A | 6/1993 | Wang et al. |

| | | |
|---|---|---|
| 5,229,297 A | 7/1993 | Schipelsky et al. |
| 5,242,797 A | 9/1993 | Hirschfeld |
| 5,269,937 A | 12/1993 | Dollinger et al. |
| 5,322,770 A | 6/1994 | Gelfand |
| 5,355,215 A | 10/1994 | Schroeder et al. |
| 5,374,553 A | 12/1994 | Gelfand et al. |
| 5,389,512 A | 2/1995 | Kwok et al. |
| 5,411,876 A | 5/1995 | Bloch et al. |
| 5,415,839 A | 5/1995 | Zaun et al. |
| 5,455,170 A | 10/1995 | Abramson et al. |
| 5,552,580 A | 9/1996 | Pfost et al. |
| 5,618,711 A | 4/1997 | Gelfand et al. |
| 5,795,747 A | 8/1998 | Henco et al. |
| 5,871,908 A | 2/1999 | Henco et al. |
| 5,994,056 A | 11/1999 | Higuchi |
| 6,171,785 B1 | 1/2001 | Higuchi |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 26 51 536 A1 | 5/1978 |
| EP | 0070685 | 1/1983 |

(List continued on next page.)

OTHER PUBLICATIONS

Eigen, M. et al "Sorting single molecules: Application to diagnostics and evolutionary biotechnology" Proc. Natl. Acad. Sci., vol 91, pp. 5740–5747, 1994.*

(List continued on next page.)

*Primary Examiner—Jill Warden*

(57) **ABSTRACT**

This invention relates to improved methods for nucleic acid detection using methods such as the polymerase chain reaction (PCR). More specifically, the invention provides methods for simultaneous amplification and detection to enhance the speed and accuracy of prior methods. The methods involve the introduction of detectable DNA binding agents into the amplification reaction, which agents produce a detectable signal that is enhanced upon binding double-stranded DNA. In a preferred embodiment, the binding agent is a fluorescent dye. The methods also provide means for monitoring the increase in product DNA during an amplification reaction.

**12 Claims, 9 Drawing Sheets**



## US 6,814,934 B1
Page 2

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0169787 | 1/1986 |
| EP | 0 200 362 B1 | 12/1986 |
| EP | 0 236 069 A2 | 9/1987 |
| EP | 0487218 | 5/1992 |
| EP | 0487218 A1 | 5/1992 |
| EP | 0 488 769 B1 | 6/1992 |
| EP | 0 512 334 B1 | 11/1992 |
| EP | 0 516 274 A2 | 12/1992 |
| EP | 0 524 808 A2 | 1/1993 |
| EP | 0 580 362 B1 | 1/1994 |
| EP | 0 640 828 B1 | 3/1995 |
| FR | 2250991 | 6/1975 |
| GB | 1486210 | 9/1977 |
| JP | A-61-215948 | 9/1986 |
| JP | 62-105031 | 5/1987 |
| JP | A-03-122552 | 5/1991 |
| JP | 3-259099 | 11/1991 |
| JP | 4-027399 | 1/1992 |
| JP | 4-084751 | 3/1992 |
| JP | 4-084752 | 3/1992 |
| WO | 9015881 | 12/1990 |
| WO | WO 92/05278 | 4/1992 |

### OTHER PUBLICATIONS

Haff, L.A. "New Developments in Polymerase Chain Reaction" Amplifications, Issue 1, Feb., 1989, pp. 1–12.*

Sharp et al., Biochemistry 12:3055 (1973).

Morrison et al., Anal. Biochem. 183:231–244 (1989).

Glazer et al., Proc. Natl. Acad. Sci. USA 87:3851–3855 (1990).

Mabuchi and Nishikawa, Nuc. Acids Res. 18(24):7461–7462 (1990).

Oser and Valet, Angew. Chem. Int. Engl. 29(10):1167 (1990).

Sobel and Jain, J. Mol. Biol. 68:21–34 (1972).

Kapuseinski and Szer, Nuc. Acids Res. 6(112):3519–3535 (1979).

Johnson and Hearst, Photochem. and Photobiol., 33:785–791 (1981).

Khattat et al., JACS, 112:4960 (1990).

Searle and Embrey, Nuc. Acids Res., 18(13):3653–3762 (1990).

Richardson, J. Mol. Biol. 78:703–714 (1973).

Kornberg, in DNA Synthesis, W.H. Freman and Co., San Francisco 220–236 (1974).

Kirk–Othmer, Encyclopedia of Chemical Technology (Third Edition), 3:906–907.

Byrnes, J.J., et al., Biochemistry, 12(22):4378–4384 (1973).

Lomell, H., et al., Clin. Chem., 35(9):1826–1831 (1989).

Isaacs et al., Nucleic Acids Research, 19(1):109–116 (Jan. 1991).

Kaledin, et al. Biokhimiya 46(9):1576–1584 (1982).

Stephen J. Morris, "Real–Time Multi–Wavelength Fluorescence Imaging of Living Cells," BioTechniques 8(3) : 296–308 (1990).

Eigen et al., "Report on Evolution Research," Department of Biochemical Kinetics, Max Planck Institut Fur Biophysikalische Chemie, p. i, 1, 2, 53–56, 65.

Rolf Gunther, "Construction of a Multichannel Fiberoptic Fluorimeter," Dissertation prepared at The Max Planck Institute for Biophysical Chemistry at Gottingen, pp. 1–82 (in German, and English translation provided).

Bauer et al., Traveling waves of in vitro evolving RNA, Proc. Natl. Acad. Sci. 86:7937–7941 (1989).

Chehab et al., Detection of specific DNA sequences by fluorescence amplification: A color complementation assay, PNAS 86:9178–9182 (1989).

Haff et al., A high–performance system for automation of the polymerase chain reaction, BioTechniques 10(1):102–112 (Jan. 1991).

Henco et al., Determination of in vitro amplified nucleic acid sequences, Chem. Abstr. 119 (15):153368b (1993).

Higuchi et al., Simultaneous amplification and detection of specific DNA sequences, Bio/Technology 10:413–417 (1992).

Higuchi et al., Kinetic PCR analysis: real–time monitoring of DNA amplification reactions, Bio/Technology 11:1026–1030 (1993).

Katz et al., Rapid separation, quantitation and purification of products of polymerase chain reaction by liquid chromatography, J. Chromatography 512:433–444 (1990).

Kellogg et al., Quantitation of HIV–1 Proviral DNA relative to cellular DNA by the polymerase chain reaction, Anal. Biochem. 189:202–208 (1990).

Kornberg, DNA Replication, 427–441 (1980).

Kornberg, DNA Replication, 451–455 (1992).

Kosarev et al., Determination of bacterial concentration in suspension—involves using di:amino–ethyl–phenyl–phananthridinium bromide as fluorescing substance and measuring fluorescence intensity after excitation, Database WPIL Week 8651 Derwent Publications Ltd., Lond, GB; AN 86–338273 & SU–A–1 231 077 (Appl Microbiol Res) May 15, 1986.

Kramer et al., Evolution in vitro: sequence phenotype of a mutant RNA resistant to ethidium bromide, J. Mol. Biol. 89:719–736 (1974).

Millipore Direct Catalogue, p. 393–396 (1994–1995).

Appeal Brief submitted by Bio–Rad to the Japanese Patent Office on Oct. 30, 2003 seeking invalidation of counterpart Japanese Patent No. 3136129 (English translation only).

Full copy of "Report on Evolution Research," Department of Biochemical Kinetics, Max Planck Institut für Biophysikalische Chemie, allegedly published Apr. 18–20, 1991, submitted as Exhibit 8 in item 51 above, portions of which were cited in this application as item 41 on the Form 1449A submitted to the Patent Office on or about Oct. 24, 2003.

Decision by Japanese Patent Office dated Dec. 25, 2003 in Invalidation Appeal No. 2002–35399 (English language translation only).

Bio–Rad Brief dated Oct. 30, 2003 filed with the Japanese Patent Office in Invalidation Appeal No. 2003–35449 (English language translation only).

Exhibit Ko No. 8 from Cite No. 53(Eigen et al., allegedly Apr. 18–20, 1991, "Report on Evolution Research,"Department of Biochemical Kinetics, Max Planck Institute Fur Biophysikalische Chemie, complete document).

Bio–Rad Protest Brief dated Nov. 19, 2003 filed with the Tokyo District Court in PE Corp. (NY) vs. Bio–Rad, Tokyo District Court No. H–15 (mo) 15045 (English language translation only).

Applera Summary of Arguments dated Jan. 7, 2004 filed with the Tokyo District Court in PE Corp. (NY) vs. Bio–Rad, Tokyo District Court No. H–15 (mo) 15045 (English language translation only).

Applera First Statement dated Jan. 14, 2004 filed with the Tokyo District Court in PE Corp. (NY) vs. Bio–Rad, Tokyo District Court No. H–15 (mo) 15045 (English language translation only).

US 6,814,934 B1

Page 3

Bio–Rad Second Statement dated Feb. 20, 2004 filed with the Tokyo District Court in PE Corp. (NY) vs. Bio–Rad, Tokyo District Court No. H–15 (mo) 15045 (English language translation only).

Exhibit No. 21 from Cite No. 58 (Eigen et al., "Report on the International Workshop Selection—Natural and Unnatural—In Biotechnology").

Applera Response to Oppositions and Intervention against EP 0 872 562 filed in the European Patent Office Feb. 2, 2004.

Applera Complaint dated Feb. 7, 2003 filed in Applera v. Bio–Rad, Dusseldorf Regional Court Case No. 4a O 44/03 (English language translation only).

Bio–Rad Reply Brief dated Nov. 17, 2003 filed in Applera v. Bio–Rad, Dusseldorf Regional Court Case No. 4a O 44/03 (English language translation only).

Exhibit B11 from Cite No. 62 (Eigen et al., allegedly Apr. 18–20, 1991, "Report on Evolution Research", pp. i, 1, 2, 53–56 and 65.

Exhibit B11a from Cite No. 62 (undated and unsworn statement by Prof. Manfred Eigen).

Applera Brief (adding another product) dated Dec. 4, 2003 filed in Applera v. Bio–Rad, Dusseldorf Regional Court Case No. 4a O 44/03 (English language translation only).

Applera Reply Brief dated Feb. 2, 2004 filed Applera v. Bio–Rad, Dusseldorf Regional Court Case No. 4a O 44/03 (English language translation only).

Applera Extension of Claim (Patent in Suit III) dated Jun. 20, 2003 filed in Applera v. MJ Research, Dusseldorf Regional Court Case No. 4a O 262/02 (English language translation only).

MJ Research Motion (Requesting Stay of Suit Pending Outcome of Opposition) dated Dec. 8, 2003 filed in Applera v. MJ Research, Dusseldorf Regional Court Case No. 4a O 262/02 (English language translation only).

Applera Response dated February 16, 2004 filed in Applera v. MJ Research, Dusseldorf Regional Court Case No. 4a O 262/02 (English language translation only).

Applera Corporation's Claim Construction Brief for U.S. Patent No. 5,552,580 (with copy of Expert Report of Dr. Joseph Jaklevic).

Applera Corporation's Corrected Claim Construction Brief for U.S. Pat. No. 5,552,580 (with copy of Notice of Filing of same).

Bio–Rad Reply Brief dated Mar. 22, 2004 filed in Applera v. Bio–Rad, Düsseldorf Regional Court Case No. 4a O 44/03 (English language translation only).

Exhibit Collection B14 from Cite No. 72.

Applera Answer dated Mar. 29, 2004 filed in Applera v. Bio–rad, Düsseldorf Regional Court Case No. 4a O 44/03 (English language translation only).

MJ Research Answer dated Mar. 26, 2004 filed in Applera v. MJ Research, Düsseldorf Regional Court Case No. 4a O 235/03 (English language translation only).

Advertisement for Perkin Elmer Cetus GeneAmp®PCR System 9600, 1991, BioTechniques 10(2).

Cardullo et al., 1988, Proc. Natl. Acad. Sci. USA 85:8790–8794.

Derwent Abstract for SU1702312–A1, 1986.

Derwent Abstract for Japanese Patent Application JP63119672–A, May 24, 1988 and Patent Abstracts of Japan for Japanese Patent Application JP63119672–A, published May 24, 1988.

Eppendorf Product Literature, Sep. 1973.

FluoroLog–2 Spectrofluorometer Manual (publication date unknown).

Holland et al., 1991, FASEB 5(4): A261.

Literature Express Circle 245, 1990, BioTechniques 9(5): 650.

McCleod, 1990 J. Med. Eng. Tech. 14: 60–68.

Murakami et al., 1989, Nucl. Acids Res. 17: 5587–5595.

SPEX Catalog (publication date unknown).

Stufen zum Leben, Piper Verlag, 1987, pp. 5, 193–199.

Wittwer et al., 1990, Anal. Biochem. 186: 328–331.

Dissertation Thesis of Hajo Otten, "Ein Beitrag Zur Durchführung von Kontrollierten Evolutionsexperimenten mit Biologischen Makromolekülen," pp. 1–17 (publication date unknown), English language translation of the text bridging pp. 16–17, beginning with the heading "2.5 Machinenexperimente".

Eigen, 1987, "New Concepts for Dealing with the Evolution of Nucleic Acids," Cold Spring Harbor Symposium on Quantitative Biology, vol. LII, pp. 307–319.

Eigen, allegedly Apr. 18–20, 1991, "Report on Evolution Research," Department of Biochemical Kinetics, Max Plack Institut für Biophysikalische Chemie, cover page, title page and pp. i–iii and 48–56.

Declarations of Drs. Manfred Eigen , Ruthild Winkler–Oswatitsch, Björn Lindemann, Andreas Schwienhorst and Rolf Günther from the file history of EP 0 583 265.

Opposition Papers submitted by Bio–Rad Inc. in corresponding European Patent EP 0 872 562.

Opposition Papers submitted by the Secretary of State for Defence, UK in corresponding European Patent EP 0 872 562.

Opposition Papers submitted by Bibby Sterilin Ltd. in corresponding European Patent EP 0 872 562.

Opposition Papers submitted by Eppendorf AG in corresponding European Patent EP 0 872 562.

Annex 2 from cite 46, above.

Opposition Papers submitted by Cepheid Inc. in corresponding European Patent EP 0 872 562.

Notice of Intervention submitted by MJ Research, Inc. in corresponding European Patent EP 0 872 562.

Decision of Preliminary Injunction from Japanese Litigation H14 (Yo) No. 22065 (English Translation only).

* cited by examiner



FIG. 1





FIG. 2

F I G . 3



Homozygous
AA

Heterozygous
AS

Homozygous
SS

FIG. 4A



FIG. 4B





FIG. 5A



FIG. 5B



FIG. 6A

# FIG. 6B



# FIG. 7



# FIG. 8



US 6,814,934 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# INSTRUMENT FOR MONITORING NUCLEIC ACID AMPLIFICATION

This application is a division of application Ser. No. 07/695,201 filed May 2, 1991, now U.S. Pat. No. 5,994,056.

## BACKGROUND OF THE INVENTION

### Field of the Invention

The present invention provides improved methods for nucleic acid detection. The novel methods for simultaneous nucleic acid amplification and detection enhance the speed and accuracy of prior detection methods and eliminate the need for sample processing following amplification. In a preferred embodiment, the method provides a modification of the polymerase chain reaction and utilizes agents whose fluorescence is enhanced upon binding double-stranded DNA. The methods provided herein have numerous applications, particularly in the fields of molecular biology, medical diagnostics and forensic sciences.

### Description of Related Art

The disclosed nucleic acid detection methods offer the advantages of speed and simplicity over prior methods for detecting amplified nucleic acids. Nucleic acid detection techniques in general are particularly useful in medical diagnostic assays. For example, Falkow et al., U.S. Pat. No. 4,358,535 disclose a method for detecting pathogens by spotting a sample (e.g., blood, cells, saliva, etc.) on a filter, lysing the cells and fixing the DNA through chemical denaturation and heating. Then, labeled DNA probes are added and allowed to hybridize with the fixed sample DNA. Hybridization indicates the presence of the pathogen's DNA.

Nucleic acid detection using oligonucleotide probes has become a standard method for specific target detection. Numerous modifications of the method have been described, including culturing the target cells or organisms in situ on the filter, increasing the amount of target nucleic acid available for detection. Generally, these methods require that the DNA sample is noncovalently bound onto a solid support such as nitrocellulose or nylon and then hybridized to a labeled target-specific probe.

The sensitivity and specificity of nucleic acid detection methods was greatly improved by the invention of the polymerase chain reaction (PCR). PCR is a process for amplifying nucleic acids and involves the use of two oligonucleotide primers, an agent for polymerization, a target nucleic acid template, and successive cycles of denaturation of nucleic acid and annealing and extension of the primers to produce a large number of copies of a particular nucleic acid segment. With this method, segments of single copy genomic DNA can be amplified more than 10 million fold with very high specificity and fidelity. PCR methods are disclosed in U.S. Pat. No. 4,683,202, which is incorporated herein by reference.

Methods for detecting PCR products are particularly described in U.S. Pat. No. 4,683,195, which is incorporated herein by reference. Those methods require an oligonucleotide probe capable of hybridizing with the amplified target nucleic acid. European Patent Publication No. 237,362, which is incorporated herein by reference, also describes a PCR-based detection method termed "reverse dot blot," in which the probe, instead of the amplified DNA, is fixed to the membrane. According to the method, the target, rather than the probe, is labeled for hybridization. These methods require separate steps of amplification, capture, and detection and generally require several hours to complete. In the reverse dot-blot method, storage-stable target-specific reagents are preferred.

Alternative methods for detecting amplified nucleic acids are described in copending U.S. Ser. No. 076,394, filed Jul. 22, 1987, which is incorporated herein by reference. U.S. Ser. No. 076,394 describes PCR-based methods for simultaneous amplification and labeling of a target nucleic acid. The methods require that at least one amplification primer is labeled. The amplification primer can be labeled with, for example, a radioisotope for direct detection of the amplified product or labeled with a reagent suitable for capturing the product onto a solid support for subsequent detection.

Other means of detection include the use of fragment length polymorphism hybridization, allele-specific oligonucleotide (ASO) probes (Saiki et al., 1986, *Nature* 324:163), or direct sequencing via the dideoxy method using amplified DNA rather than cloned DNA. The fragment length polymorphism method detects insertions and deletions between PCR primers resulting in PCR products of different lengths, detectable by sizing. ASO methods are useful for detecting allelic sequence variations. In an example of ASO hybridization, the amplified DNA is fixed to a nylon filter (by, for example, UV irradiation) in a series of "dot blots," then allowed to hybridize with an oligonucleotide probe under stringent conditions. This method is also described in copending U.S. Ser. No. 347,495, filed May 4, 1989, which is incorporated herein by reference. The probe may be labeled with, for example, horseradish peroxidase (HRP) and detected by the presence of a blue precipitate following treatment with suitable oxidation reagents.

Copending U.S. Ser. No. 563,758, filed Aug. 6, 1990 (now U.S. Pat. No. 5,210,015), and incorporated herein by reference, describes an alternative assay method for detecting amplified nucleic acids. The process employs the 5' to 3' nuclease activity of a nucleic acid polymerase to cleave annealed, labeled oligonucleotides from hybridized duplexes and release labeled oligonucleotide fragments for detection. The method is suitable for detecting PCR products and requires a primer and a labeled oligonucleotide probe having a blocked 3'—OH terminus to prevent extension by the polymerase.

Due to the enormous amplification possible with the PCR process, small levels of DNA carryover from samples with high DNA levels, positive control templates, or from previous amplifications, can result in PCR product even in the absence of purposefully added template DNA. Higuchi and Kwok, (1989, *Nature* 339:237–238 and Kwok) and Orrego, (in Innis et al., 1990, *PCR Protocols: A Guide to Methods and Applications*, Academic Press, Inc., San Diego, Calif.), describe particular methods and precautions for practicing PCR with a minimum of cross contamination. U. S. Ser. No. 609,157, filed Nov. 2, 1990, describes improved methods for reducing the effects of cross contamination by the introduction of unconventional nucleotide bases. These references are incorporated herein by reference. Because the possibility of introducing contaminating DNA to a sample will be increased as the amount of handling steps required for sample preparation, processing, and analysis is increased, it would be preferable to minimize sample handling, particularly after the amplification reaction is complete.

A number of agents have been described for labeling nucleic acids, whether probe or target, for facilitating detection of target nucleic acid. Suitable labels may provide signals detectable by fluorescence, radioactivity, colorimetry, X-ray diffraction or absorption, magnetism or enzymatic activity and include, for example, fluorophores,

US 6,814,934 B1

3

chromophores, radioactive isotopes (particularly $^{32}$P and $^{125}$I) electron-dense reagents, enzymes, and ligands having specific binding partners.

Labeling is achieved by a number of means, such as chemical modification of a primer or probe to incorporate a label or the use of polymerizing agents to incorporate a modified nucleoside triphosphate into an extension product. Intercalating agents non-covalently bind the stacked bases of nucleic acids and as a result the fluorescence of the agent either increases or shifts to a different wavelength. For example, U.S. Pat. No. 4,582,789 describes several intercalating moieties including psoralens. Copending U.S. Ser. No. 076,394 describes methods for amplifying and detecting nucleic acids using psoralen labeled primers. Both the '789 patent and the '394 application are incorporated herein by reference.

Fluorescent dyes are suitable for detecting nucleic acids. For example, ethidium bromide is an intercalating agent that displays increased fluorescence when bound to double-stranded DNA rather than when in free solution (Sharp et al., 1973, *Biochemistry* 12:3055). Ethidium bromide can be used to detect both single- and double-stranded nucleic acids, although the affinity of ethidium bromide for single-stranded nucleic acid is relatively low. Ethidium bromide is routinely used to detect nucleic acids following gel electrophoresis. Following size fractionation on an appropriate gel matrix, for example, agarose or acrylamide, the gel is soaked in a dilute solution of ethidium bromide. The DNA is then visualized by examining the gel under UV light (see Maniatis et al., 1982 eds., *Molecular Cloning: A Laboratory Manual*, N.Y., Cold Spring Harbor Laboratory.)

Alternative fluorescence based methods for detecting DNA have been described. For example, Morrison et al., 1989, *Anal. Biochem.*, 183:231–244, which is incorporated herein by reference, describe a two probe method for detecting target DNA. One probe is labeled with fluorescein, the other probe, complementary to the first, is labeled with a quencher for fluorescein emission. The probes are allowed to anneal with denatured DNA containing the target sequence, and the amount of fluorescence is determined. Fluorescence increases to the extent that the fluorescein probe binds to unlabeled, complementary DNA rather than the complementary, quenching probe.

Mabuchi et a., 1990, *Nucl. Acids Res.* 18(24):7461–7462, which is incorporated herein by reference, describe a method for detecting DNA fragments based on the AT content of the nucleic acid segment. Two fluorochromes are used to stain size fractionated DNA in an agarose gel. The selective binding properties of different fluorochromes for AT rich regions are used to distinguish electrophoresed DNA fragments.

U.S. Pat. No. 4,257,774, which is incorporated herein by reference, describes the direct binding of fluorescent intercalators to DNA, e.g., ethidium salts, daunomycin, mepacrine and acridine orange, as well as 4'6-diamidino-α-phenylindole to quantitate the DNA. Fluorescence polarization is used for characterization of non-fluorescent DNA binding compounds which complete with the DNA binding dyes.

Oser and Valet (1990, *Angew. Chem. Int. Engl.* 29(10):1167) describe a nucleic acid detection scheme that requires two oligonucleotide probes complementary to adjacent sites on a target. The probes are labeled differentially with either a salicylate or a DTPA ligand bearing a fluorescence emitter, 'Tb$^{III}$'. Hybridization of both probes to the target provides steric proximity of the two labels resulting in a measurable

4

increase in Tb$^{III}$ fluorescence. The modified probes are prepared specifically for each target to be detected.

European Patent Publication No. 070,685 describes the use of fluorescent labeled polynucleotide probes in polynucleotide hybridization assays. According to the method, probes are prepared by attaching particular absorber-emitter moieties to the 3' and 5' ends of nucleic acid fragments. The fragments are capable of hybridizing to adjacent positions on a target DNA, so that, if both fragments are hybridized, the proximity of the absorber and emitter moieties results in detectable emitter fluorescence.

According to these methods, the fluorescent dye is introduced to the target DNA after all in vitro nucleic acid polymerization reactions have been completed The inhibitory effects of intercalating agents on nucleic acid polymerases have been described in numerous publications (see for example, Kornberg, 1974, *DNA Synthesis*, W. H. Freman and Co., San Francisco, and Richardson, 1973, *J. Mol Biol.* 78:703–714, which is incorporated herein by reference).

DNA binding dyes are useful as antibiotics because of the inhibitory effects on nucleic acid replication processes that result from the agent binding to the template. European Patent Publication No. 169,787 describes the use of intercalating agents for blocking replication of influenza or herpes virus. Kornberg (supra) describes a number of DNA binding agents, both intercalators and non-intercalators, and describes how each compound inhibits nucleic acid replication. At page 227, Kornberg specifically describes that ethidium bromide inhibits DNA replication.

A method for simultaneous amplification and detection of target nucleic acids would provide advantages over prior detection methods. Such a method would minimize the problems of sample contamination inherent in any process involving a series of manipulative steps for discerning a positive or negative test result By eliminating sample handling and processing steps, a method for simultaneous amplification and detection of target nucleic acids would increase the speed and accuracy of current diagnostic methods. The present invention addresses and solves these needs.

SUMMARY OF THE INVENTION

The present invention provides a method for detecting a target nucleic acid in a sample. The method comprises the steps of: (a) providing an amplification reaction mixture that comprises a sample, a DNA binding agent, wherein said agent is characterized as providing a detectable signal when bound to double-stranded nucleic acid which signal is distinguishable from the signal provided by said agent when it is unbound, and reagents for amplification; (b) determining the amount of signal produced by the mixture of step (a); (c) treating said mixture under conditions for amplifying the target nucleic acid; (d) determining the amount of said signal produced by the mixture of step (c); and (e) determining if amplification has occurred.

The invention is particularly suitable for practice in PCR amplification methods wherein a net increase in double-stranded DNA results in a change in signal strength or type. In a preferred embodiment, the DNA binding agent is a fluorescent DNA binding dye, such as ethidium bromide, and the signal is fluorescence.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 demonstrates the increased fluorescence of the PCR mixture due to amplification of a specific target DNA in the presence of ethidium bromide. The experiment is described in detail in Example II.

US 6,814,934 B1

5

FIG. 2 demonstrates the target specificity of the present detection method and illustrates some of the quantitative aspects of the invention. The details of the experiment are provided at Example IV.

FIG. 3 demonstrates the use of the present invention for genetic screening. The experiment is described in detail at Example V.

FIGS. 4A and 4B relate to the quantitative homogeneous assay described in Example VII. FIG. 4A demonstrates that the increase in fluorescence in the positive samples is greater than two standard deviations away from the average of the negative samples. FIG. 4B graphically describes a background subtraction method for measuring fluorescence.

FIGS. 5A and 5B demonstrate the results of an on-line, automated homogeneous amplification and detection system, according to the present invention as demonstrated in Example VIII. FIG. 5A shows a fluorescence print-out from a PCR containing no target DNA and serves as a negative control. FIG. 5B is a fluorescence print out from a PCR containing the appropriate target and demonstrates the continuous monitoring of the PCR and concurrent increase in PCR product.

FIGS. 6A and 6B schematically show a detector and a thermal cycler according to certain embodiments of the invention.

FIG. 7 schematically shows certain embodiments of the invention that employ a fiber optic cable.

FIG. 8 schematically shows certain embodiments of the invention in which a thermal cycler is computer-controlled.

DETAILED DESCRIPTION

The present invention provides improved methods for detecting nucleic acids and is especially suited for use in conjunction with amplification processes. The improved methods require neither an oligonucleotide probe nor a labeled amplification primer. The methods enable monitoring the accumulation of product while the amplification reaction is in progress. The invention also allows target specific quantitation. These methods are suitable for use in automated formats.

The methods disclosed offer vast improvements over prior methods for detecting amplified nucleic acids. According to the invention, amplified nucleic acids are detected without opening the reaction vessel once the amplification reaction is initiated and without any additional handling or manipulative steps subsequent to the reaction. Prior to the present invention, nucleic acid detection methods required a third oligonucleotide reagent as a probe, or a series of manipulative and time consuming steps for target detection, for example, capturing the product on a solid support, which steps are performed after amplification; In some procedures both capture and probe hybridization steps are required. The present invention eliminates the need for using a hybridizing probe reagent or a capture procedure for detecting the amplified target. In a clinical setting the methods of the invention offer speed, simplicity, and decreased opportunity for cross-contamination between samples, particularly between amplified and non-amplified samples. In addition, the present methods offer means for automated detection, monitoring and quantitation of amplification products during the amplification process and after the amplification reaction is complete.

In various embodiments, the present methods utilize a detectable agent capable of binding double-stranded DNA. The detectable binding agent may be a fluorescent dye or

6

other chromophore, enzyme, or agent capable of producing a signal, directly or indirectly, when bound to double-stranded DNA. The agent may be also characterized as binding to single-stranded DNA or RNA. It is only necessary that the agent is capable of producing a detectable signal when bound to a double-stranded nucleic acid that is distinguishable from the signal produced when that same agent is in solution or bound to a single-stranded nucleic acid.

In one embodiment, the DNA binding agent is an intercalating agent. As used herein, an intercalating agent is an agent or moiety capable of non-covalent insertion between stacked base pairs in the nucleic acid double helix. Intercalating agents, such as ethidium bromide, fluoresce more intensely when intercalated into double-stranded DNA than when bound to single-stranded DNA, RNA, or in solution. Other intercalating agents exhibit a change in the fluorescence spectra when bound to double-stranded DNA. For example, actinomycin D fluoresces red when bound to single-stranded nucleic acids, and green when bound to a double-stranded template. Whether the detectable signal increases, decreases or is shifted, as is the case with actinomycin D, any intercalating agent that provides a detectable signal that is distinguishable when the agent is bound to double-stranded DNA or unbound is suitable for practicing the disclosed invention. For example, the interaction between DNA and another photoreactive psoralen, 4-aminomethyle-4-5'8-trimethylpsoralen (AMT) has been described (see Johnson et al., 1981, *Photochem. & Photobiol.*, 33:785–791, which is incorporated herein by reference). According to the reference, both the absorption at long wavelengths and fluorescence, decline upon intercalation of AMT into the DNA helix.

Non-intercalating DNA binding agents are also suitable. For example, Hoechst 33258 (Searle & Embrey, 1990, *Nuc. Acids Res.* 18(13):3753–3762) exhibits altered fluorescence with increasing amount of target. Hoechst 33258 is a member of a class of DNA-binding compounds commonly referred to as "groove binders." This group includes drugs like distamycin, netropsin and others. These compounds recognize and bind the minor groove of duplex DNA.

According to the present invention, a DNA binding agent produces a detectable signal directly or indirectly. The signal is detectable directly, such as by fluorescence or absorbance, or indirectly via a substituted label moiety or binding ligand attached to the DNA binding agent. For indirect detection any moiety or ligand that is detectably affected by proximity to double-stranded DNA is suitable.

According to the invention, the detectable binding agent is present in the amplification reaction during the amplification process. As amplification proceeds, the agent produces a detectable signal. Neither the agent nor the signal prevents amplification from proceeding. Consequently, the agent may be added to the reaction mixture prior to amplification or while the reaction is in progress. For example, the agent is included in an amplification buffer comprising appropriate reagents, such as salts and buffering agents. In this manner, it is not necessary to separately add the binding agent to the amplification reaction. For practice of the present invention, any DNA binding agent is suitable, so long as in the presence of that agent a net increase in the amount of double-stranded DNA present is reflected in a change signal intensity that is detectable directly or indirectly. In a preferred embodiment, the detectable signal is fluorescence.

The term "homogeneous detection assay" is used in the present specification to describe the claimed invention. For

US 6,814,934 B1

7

ease of understanding, the following definition is provided. Homogeneous detection assay refers to a method for coupled amplification and detection, wherein the process of amplification generates a detectable signal and the need for subsequent sample handling and manipulation to detect the amplified product is minimized or eliminated.

The present homogeneous assay is suitable for use in conjunction with oligonucleotide probes. For example, in one embodiment the use of an oligonucleotide probe, specific for detecting a particular target sequence, is included in the amplification reaction in addition to the DNA binding agent of the present invention. The probe, labeled with a quencher and fluorophore, hybridizes to the amplified target nucleic acid. In the presence of an agent for polymerization capable of 5' to 3' nucleolytic activity, the fluorophore and quencher, when bound to the target, are separated by degradation of the probe by the polymerase. The fluorescence of the unbound probe is detectably distinct from the fluorescence of the bound, and subsequently hydrolyzed probe. Thus, the fluorescence of the DNA binding agent enables detection that amplification has occurred, and the fluorescence of the hybridized probe indicates target specific amplification. So long as amplification is detectable without opening the reaction vessel, or further processing steps once amplification is initiated, the method is within the present definition of a homogeneous assay.

The term "amplification reaction system" refers to any in vitro means for multiplying the copies of a target sequence of nucleic acid. Such methods include but are not limited to polymerase (PCR), DNA ligase, (LCR), Qβ RNA replicase, and RNA transcription-based (TAS and 3SR) amplification systems.

The term "amplifying" which typically refers to an "exponential" increase in target nucleic acid is being used herein to describe both linear and exponential increases in the numbers of a select target sequence of nucleic acid.

The term "amplification reaction mixture" refers to an aqueous solution comprising the various reagents used to amplify a target nucleic acid. These include enzymes, aqueous buffers, salts, amplification primers, target nucleic acid, and nucleoside triphosphates. Depending upon the context, the mixture can be either a complete or incomplete amplification reaction mixture.

The systems described below are practiced routinely by those of skill in the relevant art. They have been described in detail by others and are summarized below. This invention is not limited to any particular amplification system. As other systems are developed, those systems may benefit by practice of this invention. A recent survey of amplification systems was published in *BioTechnology* 8:290–293, Apr. 1990, incorporated herein by reference. The following four systems are described below for the convenience of those not familiar with amplification systems and to provide an understanding of the breadth of the present invention.

Amplification of DNA by PCR is disclosed in U.S. Pat. Nos. 4,683,195 and 4,683,202 (both of which are incorporated herein by reference). Methods for amplifying and detecting nucleic acids by PCR using a thermostable enzyme are disclosed in U.S. Pat. No. 4,965,188, which is incorporated herein by reference.

PCR amplification of DNA involves repeated cycles of heat-denaturing the DNA, annealing two oligonucleotide primers to sequences that flank the DNA segment to be amplified, and extending the annealed primers with DNA polymerase. The primers hybridize to opposite strands of the target sequence and are oriented so that DNA synthesis by

8

the polymerase proceeds across the region between the primers, effectively doubling the amount of the DNA segment. Moreover, because the extension products are also complementary to and capable of binding primers, each successive cycle essentially doubles the amount of DNA synthesized in the previous cycle. This results in the exponential accumulation of the specific target fragment, at a rate of approximately 2 n per cycle, where n is the number of cycles.

In the disclosed embodiment, Taq DNA polymerase is preferred although this is not an essential aspect of the invention. Taq polymerase, a thermostable polymerase, is active at high temperatures. Methods for the preparation of Taq are disclosed in U.S. Pat. No. 4,889,818 and incorporated herein by reference. Taq polymerase is available from Perkin Elmer Cetus Instruments (PECI). However, other thermostable DNA polymerases isolated from other *Thermus* species or non *Thermus* species(e.g., *Thermus thermophilus* or *Thermotoga maritima*), as well as non-thermostable DNA polymerases such as T4 DNA polymerase, T7 DNA polymerase, *E. coli* DNA polymerase I, or the Klenow fragment of *E. coli*, can also be used in PCR. Methods for providing thermostable DNA polymerases are provided in copending Ser. Nos. 455,967, filed Dec. 22, 1989 (now U.S. Pat. No. 5,618,711); 567,244, filed Aug. 13, 1990 (now U.S. Pat. No. 5,374,553); and 590,213, 590,466 (now U.S. Pat. No. 5,455,170), and 590,490, filed Sep. 28, 1990, which are all incorporated herein by reference.

As used herein, the term "primer" refers to an oligonucleotide capable of acting as a point of initiation of DNA synthesis when annealed to a nucleic acid template under conditions in which synthesis of a primer extension product is initiated, i.e., in the presence of four different nucleotide triphosphates and a DNA polymerase in an appropriate buffer ("buffer" includes pH, ionic strength, cofactors, etc.) and at a suitable temperature.

The nucleoside-5'-triphosphates utilized in the extension process, typically dATP, dCTP, dGTP, and dTTP, are present in total concentration typically ranging from 400 μM to 4.0 mM during the extension reaction, although preferably the concentration is between 500 μM and 1.5 mM.

The choice of primers for use in PCR determines the specificity of the amplification reaction. Primers used in the present invention are oligonucleotides, usually deoxyribonucleotides several nucleotides in length, that can be extended in a template-specific manner by the polymerase chain reaction. The primer is sufficiently long to prime the synthesis of extension products in the presence of the agent for polymerization and typically contains 10–30 nucleotides, although that exact number is not critical to the successful application of the methods Short primer molecules generally require cooler temperatures to form sufficiently stable hybrid complexes with the template.

Synthetic oligonucleotides can be prepared using the triester method of Matteucci et al., 1981, *J. Am. Chem. Soc.* 103:3185–3191. Alteratively automated synthesis may be preferred, for example, on a Biosearch 8700 DNA Synthesizer using cyanoethyl phosphoramidite chemistry.

For primer extension to occur, this primer must anneal to the nucleic acid template. Not every nucleotide of the primer must anneal to the template for extension to occur. The primer sequence need not reflect the exact sequence of template. For example, a non-complementary nucleotide fragment may be attached to the 5' end of the primer with the remainder of the primer sequence being complementary to

US 6,814,934 B1

9

the template. Alternatively, non-complementary bases can be interspersed into the primer, provided that the primer sequence has sufficient complementarily with the template for annealing to occur and allow synthesis of a complementary DNA strand.

Amplification systems such as PCR require a target nucleic acid in a buffer compatible with the enzymes used to amplify the target. The target nucleic acid can be isolated from a variety of biological materials including tissues, body fluids, feces, sputum, saliva, plant cells, bacterial cultures, and the like.

In general, the nucleic acid in the sample will be a sequence of DNA, most usually genomic DNA. However, the present invention can also be practiced with other nucleic acids, such as messenger RNA, ribosomal RNA, viral RNA, or cloned DNA. Suitable nucleic acid samples include single or double-stranded DNA or RNA for use in the present invention. Those of skill in the art will recognize that whatever the nature of the nucleic acid, the nucleic acid can be amplified merely by making appropriate and well recognized modifications to the method being used.

To amplify a target nucleic acid sequence in a sample, the sequence must be accessible to the components of the amplification system. In general, this accessibility is ensured by isolating the nucleic acids from a crude biological sample. A variety of techniques for extracting nucleic acids from biological samples are known in the art. For example, see those described in Maniatis et al., *Molecular Cloning: A Laboratory Manual* (New York, Cold Spring Harbor Laboratory, 1982); Arrand, Preparation of Nucleic Acid Probes, in pp. 18–30, *Nucleic Acid Hybridization: A Practical Approach* (Ed Hames and Higgins, IRL Press, 1985); or, in *PCR Protocols*. Chapters 18–20 (Innis et al., ed., Academic Press, 1990).

Those skilled in the art will know that the PCR process is most usually carried out as an automated process with a thermostable enzyme. In this process, the reaction mixture is cycled through a denaturing temperature range, a primer annealing temperature range, and an extension temperature range. A machine specifically adapted for use with a thermostable enzyme is disclosed more completely in EP No. 236,069, which is incorporated herein by reference, and is commercially available from PECI.

The ligase chain reaction is described in PCT Patent Publication No. WO 89/09835, which is incorporated herein by reference. The process involves the use of ligase to join oligonucleotide segments that anneal to the target nucleic acid. Ligase chain reaction (LCR) results in amplification of an original target molecule and can provide millions of copies of product DNA. Consequently, the LCR results in a net increase in double-stranded DNA. The present detection methods are applicable to LCR, as well as PCR. LCR requires an oligonucleotide probe for detecting the product DNA. When used in conjunction with the disclosed methods for detecting amplification products, a probe step is unnecessary, and the LCR result is immediately detectable.

Another amplification scheme exploits the use of the replicase from the RNA bacteriophage Qβ. In this amplification scheme, a modified recombinant bacteriophage genome with a sequence specific for the targeted sequence is initially hybridized with the nucleic acid to be tested. Following enrichment of the duplexes formed between the bacteriophage probe and the nucleic acid in a sample, Qβ replicase is added, which, upon recognizing the retained recombinant genome, begins making large numbers of copies.

10

The Qβ system does not require primer sequences and there is no heat denaturation step as with the PCR and LCR amplification systems. The reaction occurs at one temperature, typically 37° C. The preferred template is a substrate for the Qβ replicase, midvariant-1 RNA. A very large increase in the templates is achieved through the use of this system. A review of this amplification system can be found in the International Patent Application Pub. No. WO 87/06270 and in Lizardi et al., 1988, *Bio/Technology* 6:1197–1202.

The 3SR system is a variation of an in vitro transcription based amplification system. A transcription-based amplification system (TAS) involves the use of primers that encode a promoter to generate DNA copies of a target strand and the production of RNA copies from the DNA copies with an RNA polymerase. See, e.g., Example 9B of U.S. Pat. No. 4,683,202 and EP No. 310,229. The 3SR System is a system which uses three enzymes to carry out an isothermal replication of target nucleic acids.

The system begins with a target of single-stranded RNA to which a T7 RNA DNA primer is bound. By extension of the primer with reverse transcriptase, a cDNA is formed, and RNAseH treatment frees the cDNA from the heteroduplex. A second primer is bound to the cDNA and a double stranded cDNA is formed by DNA polymerase (i.e., reverse transcriptase) treatment. One (or both) of the primers encodes a promoter, i.e., the promoter for T7 RNA polymerase, so that the double-stranded cDNA is transcription template for T7 RNA polymerase.

Transcription competent cDNAs yield antisense RNA copies of the original target. The transcripts are then converted by the reverse transcriptase to double standard cDNA containing double-stranded promoters, optionally on both ends in an inverted repeat orientation. These DNAs can yield RNAs, which can reenter the cycle. A more complete description of the 3SR system can be found in Guatelli et al., 1990, *Proc. Natl. Acad. Sci.* USA 87:1874–1878, and EP No. 329,822, both of which are incorporated herein by reference. The TAS system is also described in Gingeras et al. in Innis et al. eds., 1990, P Protocols, Academic Press, San Diego, which is incorporated herein by reference.

The embodiments of the invention exemplified herein disclose the process for detecting amplified nucleic acids in conjunction with PCR. Accordingly, when used in a PCR-based method, the DNA binding agent is characterized as an agent that will not prevent primer annealing, primer extension along a complementary template, or strand separation of a DNA duplex.

In the processes described herein, a sample is provided which contains, or is suspected of containing, a particular oligonucleotide sequence of interest, the "target nucleic acid." The target may be RNA or DNA or an RNA/DNA hybrid. The target may be single stranded or double stranded. Target preparation will be carried out in a manner appropriate for the particular amplification process to be implemented. For example, in a PCR method where the target nucleic acid is single-stranded DNA, such as mRNA, the target may be first reverse-transcribed into cDNA, prior to amplification.

Methods for reverse transcribing RNA into cDNA are well known and described in Maniatis et al., supra. Alternatively, preferred methods for reverse transcription utilize thermoactive DNA polymerases. These methods are described in commonly assigned, copending, U.S. Ser. No. 455,611, filed Dec. 22, 1989 (now U.S. Pat. No. 5,322,770), and incorporated herein by reference. U.S. Ser. No. 455,611

US 6,814,934 B1

11

describes a procedure for coupled reverse transcription/amplification of an RNA template using a thermostable DNA polymerase. The present specification teaches that intercalating agents do not prevent DNA polymerase activity. Consequently, the present method provides a homogeneous detection assay for RNA targets as well as DNA targets.

In another embodiment of the present invention, nested primers are used (Mullis et al., 1986, *Cold Spring Harbor Symposium on Quantitative Biology* 51:263, incorporated herein by reference). This method may be preferred when the amount of nucleic acid in a sample is extremely limited, for example, where archival, paraffin embedded samples are used. When nested primers are used, the nucleic acid is first amplified with an outer set of primers. This amplification reaction is followed by a second round of amplification cycles using an inner set of primers. Examples VI and VII describe modifications of nested primer methods that provide superior results without necessitating the additional sample handling required by using nested primers in successive rounds of amplification cycles.

According to the present invention, the generation of amplification products can be monitored while the reaction is in progress. An apparatus 11 for detecting the signal generated by the binding agent, can be used to detect, measure, and quantify the signal before, during, and after amplification. Of course, the particular type of signal may dictate the choice of detection method. For example, in a preferred embodiment of the invention, fluorescent DNA binding dyes are used to label PCR products. The dyes intercalate, or bind, the double-stranded PCR products, and consequently, the resulting fluorescence increases as the amount of double-stranded DNA increases. The amount of fluorescence can be quantitated by measurement using a spectra-fluorometer 12 with or without opening the PCR vessel 13. Examples VII and VIII demonstrate this aspect of the invention.

In Example VIII the fluorescence of the positive control sample was well above background measurements. Because signal generation was measured without having to open the reaction tube, this method of detection is readily adaptable to an automated format in which signal is monitored throughout the amplification process. Example VIII demonstrates an automated, on-line PCR detection method: a fiber optic lead 14 was used to input excitation light directly to a PCR tube in a heating/cooling block. The same fiber optic was used to return fluorescent emissions back to the spectra-fluorometer, where the value was read.

In preferred methods for PCR, the amplification reaction is carried out as an automated process. A thermocycler 15 currently available from Perkin Elmer Cetus Instruments uses a heat block capable of holding up to 48 reaction tubes. Consequently, 48 amplification reactions can be carried out simultaneously. The present invention permits PCR product detection in all 48 samples, without handling the samples, opening tubes, or interrupting the cycling reaction. A suitable optical system moves the excitation light from the source 16 to the reaction tube and measures the emission light from each tube. For example, multiple fiber optic leads simultaneously read all PCR tubes undergoing thermocycling. However, only a single fluorometer is needed to read fluorescence from the reaction tubes, as each fiber optic lead can be read rapidly one at a time, for example, during the time frame of a PCR temperature soak. Alternatively, it will be obvious to one skilled in the art that such a detection system is not necessarily limited to a particular thermocycler machine or number of reaction vessels. However, the

12

description of the 48 well PECI thermocycler serves to demonstrate this aspect of the present invention.

So long as the reaction wells, or tubes, are light sealed to prevent external light sources from influencing fluorescence detection, any over plate, tube cap, or lid apparatus that comprises or can be attached to, a fiber optic lead is suitable. In the embodiment of the invention at Example VIII, the reaction tube lids were removed to accommodate the fiber optic. However, use of a reaction vessel that has a clear or translucent cap 17 eliminates the need to insert the cable into the tube. It will be apparent that reaction tubes able accommodate a fiber optic cable, without the cable physically contacting the amplification reaction components, is desirable. In a spectrafluorometer capable of heating and cooling a surface, or vessel, an optic fiber is not required. The optic fiber is only necessary where a thermocycler and spectrafluorometer are housed independently.

An analogous detection scheme is suitable in a 96-well microtiter format. This type of format is frequently desirable in clinical laboratories for large scale sample screening, for example, for genetic analysis such as screening for sickle-cell anemia or the AIDS virus in blood bank screening procedures. The present invention is suitable for this type of analysis and eliminates the need for the numerous washing and extraction procedures that are required with known "in-well" assay procedures such as ELISA type formats or other optical density-based methods. (See Kolber et al., 1988, *J. of Immun. Meth.* 108:255–264, Huschtscha et al., 1989, *In Vitro Cell and Dev. Biol.* 25(1): 105–108, and Voller et al., 1979, *The Enzyme Linked Immunosorbent Assay*, Dynatech Labs, Alexandria, Va.).

The present detection methods also allow direct fluorescence measurement using an apparatus similar to ELISA plate reader, but designed to excite and measure fluorescence. For example, the CytoFluor™ 2300 machine manufactured by Millipore is suitable in such a method. It is appropriate to "read" the microtiter plate before and after thermocycling for determining background fluorescence. Alternatively, an apparatus providing a continuous determination of fluorescence is useful for monitoring the increase in PCR product during the amplification reaction.

In another embodiment of the invention, following amplification, the size of the amplified product is determined without the use of a probe or size fractionation methods such as HPLC or gel electrophoresis. Copending U.S. Ser. No. 601,840, filed Oct. 23, 1990 (now U.S. Pat. No. 5,269,937), which is incorporated herein by reference, describes a method for determining the average molecular weight of a PCR product using light scattering. The method is suitable for use in conjunction with the present invention especially when the homogeneous assay result is detected using a spectra fluorometer. A fluorometer reads emissions at the fluorescence wavelength, according to the present invention, and measures light scattering, for example, at a 180° angle. This aspect of the invention is particularly useful for determining if amplification has occurred and simultaneously distinguishing the amplified target product from, for example, primer-dimer and high molecular weight DNA.

In a preferred embodiment of the invention, the detectable binding agent is an intercalating fluorescent dye. The present examples describe that ethidium bromide is included in the amplification reaction mixture. Ethidium bromide, like other DNA binding dyes, such as acridines, proflavine, acridine orange, acriflavine, fluorocoumanin, ellipticine, daunomycin, chloroquine, distamycin D, chromomycin, homidium, mithramycin, ruthenium polypyridyls, and anthramycin,

US 6,814,934 B1

13

14

exhibit altered fluorescence emissions when bound to double-stranded DNA. In an amplification reaction, a large amount of double-stranded DNA is generated from a starting template. Consequently, when this occurs in the presence of an intercalating fluorescent dye, a net increase in DNA-dependent fluorescence results. The target specificity of PCR and the use of appropriate positive and negative controls ensure that a detectable increase in fluorescence is due to the presence of the amplified target nucleic acid.

The present specification incudes several examples demonstrating various aspects of the homogeneous detection assay. The particular embodiments describe that ethidium bromide is present in the PCR at a concentration of 0.53 to 1.27 $\mu$M although a concentration of 0.08 $\mu$M (0.03 $\mu$g/ml) to 40.6 $\mu$M (16$\mu$g/ml) is also suitable; however, an ethidium bromide concentration in the PCR mix in the range of 0.15 $\mu$M (0.06 $\mu$g/ml) to 20.3 $\mu$M (8 $\mu$g/ml) is preferred. It will be readily apparent to those of ordinary skill in the art how to determine a suitable concentration of alternative DNA binding agents by empirical adjustment A suitable concentration of agent is any amount that provides a signal that is distinguishable when a net increase in double-stranded DNA has occurred in an amplification reaction. Consequently, the preferred concentration of agent included in the amplification reaction mix may vary depending on the amount of double-stranded non-target DNA (i.e., background genomic DNA), the copy number and amount of target, the quantity and fluorescence of the amplification primers and the particular agent utilized. For example, a standard curve using a known amount of target and varying the amount of binding agents may be appropriate. The fluorescent dye is added to the PCR mixture before starting temperature cycling. A suitable fluorescent dye does not prevent amplification from occurring. It will be obvious to one of ordinary skill in the art to determine the suitability of any novel dye in the method. Example I demonstrates that PCR amplification occurs in the presence of detectable amounts of ethidium bromide.

The emission spectrum of ethidium bromide peaks at 650 nm for unbound ethidium bromide and at 611 nm when the agent is bound to double-stranded DNA. However, because the emission spectra of bound and unbound ethidium bromide have distinct peaks, with bound ethidium emitting at a lower wavelength, discrimination between bound and unbound ethidium is enhanced by detecting emission at a non-peak wavelength that is less than the peak for bound ethidium. In the disclosed embodiment at Example VII, the fluorescence emission of the sample was detected at 570 nm. At Example VIII, the excitation wavelength was set at 500 nm and emission detection was set at 570 nm.

It is not essential that the detection or excitation wavelength is optimized for practice of the invention. For example, in Example II, a U.V. light box with an excitation wavelength at 300 nm and detection by photography through a red filter is suitable. A spectra fluorometer, depending on the features of the particular machine utilized, offers the opportunity to set the excitation and emission wavelength, as well as bandwidth. It will be obvious to one of ordinary skill in the art how to determine the wavelength and bandwidth settings for a particular DNA binding agent to be detected. Thus, although each agent has a discrete fluorescence emission spectrum, a broad range of detection wavelengths are suitable for practicing the invention, as exemplified herein. General guidance is found in, for example, The Merck Index, (eds. Budavari et al., 1989, Merck Co. Inc. Rahway, N.J.) where peak emission wavelengths for particular fluorescent agents bound and unbound to helical DNA are described at each entry. Similarly, the Molecular Probes, Inc. (Eugene, Oreg.) Catalogue, 1990, by Haugland is a suitable reference for describing DNA binding agents useful in the present invention.

In general, it is preferred but not essential that the DNA polymerase is added to the PCR reaction mixture after both the primer and template are added. Alteratively, for example, the enzyme and primer are added last or the PCR buffer or template plus buffer are added last. It is generally desirable that at least one component that is essential for polymerization not be present until such time as the primer and template are both present, and the enzyme can bind to and extend the desired primer/template substrate (see U.S. patent application Ser. No. 481,501, filed Feb. 16, 1990, now U.S. Pat. No. 5,411,876, which is incorporated herein by reference).

Commonly assigned, copending application U.S. Ser. No. 609,157, filed Nov. 2, 1990, and incorporated herein by reference, describes improved methods for reducing the effects of cross contamination of amplification reactions. The methods require the introduction of unconventional bases into the amplified product and exposing carryover to enzymatic and/or physical chemical treatment which effectively render the product incapable of serving as a template for subsequent amplifications. The homogeneous detection assay described herein is suitable in conjunction with the sterilization methods described in U.S. Ser. No. 609,157. These methods enhance the accuracy and reliability of amplification results by eliminating steps, and thereby minimizing product handling, which reduces carryover. The sterilization method provides additional assurance that carryover template is eliminated.

Preferably, the DNA binding agent is storage stable and can be included as a component in a PCR reagent buffer. Thus, the invention provides novel reagents suitable for commercialization in a kit format. Such a reagent may contain a solution of the DNA binding agent in a kit for detecting nucleic acids by PCR. Alteratively, the reagent might contain a DNA binding agent, as well as other PCR buffer components such as Tris-HCl, KCl, and MgCl$_2$, each in appropriate concentrations for carrying out PCR. In one embodiment, a kit includes a buffer comprising ethidium bromide at a suitable concentration to provide, in an amplification reaction, a final ethidium bromide concentration in the range of 0.15 $\mu$M to 20.3 $\mu$M. The buffer may additionally contain any or all of the following reagents: Tris-HCl, pH 8.0–8.3; KCl; and MgCl$_2$ each in appropriate concentrations for PCR amplification. Kits for detecting amplified nucleic acids are also envisioned as including any of the following: an agent for polymerization, dNTPs, appropriate primers, and a positive control template.

The '202 patent describes methods for preparing and using primers for PCR which have non-complementary sequences added to the 5' end. These "tails" are useful for engineering particular restriction sites or other purposes, because during PCR, the non-complementary tail sequence is incorporated into the double-stranded PCR product. Particular tail sequences provide binding targets for specific dyes. For example, Hoechst 33258 (Searle and Embrey, 1990, *Nuc. Acids Res.* 18:3753–3762) preferentially binds A-T base pairs. A PCR primer synthesized with a long A-T rich 5' tail provides a relatively A-T rich PCR product in comparison with genomic DNA. Using Hoechst 33358 the A-T rich PCR product has increased fluorescence relative to genomic DNA and, consequently, is useful for increasing signal strength in the presence of genomic DNA.

Similarly, DAPI forms a fluorescent complex with AT rich DNA (see Kapuseinski & Szer, 1979, *Nuc. Acids Res.*,

**15**

6(112):3519). In contrast, Actinomycin D forms a fluorescent complex with G-C rich DNA (Jain and Sobell, 1972, *J. Mol. Biol.* 68:21). Thus, the present invention is suitable for monitoring the amount of two distinct target nucleic acids in one reaction vessel, by including two fluorochromes in the reaction mixture during amplification. It is only necessary that one fluorochrome has sequence specificity and that sequence is included in the tail (i.e., 5' end) of a primer to one of the two target nucleic acids. The emission spectra for each fluorochrome is separately determined during and/or after amplification by a spectra fluorometer. Thus, the invention is particularly useful for quantitative comparisons of two different nucleic acid targets in the same sample and as such may be useful for determining the extent of, for example, an infection or disease if one target is a sequence present in all cells and the other is present in a pathogen.

Similar agents with distinct binding properties permit multiplex PCR methods for detecting several targets in one sample without ever opening the reaction vessel once the amplification reaction is initiated. Fluorescent DNA binding dyes may each have different emissions and excitation spectra. In a clinical setting, different DNA binding dyes having different DNA sequence specificities are useful for indicating the presence of distinct targets.

Methods for quantitating nucleic acids are described in commonly assigned, copending U.S. Ser. Nos. 254,889, filed Oct. 7, 1988 (now U.S. Pat. No. 5,389,512), and 413,623, filed Sep.28, 1989 (now U.S. Pat. No. 5,219,727). These applications are incorporated herein by reference. These applications describe PCR-based methods using an internal standard to determine either the relative amount of a target or accurately quantitate the amount of target present prior to amplification, respectively. The present invention is suitable in conjunction with the methods described in the '889 and '623 applications.

In another embodiment, the present invention provides means for determining the intactness of a DNA sample. For example, forensic analysis often involve samples containing partially degraded target, such as an archival sample. The ability to monitor the generation of PCR product, demonstrated in Example VIII, allows comparison of the amplification profile of a DNA sample with respect to a small PCR product and a large PCR product, in separate reactions. If there is no degradation, monitoring the increase in double-stranded DNA shows that both reactions reach plateau at approximately the same cycle. If there is degradation, the small product would reach plateau sooner than the large fragment due to the presence of more intact target molecules.

It will be apparent to those of ordinary skill in the art that the homogeneous detection assay provided herein is suitable for a wide variety of applications, including, for example, genetic screening, forensic human identification, pathogen detection, and quantitation, environmental monitoring or tagging and tracing materials with nucleic acid (see, for example, U.S. Ser. No. 355,455, filed May 22, 1989, which is incorporated herein by reference).

In one embodiment, the detectable signal is fluorescence. Fluorescence is suitable for use in qualitative as well as quantitative methods. Qualitative detection can be made simply and rapidly by visual inspection of the reaction tubes by exposure to UV light This type of rapid, highly sensitive assay is desirable as a rapid screen for the presence of a pathogen or of a particular gene sequence causative of or associated with a disease state. The present invention provides means for cutting costs by a plus/minus pre-screen for

**16**

the presence of any member of a group of targets. Amplifications for many different such targets would allow this if it may be expected that most samples are negative, e.g., environmental monitoring for pathogen detection systems. Multiplex PCR is a process for including a number of distinct primer pairs in one amplification reaction (see, Gibbs et al., 1989, in *PCR Technology* ed. Erlich, Stockton Press, N.Y.)). A homogeneous detection assay using multiple primer pairs to assay a wide range of potential targets is then followed by more complex typing procedures only on positive samples. This pre-screen saves the cost of performing the more complex typing procedure on negative samples and/or performing repeated tests on negative samples.

The present methods for homogeneous detection of target nucleic acids are also suitable for quantitation of a particular target Whether the methods are automated or manually performed, quantitation can be accomplished by a number of means. For example, a serial dilution of the sample, in parallel with a serial dilution of a known standard, provides a series of templates, which, following PCR and signal detection, are suitable for quantitating the amount of starting material in the known sample. Similarly, because fluorescence can be determined between cycles during the course of a PCR, the exponential phase of PCR and the cycle at which the level of product reaches the plateau phase, can be readily determined. The more target DNA present at the start of PCR, the sooner the reaction reaches plateau, i.e., the point when the rate of product accumulation begins to diminish. Because the number of cycles needed to reach plateau is directly related to the amount of target present in the sample, monitoring fluorescence while PCR is in progress serves to quantitate small amounts of DNA.

The invention is suitable for detecting amplified nucleic acids in the presence of double-stranded genomic DNA. Background levels of DNA as high as $0.5 \mu g$ or more will not obscure a positive assay result The target nucleic acid can be a cloned segment, a repeat sequence, such as a multi-copy gene or tandem repeat, a single copy gene, or an infectious agent present in a concentration as low as one copy per 70,000 cells. The starting template is RNA or DNA because PCR provides a net increase in double-stranded nucleic acid starting from either template nucleic acid.

The target nucleic acid may be a rare sequence, such as a single copy of AIDS virus DNA in a background of human genomic DNA from more than 70,000 cells. In such an instance, procedures for increasing specificity serve to insure that amplification provides a net gain in double-stranded DNA only in response to the presence of the target sequence, and that net gain is detectable in the presence of high background of genomic DNA. U.S. Pat. No. 4,683,195 demonstrates the use of nested primers to decrease the background in the amplification of single copy genes.

The procedure for nested amplification in U.S. Pat. No. 4,683,195 requires a first primer pair to amplify a target sequence and a second primer pair to amplify a subsegment of the PCR product formed from the first amplification reaction. Following the first PCR, the reaction mixture is diluted 10-fold to reduce the concentration of the first primer pair, and the second primer pair is introduced into the reaction mixture. However, because a particular advantage of the present invention lies in the elimination of steps, the additional steps of stopping an amplification reaction to dilute the sample and adding a second primer pair are not desirable.

To address this issue, modified nested amplification procedures are provided. The present nested primer methods are

17

18

vastly improved over prior nested primer procedures for amplifying nucleic acids. These methods provide enhanced specificity and are applicable in any PCR-based amplification scheme. However, in the present disclosure, these procedures are described used in a homogeneous assay.

In one modified nested primer method, a third primer, internal to a flanking pair of PCR primers is included in a PCR reaction for amplifying a particular target segment. The third primer has an annealing/melting temperature, where it is hybridized to its complementary target strand, that is lower than that of the flanking primer. This property can be imparted to the primer by a shorter length and/or lower G-C content. For the first 15–20 PCR cycles, the temperature during the extension phase of each PCR cycle is maintained sufficiently high, i.e. approximately 65° C. to prevent the short primer from annealing specifically and initiating amplification. The flanking primers anneal sufficiently such that PCR proceeds normally at the high extension temperature. However, the primer flanking the third primer is present at a low concentration. In the method, prior to amplification plateau, when the supply of limiting primer is almost exhausted, the annealing temperature is decreased to approximately 42° C. At this temperature, the third primer "drops in" and proceeds to amplify the target for the remaining 15 or so cycles.

In an alterative method for nested primer amplification, the need for a low concentration of one primer is eliminated. The flanking primer is synthesized with a G-C rich tail. Because the non-complementary primer tail sequence is incorporated into the PCR product after two cycles of amplification, the G-C tails serves to raise the temperature necessary for denaturing the PCR product because of the increased thermostability of G-C pairs versus A-T pairs. (See Myers et al., 1989, in PCR Technology ed. Erlich, Stockton Press, N.Y., which is incorporated here by reference). The resulting difference in the denaturing temperature between the nested and flanking PCR product is then exploited to effectively shut down amplification from the tailed flanking primer. Once PCR product is made from the flanking primers, the denaturation temperature is lowered, i.e., from 96° C. to 86° C., so that the temperature is too low for amplification of the flanking PCR product, but is high enough to allow amplification of the nested PCR product. The annealing temperature may also be manipulated, as in the "drop-in" method, to initiate synthesis from the nested primer when desired.

It would be obvious to one of ordinary skill in the art to empirically determine the appropriate denaturation and annealing temperatures and program a thermocycler accordingly. This "drop-out primer" method provides means for including high concentrations of the flanking primer to maintain PCR efficiency, and allow the amplification initiated by that primer to be terminated during the reaction as desired. This particular method for nested primer amplification is demonstrated in Examples VI and VII.

The following examples serve to illustrate various aspects of the present invention and are not intended as a limitation.

EXAMPLE I

PCR in the Presence of Ethidium Bromide

This example demonstrates the ability of PCR to proceed in the presence of ethidium bromide.

Two PCRs were carried out as follows. Each 100 μl PCR contained: 50 ng human DNA, 10 mM Tris-HCl pH 8, 50 mM KCl, 4 mM MgCl$_2$, 250 μM each dNTP, 2.5 units Taq polymerase (Perkin-Elmer Cetus Instruments, Norwalk Conn.), 20 picamole each primer GH26 (SEQ ID NO: 1) and GH27 (SEQ ID NO: 2). The human DNA was purified from

a human B-cell line. DNA was prepared according to the method described by Maniatis (supra). An oil overlay was added to each reaction to prevent evaporation.

The two PCRs were conducted under identical conditions except that 0.51 μM of ethidium bromide (Sigma) was included in one reaction. A thermocycler purchased from Perkin-Elmer Cetus Instruments was programmed with the following cycling parameters; denature at 96° C., hold for 1 minute, anneal at 55° C., hold for 1 minute, extend at 72° C., hold for 1 minute. This profile was repeated for 32 cycles. After amplification 5 μl of each PCR was analyzed by gel electrophoresis using a 3% NuSieve agarose gel (FMC). The gel was stained with ethidium bromide by standard methods and the amount of PCR product made in the two reactions was compared. The results demonstrated that the amount of amplified DNA produced in the presence of ethidium bromide was indistinguishable from the amount of PCR product made in the absence of the dye. Additionally, the specificity of the PCR, measured by the ability to produce DNA fragments of the expected size, was unchanged.

EXAMPLE II

The Specificity of PCR is Sufficient for Fluorescence-Based, Homogeneous Detection of Target Nucleic Acids

The experiment described in Example I was expanded upon to determine whether target specific ethidium bromide fluorescence is readily visible using standard PCR conditions. Therefore, five 100 μl reaction mixtures were prepared containing 10 mM Tris-HCl pH8, 50 mM KCl, 2.5 mM MgCl$_2$ 1.27 μM ethidium bromide, 150 μM each dNTP, 2.5 units Taq polymerase. Primers and target DNA were included as described below. Primer pair GH15 (SEQ ID NO: 3) and GH16 (SEQ ID NO: 4) are specific for amplifying DQα and do not amplify DRβl target DNA. DQα target DNA was prepared by amplifying the human DQα gene as described in Example I. Following amplification, the DQα PCR product was diluted to provide ~2×10⁴ copies (5 pg) of amplified DNA per amplification. The DQα product was used as a positive control. DRβ1 target DNA was prepared using primer pair GH46 (SEQ ID NO: 5) and GH50 (SEQ ID NO: 6) to amplify the DRβ1 gene in a PCR using human genomic DNA. The PCR product was diluted to provide ~2×10⁷ copies of DRβ1 DNA and used in Reaction 4, below, as a negative control. The five reaction mixtures contained primers and target as follows:

    Reaction 1—No primers+DQα Target
    Reaction 2—Primers+DQα target
    Reaction 3—Primers+DQα target
    Reaction 4—Primers+DRβ1 target
    Reaction 5—Primers+no target

Where primers were included 10 pmoles each of GH15 (SEQ ID NO: 3) and GH16 (SEQ ID NO: 4) were added. Reaction mixtures 1 and 2 were not subjected to amplification cycles. Reactions Nos. 3, 4, and 5 were subjected to 20 cycles of amplification. The cycling parameters were 94° C., hold for 1 minute; 45° C., hold for 1 minute; and 72° C., hold for 1 minute.

The reaction tubes were then placed on a UV light box (300 nm) and photographed for two seconds and one-half second exposures. The results, shown in FIG. 1, demonstrated the increased fluorescence in Reaction No. 3 due to the amplification of the specific target DNA. Reaction Nos. 1 and 2 indicated the level of fluorescence present before any amplification occurred. Reaction Nos. 4 and 5 demonstrated that fluorescence does not increase visibly in a reaction unless, for the particular primer pair present in the reaction,

US 6,814,934 B1

19

an appropriate template is also present. The different photographic exposures demonstrate the relative differences in fluorescence (FIG. 1).

### EXAMPLE III

### The Simultaneous Ethidium Bromide Detection and Amplification of Specific DNA

#### Sequences in the Presence of Genomic DNA

The ability of the present homogeneous assay method for detecting a specific target in the presence of non-target double-stranded DNA was tested. This example demonstrates detection of a specific DNA sequence in a background of genomic DNA. Twenty 100 $\mu l$ PCR mixtures were prepared as follows. Each contained 10 mM Tris-HCl, pH 8; 50 mM KCl; 2 mM MgCl$_2$; 2.9 units Taq polymerase; 180 $\mu m$ each dNTP; 1.27 $\mu M$ ethidium bromide; 15 picamole RH191 (SEQ ID NO: 7); and 15 picamole RH192 (SEQ ID NO: 8). The primers RH191 (SEQ ID NO: 7) and RH192 (SEQ ID NO: 8) are derived from primers y1.1 and y1.2, which are described in Kogan et al., 1987, *N. Engl. J. Med.*, 317:985–990, which is incorporated herein by reference. These primers are specific for a human male-specific sequence that occurs in several thousand copies per human male cell. Fifteen PCR reaction mixtures were set up as follows. Sample DNA was prepared from human blood taken from a male or female as specified for each reaction. DNA was prepared according to Maniatis supra.

Reaction Nos. 1–5 contained 2 ng human male DNA

Reaction Nos. 6–10 contained no DNA

Reaction Nos. 11–15 contained 60 ng human female DNA

Reaction Nos. 16–20 contained 60 ng human male DNA
    The reactions were all placed in a Perkin-Elmer Cetus Instruments thermocycler programmed to cycle at 94° C. for 1 minute; 60° C. for 1 minute, for the indicated number of cycles. As indicated below, tubes were removed from the thermocycler at various cycles to provide a PCR time course for each template. Specifically, for each set of five tubes, 0, 17, 21, 25, and 29 amplification cycles were performed. PCR product was detected by exposing the tubes to UV-light as described above.

By photography and visual inspection, Tube Nos. 6–15 exhibited no increase in fluorescence. Tube Nos. 1 and 2, the 0 and 17 cycle male DNA samples, also had no increase in fluorescence by visual inspection. Only the 21, 25, and 29 cycle male DNA reactions fluoresced under UV light, and the amount of fluorescence increased with increasing cycle number. The results with Tube Nos. 16–20 were similar, except that an increase in fluorescence was noted by 17 cycles. This is consistent with the presence of more copies of the target DNA sequence present in the sample prior to amplification.

### EXAMPLE IV

#### Quantitative Measurement of Target Specific Ethidium Bromide Fluorescence

The reactions of Example III were opened, and the contents transferred to a spectra fluorometer (SPEX Fluorolog-2, purchased from Spex, Edison, N.J.) which was used to get a quantitative fluorescence value for each reaction. The results shown in FIG. 2 not only demonstrate the target specificity of the detection method but illustrate the quantitative aspects of the invention. The effect of increased

20

target in the sample is observable by comparing the time course of fluorescence between the 2 ng and 60 ng male templates. The more target DNA in the sample, the sooner the reaction obtains a measurable increase in fluorescence and finally reaches a plateau level of fluorescence. Exactly when the reaction fluorescence begins to increase measurably is effectively a quantitative measure of how much target was present prior to amplification.

### EXAMPLE V

#### Detection of a Single Copy Gene

This example demonstrates the suitability of the homogeneous assay not only for detecting a single copy gene among total human genomic DNA, but for discriminating among two alleles of that single copy gene present in the sample that differ by a single nucleotide. (Methods for allele specific detection are described in detail in European Patent Publication No. 237,362, which is incorporated herein by reference).

The particular gene to be detected is the β-globin gene. A single base pair change mutates a wild-type β-globin allele into a sickle cell allele. In this example, the following primers were used: RH187 (SEQ ID NO: 9), RH188 (SEQ ID NO: 10), and RH189 (SEQ ID NO: 11). Primer pair RH187/RH188 (SEQ ID NO: 9/SEQ ID NO: 10) specifically amplified the wild-type allele. Primer pair RH187/RH189 (SEQ ID NO: 9/SEQ ID NO: 11) amplify the sickle cell allele (these primers derive from BGP2, Hβ14A, and Hβ14S described in Wu et al., 1989, *PNAS (USA)*, 86:2757–2760, which is incorporated herein by reference). Six PCRs were set up as follows: 10 mM Tris-HCl, pH 8.3; 50 mM KCl; 748 $\mu M$ total dNTPs; 2.9 units Taq polymerase; 10 pmoles each primer, 1.5 $\mu M$ MgCl$_2$; 1.27 $\mu M$ ethidium bromide, and 50 ng of human DNA template as follows: one pair of reactions contained human DNA homozygous for sickle allele (SS); one pair of reactions contained wild-type DNA (AA); and one pair contained heterozygous DNA, i.e., one wild-type and one sickle cell allele (AS).

For each pair of reactions, one tube contained primers specific for the sickle βglobin allele and one tube contained primers for the wild-type sequence. The only difference between the primer sets are the 3' nucleotides of one of the primer pairs, which match either the sickle cell or the wild-type target sequence. Primer annealing temperature during PCR is set such that amplification will occur only if this 3' nucleotide matches the template. The cycling parameters were: 94° C. for 60 seconds, 55° C. for 60 seconds.

The reaction was done in triplicate and after 30 cycles of PCR, the tubes were placed on a UV-light source and photographed (see FIG. 3). The results were as follows:

|  | Sickle β-globin Primers | Wild-type Primers |
|---|---|---|
| Homozygous AA | − | + |
| Heterozygous AS | + | + |
| Homozygous SS | + | − |

A "+" indicates that fluorescence was readily visible under UV light, and when measured on a spectra-fluorometer the "+" tubes had approximately three times greater fluorescence than "−" reactions. The PCR's marked "−" did not change significantly in florescence as a result of the amplification reaction.

Aliquots of each reaction were analyzed by gel electrophoresis. Each "+" reaction exhibited a specific discrete

US 6,814,934 B1

21

22

DNA fragment The "−" reactions had no such DNA fragment by gel analysis.

## EXAMPLE VI

### Detection of a Rare Target in the Presence of a High

### Background of Double-Stranded DNA

A detection assay was designed to demonstrate the suitability of the present invention for detecting a rare target sequence in a background of DNA from approximately 70,000 human cells. A modified nested primer procedure, as briefly described in the "Detailed Description" section as a primer "drop-out" procedure, was designed to enhance PCR specificity. This assay was done as follows: into PCR reaction vessels 1 through 8 were aliquoted 50 microliters of solution, each containing 50 mM KCl; 10 mM TrisHCl, pH 8.3; 2.5 mM MgCl$_2$; 600 $\mu$M total dNTPs; 1.25 unit of A DNA polymerase (PECI); 1.27 $\mu$M ethidium bromide; 0.5 $\mu$g of human cell-line DNA; the primer pair RH171 (SEQ ID NO: 12) and RH176 (SEQ ID NO: 13), each primer at 0.2 $\mu$M; and the nested primer RH182 (SEQ ID NO: 14) also at 0.2 $\mu$M. A drop of mineral oil was used to cover the eight solutions in order to prevent evaporation. Primer RH176 (SEQ ID NO: 13) carries a GC-rich, non-homologous (to target sequence), 5' "tail" that raises the denaturation temperature necessary to amplify PCR product made using this primer.

Reactions 1–4 were made with solutions that were at ambient room temperature and included the three primers before temperature cycling was begun. Reactions 5–8 were made with the addition of the three primers postponed until these reactions were equilibrated to a temperature of 72° C. before beginning thermocycling. For this reason, reactions 5–8 are referred to as being given a "hot-start." Reactions 2–4 and 6–8 also contained a target, positive control DNA (purchased from PECI) containing HIV sequences to which RH171 (SEQ ID NO: 12), RH176 (SEQ ID NO: 13), and the 3' portion of RH182 (SEQ ID NO: 14) were homologous. This DNA was diluted such that each reaction containing it had,,on average, four copies of the HIV sequence. Because this average number of copies is small, the actual number of copies in a given reaction can vary considerably. Since no HIV DNA target was added to reactions 1 and 5, these reactions served as negative controls.

All eight reactions were subjected to thermocycling as follows: denature at 96° C., hold for 1 minute, anneal at 64° C., hold for 1 minute. This profile was repeated for 29 cycles, during which the flanking primer pair, RH171 (SEQ ID NO: 12) and RH176 (SEQ ID NO: 13), efficiently annealed and were used in amplification, while the nested primer RH182 (SEQ ID NO: 14), which does not efficiently anneal at 64° C., was not used in efficient amplification. This was followed by denaturation at 96° C., hold for 1 minute, annealing at 52° C., hold for 1 minute. This profile was repeated for 2 cycles, during which all three primers efficiently annealed and were extended in amplification such that products were made using either RH171 (SEQ ID NO: 12) and RH176 (SEQ ID NO: 13), or RH171 (SEQ ID NO: 12) and RH182 (SEQ ID NO: 14). Because the use of a third, nested primer, increases product specificity, products made using RH171 (SEQ ID NO: 12) and RH182 (SEQ ID NO: 14) were more likely to be HIV specific. These cycles were followed by denaturation at 86° C., hold for 1 minute, anneal at 52° C., hold for 1 minute. This profile was repeated 18 times, during which, products that included the GC-rich primer RH176 (SEQ ID NO: 13), both HIV specific and non-specific, did not efficiently denature at 86° C. and, therefore, did not amplify efficiently, while the amplified

HIV sequences made using the nested primer RH182 (SEQ ID NO: 14) and RH171 (SEQ ID NO: 12) did efficiently denature and amplify.

All eight reactions were analyzed, when completed, by gel electrophoresis. Reactions 2–4 and 5–8 were shown to contain a product of the expected size (approximately 200 bp) as the predominant band on the gel. Reactions 1 and 5, the negative controls, contained no such product. However, reactions 2–4, which were not given a "hot-start," could be seen to contain DNA fragments of other than the expected size. These other DNA fragments were also visible in reaction 1, indicating that they are not derived from HIV sequences. These other DNA fragments were not visible in reactions 5–8, indicating that use of the "hot-start" had enhanced the specificity of these reactions.

Eight additional reactions were performed as described above, except that all were given a "hot-start" as described above. The positive control DNA was diluted in these eight reactions, numbered 1 through 8, such that on average, each contains half an HIV target molecule. Since a molecule cannot be divided, this means that some reactions should contain a target molecule and some should not. If this experiment were repeated many times, the fraction of reactions that do contain a target will vary considerably, but should be on average about half. Those that do contain a target molecule are most likely to contain a single target molecule. Upon completion of the reactions, all eight were analyzed by gel electrophoresis. The result was that two of the eight reactions, numbers 1 and 8, displayed a DNA fragment of the expected size (approximately 200 bp) as the predominant band on the gel, with no other bands that migrated into the gel visible except a band corresponding to the primers. Reactions 2–6 displayed no such bands nor any other DNA fragment bands.

## EXAMPLE VII

### A Method for Quantitative Detection of PCR Product

A spectra-fluorometer Spex fluorolog-2 (Spex, Edison, N.J.) was used to quantitate the net increase in fluorescence generated in response to what is expected to be a single HIV target in the presence of genomic DNA. The spectra-fluorometer was used according to manufacture's specifications as described in Example VIII. The PCR reactions described in Example VI, in which positive control DNA was diluted among eight reactions to contain half an HIV target molecule per reaction, were analyzed for their fluorescence. Twenty $\mu$l of each completed reaction was added to 100 $\mu$l of 10 mM Tris HCl, pH 8, 0.1 mM EDTA, 1.27 $\mu$M ethidium bromide. The fluorescence of these solutions was measured at 570 nm. FIG. 4A graphically demonstrates the significant increase in fluorescence of the two positive samples compared to the two negative samples. In the figure, dotted lines mark the fluorescence values two standard deviations away from the average of the negative samples. The PCR-positive samples are both above this line.

The results are also shown in FIG. 4B using a background subtraction method. The fluorescence up to the second standard deviation below the mean was subtracted from the detected values. Background subtraction is preferably performed by measuring fluorescence in each sample at the beginning of PCR cycling (preferably after the initial denaturation, which reduces the proportion of double-stranded genomic DNA) and subtracting that value from the fluorescence in the sample at the end of PCR cycling.

## EXAMPLE VIII

### A Method for Automated/On-Line Detection of PCR Product During Amplification

The following experiment demonstrates the suitability of the present method for monitoring a PCR reaction and

US 6,814,934 B1

23                                                24

detecting the net increase in double-stranded DNA due to amplification. The apparatus allows on-line detection of PCR product.

The apparatus was set up as follows: a Spex-Fluorolog-2 fluorometer with a fiber optic accessory (Spex Catalog No. 1950) was set to emit excitation light at 500 nm with a bandwidth of ~3.4 nm. A GG 435 nm cut off filter used to exclude second order light (Purchased from Melles Griot Inc.). The emission light was detected at 570 nm with a bandwidth of ~13.6 nm. A OG530 filter (530 nm cut off) was used to remove excitation light.

Two PCR reactions were set up as described in Example III using primers RH191 (SEQ ID NO: 7) and RH192 (SEQ ID NO: 8). One reaction tube contained 60 ng human male DNA, the other contained no target DNA. The reactions were set up in 0.5 ml polypropylene tubes; however, the top of the tubes was cut away for attaching the fiber optic cable. The fiber optic was glued to the top of the reaction tube with epoxy. Because this apparatus had one fiber optic, only one PCR was run at a time. The emission light was collected through the oil overlay in the tube. A black "shroud" was built around the tube and the reaction was placed in the thermocycler. The thermocycler was programmed to cycle between 94° C. and 50° C. for 1 minute each, for 30 cycles, followed by continuous incubation at 25° C. The fluorometer and thermocycler were started simultaneously. The parameters of the fluorometer were: time based scan with 5 second integration time; the emission signal was ratioed to that of the excitation light to control for changes in source intensity.

FIG. 5A shows the results of the PCR reaction containing no DNA. FIG. 5A shows that the thermocycler started at 25° C., the fluorescence dropped as the temperature increased to 94° C. and fluorescence increased again when the temperature decreased to 50° C. This pattern was repeated for the remaining cycles until the thermocycler again reached 25° C. and the fluorescence returned to the approximate starting value.

FIG. 5B demonstrates the fluorescence profile of a PCR reaction containing: the appropriate target DNA. The fluorescence intensity at 50° C. shows a cycle dependent increase reflecting an increase in the amount of double-stranded DNA. When the thermocycler returned to 25° C., after the 30 cycles were completed, the fluorescence increased to a final value greater than three times the initial fluorescence value at 25° C.

Following amplification, an aliquot of each reaction mixture was analyzed by agarose gel electrophoresis. The gel

analysis demonstrated that no PCR product was visible in the lane containing a sample from the negative control. The electrophoresed sample from the positive control PCR showed a clear and unique band at ~150 base pairs. The predicted size of the PCR product was 154 bp.

Thus, the on-line method provided a rapid analysis as to the presence or absence of target DNA without the need for probes or further processing steps. In addition, the continuous detection of fluorescence throughout the amplification provides an amplification profile that reflects the amount of target present at start. If the target DNA is, for example, a human repeat sequence present in millions of copies per cell (e.g., "Alu" sequences; Nelson and Caskey in PCR Technology ed. Erlich [1989], Stockton Press, N.Y.), this method of quantitation could be used to quickly and simply to measure sub-cellular amounts of DNA, which is at present difficult to do without using radioisotopes.

| Primer Sequences for Examples I–VIII | | |
|---|---|---|
| Cetus Nomenclature | SEQ ID NO | Primer Sequence |
| GH26 | 1 | 5' GTGCTGCAGG TGTAAACTTG TACCAG 3' |
| GH27 | 2 | 5' CACGGATCCG GTAGCAGCGG TAGAGTTG 3' |
| GH15 | 3 | 5' GTGTAAACTT GTACCAG 3' |
| GH16 | 4 | 5' GGTAGCAGCG GTAGAG 3' |
| GH46 | 5 | 5' CCGGATCCTT CGTGTCCCCA CAGCACG 3' |
| GH50 | 6 | 5' CTCCCCAACC CCGTAGTTGT GTCTGCA 3' |
| RH191 | 7 | 5' TCCACTTTAT TCCAGGCCTG T 3' |
| RH192 | 8 | 5' TTGAATGGAA TGGGAACGAA TGG 3' |
| RH187 | 9 | 5' AATAGACCAA TAGGCAGAG 3' |
| RH188 | 10 | 5' CACCTGACTC CTGA 3' |
| RH189 | 11 | 5' CACCTGACTC CTGT 3' |
| RH171 | 12 | 5' CCAGGCCAGA TGAGAGAACC AAGGGG 3' |
| RH176 | 13 | 5' GCGGGCAGGG CGGCGGGGGC GGGGCCGAAC CGGTC- TACAT AGTCTCTAAA GGG3' |
| RH182 | 14 | 5' GGTCCCTGTC TTATGTC 3' |

Although the foregoing invention has been described in some detail for the purpose of illustration, it will be obvious that changes and modifications may be practical within the scope of the appended claims by those of ordinary skill in the art.

SEQUENCE LISTING

(1) GENERAL INFORMATION:

(iii) NUMBER OF SEQUENCES: 14

(2) INFORMATION FOR SEQ ID NO:1:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 26 base pairs
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS: single
    (D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)

US 6,814,934 B1

25                                                                          26

-continued

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

GTGCTGCAGG TGTAAACTTG TACCAG                                      26


(2) INFORMATION FOR SEQ ID NO:2:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 28 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

CACGGATCCG GTAGCAGCGG TAGAGTTG                                    28


(2) INFORMATION FOR SEQ ID NO:3:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 17 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

GTGTAAACTT GTACCAG                                               17


(2) INFORMATION FOR SEQ ID NO:4:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 16 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

GGTAGCAGCG GTAGAG                                                16


(2) INFORMATION FOR SEQ ID NO:5:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 27 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

CCGGATCCTT CGTGTCCCCA CAGCACG                                    27


(2) INFORMATION FOR SEQ ID NO:6:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 27 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

CTCCCCAACC CCGTAGTTGT GTCTGCA                                    27

US 6,814,934 B1

27                                                    28

-continued

```
(2) INFORMATION FOR SEQ ID NO:7:

      (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 21 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

TCCACTTTAT TCCAGGCCTG T                                21


(2) INFORMATION FOR SEQ ID NO:8:

      (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 23 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

TTGAATGGAA TGGGAACGAA TGG                              23


(2) INFORMATION FOR SEQ ID NO:9:

      (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 19 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

AATAGACCAA TAGGCAGAG                                   19


(2) INFORMATION FOR SEQ ID NO:10:

      (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 14 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

CACCTGACTC CTGA                                        14


(2) INFORMATION FOR SEQ ID NO:11:

      (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 14 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:

CACCTGACTC CTGT                                        14


(2) INFORMATION FOR SEQ ID NO:12:

      (i) SEQUENCE CHARACTERISTICS:
```

US 6,814,934 B1

| 29 | 30 |
|---|---|

-continued

```
        (A) LENGTH: 26 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

CCAGGCCAGA TGAGAGAACC AAGGGG                                    26


(2) INFORMATION FOR SEQ ID NO:13:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 53 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

GCGGGCAGGG CGGCGGGGGC GGGGCCGAAC CGGTCTACAT AGTCTCTAAA GGG      53


(2) INFORMATION FOR SEQ ID NO:14:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 17 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:14:

GGTCCCTGTC TTATGTC                                             17
```

What is claimed is:

1. An instrument for use in monitoring a nucleic acid amplification reaction comprising multiple thermal cycles, comprising:

(a) an automated thermal cycler capable of alternately heating and cooling, and adapted to receive, at least one reaction vessel containing an amplification reaction mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent; and

(b) a detector operable to detect a fluorescence optical signal while the amplification reaction is in progress and without opening the at least one reaction vessel, which fluorescence optical signal is related to the amount of amplified nucleic acid in the reaction vessel.

2. The instrument of claim 1, wherein the thermal cycler is adapted to receive a plurality of reaction vessels, each containing an amplification reaction mixture.

3. The instrument of claim 1, wherein the detector is operable to detect a fluorescence optical signal at a wavelength at or about 570 nm.

4. The instrument of claim 1, wherein includes a sealed light transmission path between the reaction vessel and the detector.

5. The instrument of claim 4, wherein the sealed light transmission path is a fiber optic cable.

6. The instrument of claim 1, wherein the thermal cycler is computer-controlled.

7. A system for use in monitoring a nucleic acid amplification reaction comprising multiple thermal cycles, comprising:

(a) at least one reaction vessel adapted to contain an amplification reaction mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent;

(b) an automated thermal cycler capable of alternately heating and cooling such a reaction vessel, and

(c) a detector operable to detect a fluorescence optical signal while the amplification reaction is in progress and without opening the at least one reaction vessel, which fluorescence optical signal is related to the amount of amplified nucleic acid in the reaction vessel.

8. The system of claim 7, wherein the system comprises a plurality of reaction vessels, each adapted to contain an amplification reaction mixture.

9. The system of claim 7, wherein the detector is operable to detect a fluorescence optical signal at a wavelength at or about 570 nm.

10. The system of claim 7, wherein the at least one reaction vessel includes a clear or translucent cap optically coupled to the detector by a sealed light transmission path.

11. The system of claim 10, wherein the sealed light transmission path is a fiber optic cable.

12. The system of claim 7, wherein the thermal cycler is computer-controlled.

\* \* \* \* \*

# EXHIBIT B



(19)    Europäisches Patentamt
European Patent Office
Office européen des brevets



(11)    **EP 0 872 562 B1**

(12)    **EUROPEAN PATENT SPECIFICATION**

(45)    Date of publication and mention
of the grant of the patent:
**11.09.2002  Bulletin 2002/37**

(51)    Int Cl.[7]:  **C12Q 1/68**

(21)    Application number: **98110423.5**

(22)    Date of filing: **24.04.1992**

(54)    **Instrument for monitoring nucleic acid amplification reactions**

Vorrichtung zum Nachweis von Nukleinsäure-Amplifikations-Reaktionen

Dispositif pour la détection de réactions d'amplification d'acides nucléiques

(84)    Designated Contracting States:
**AT BE CH DE DK ES FR GB IT LI NL SE**

(30)    Priority: **02.05.1991  US 695201**

(43)    Date of publication of application:
**21.10.1998  Bulletin 1998/43**

(60)    Divisional application:
**02015199.9**

(62)    Document number(s) of the earlier application(s) in
accordance with Art. 76 EPC:
**92106989.4 / 0 512 334**

(73)    Proprietor: **PE Corporation (NY)
Foster City, CA 94404 (US)**

(72)    Inventor: **Higuchi, Russel G.
San Francisco, California 94177 (US)**

(74)    Representative: **Roques, Sarah Elizabeth et al
J.A. Kemp & Co.
14 South Square
Gray's Inn
London WC1R 5JJ (GB)**

(56)    References cited:
**EP-A- 0 236 069          WO-A-93/16194
FR-A- 2 250 991          US-A- 4 240 751**

• HIGUCHI R ET AL: "SIMULTANEOUS
AMPLIFICATION AND DETECTION OF SPECIFIC
DNA SEQUENCES" BIO/TECHNOLOGY., vol. 10,
no. 4, 1 April 1992, NEW YORK US, pages
413-417, XP000268588

**EP 0 872 562 B1**

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

EP 0 872 562 B1

**Description**

[0001]    The present invention relates to an instrument for monitoring nucleic acid amplification reactions and in particular to an instrument for carrying out methods for detecting a target nucleic acid in a sample and for monitoring the increase in a double-stranded DNA during amplification of a target nucleic acid in a sample.

[0002]    The novel methods for simultaneous nucleic acid amplification and detection enhance the speed and accuracy of prior detection methods and eliminate the need for sample processing following amplification. In a preferred embodiment, the method provides a modification of the polymerase chain reaction and utilizes agents whose fluorescence is enhanced upon binding double-stranded DNA. The methods provided herein have numerous applications, particularly in the fields of molecular biology, medical diagnostics and forensic sciences.

[0003]    The disclosed nucleic acid detection methods offer the advantages of speed and simplicity over prior methods for detecting amplified nucleic acids. Nucleic acid detection techniques in general are particularly useful in medical diagnostic assays. For example, U.S. Patent No. 4,358,535 discloses a method for detecting pathogens by spotting a sample (e.g., blood, cells, saliva, etc.) on a filter, lysing the cells and fixing the DNA through chemical denaturation and heating. Then, labeled DNA probes are added and allowed to hybridize with the fixed sample DNA. Hybridization indicates the presence of the pathogen's DNA.

[0004]    Nucleic acid detection using oligonucleotide probes has become a standard method for specific target detection. Numerous modifications of the method have been described, including culturing the target cells or organisms in situ on the filter, increasing the amount of target nucleic acid available for detection. Generally, these methods require that the DNA sample is noncovalently bound onto a solid support such as nitrocellulose or nylon and then hybridized to a labeled target-specific probe.

[0005]    The sensitivity and specificity of nucleic acid detection methods was greatly improved by the invention of the polymerase chain reaction (PCR). PCR is a process for amplifying nucleic acids and involves the use of two oligonucleotide primers, an agent for polymerization, a target nucleic acid template, and successive cycles of denaturation of nucleic acid and annealing and extension of the primers to produce a large number of copies of a particular nucleic acid segment. With this method, segments of single copy genomic DNA can be amplified more than 10 million fold with very high specificity and fidelity. PCR methods are disclosed in U.S. Patent No. 4,683,202.

[0006]    Methods for detecting PCR products are particularly described in U.S. Patent No. 4,683,195. Those methods require an oligonucleotide probe capable of hybridizing with the amplified target nucleic acid. EP No. 237,362 also describes a PCR-based detection method termed "reverse dot blot", in which the probe, instead of the amplified DNA, is fixed to the membrane. According to the method, the target, rather than the probe, is labeled for hybridization. These methods require separate steps of amplification, capture, and detection and generally require several hours to complete. In the reverse dot-blot method, storage-stable target-specific reagents are preferred.

[0007]    Alterative methods for detecting amplified nucleic acids describe simultaneous amplification and labeling of a target nucleic acid. The methods require that at least one amplification primer is labeled. The amplification primer can be labeled with, for example, a radioisotope for direct detection of the amplified product or labeled with a reagent suitable for capturing the product onto a solid support for subsequent detection.

[0008]    Other means of detection include the use of fragment length polymorphism hybridization, allele-specific oligonucleotide (ASO) probes (Saiki et al., 1986, Nature $\underline{324}$:163), or direct sequencing via the dideoxy method using amplified DNA rather than cloned DNA. The fragment length polymorphism method detects insertions and deletions between PCR primers resulting in PCR products of different lengths, detectable by sizing. ASO methods are useful for detecting allelic sequence variations. In an example of ASO hybridization, the amplified DNA is fixed to a nylon filter by, for example, UV irradiation in a series of "dot blots," then allowed to hybridize with an oligonucleotide probe under stringent conditions. The probe may be labeled with, for example, horseradish peroxidase (HRP) and detected by the presence of a blue precipitate following treatment with suitable oxidation reagents.

[0009]    Further is known an alterative assay method for detecting amplified nucleic acids. The process employs the 5' to 3' nuclease activity of a nucleic acid polymerase to cleave annealed, labeled oligonucleotides from hybridized duplexes and release labeled oligonucleotide fragments for detection. The method is suitable for detecting PCR products and requires a primer pair and a labeled oligonucleotide probe having a blocked 3'-OH terminus to prevent extension by the polymerase.

[0010]    Due to the enormous amplification possible with the PCR process, small levels of DNA carryover from samples with high DNA levels, positive control templates, or from previous amplifications, can result in PCR product even in the absence of purposefully added template DNA. Higuchi and Kwok, 1989, Nature $\underline{339}$:237-238, and Kwok and Orrego, in Innis et al., 1990, PCR Protocols: A Guide to Methods and Applications, Academic Press, Inc., San Diego, CA, describe particular methods and precautions for practicing PCR with a minimum of cross contamination. Because the possibility of introducing contaminating DNA to a sample will be increased as the amount of handling steps required for sample preparation, processing, and analysis is increased, it would be preferable to minimize sample handling, particularly after the amplification reaction is complete.

2

EP 0 872 562 B1

[0011]    A number of agents have been described for labeling nucleic acids, whether probe or target, for facilitating detection of target nucleic acid. Suitable labels may provide signals detectable by fluorescence, radioactivity, colorimetry, X-ray diffraction or absorption, magnetism or enzymatic activity and include, for example, fluorophores, chromophores, radioactive isotopes (particularly $^{32}$P and $^{125}$I) electron-dense reagents, enzymes, and ligands having specific binding partners.

[0012]    Labeling is achieved by a number of means, such as chemical modification of a primer or probe to incorporate a label or the use of polymerizing agents to incorporate a modified nucleoside triphosphate into an extension product. Intercalating agents noncovalently bind the stacked bases of nucleic acids and as a result the fluorescence of the agent either increases or shifts to a different wavelength. For example, U.S. Patent No. 4,582,789 describes several intercalating moieties including psoralens.

[0013]    Fluorescent dyes are suitable for detecting nucleic acids. For example, ethidium bromide is an intercalating agent that displays increased fluorescence when bound to double-stranded DNA rather than when in free solution (Sharp et al., 1973, Biochemistry 12:3055). Ethidium bromide can be used to detect both single- and double-stranded nucleic acids, although the affinity of ethidium bromide for singlestranded nucleic acid is relatively low. Ethidium bromide is routinely used to detect nucleic acids following gel electrophoresis. Following size fractionation on an appropriate gel matrix, for example, agarose or acrylamide, the gel is soaked in a dilute solution of ethidium bromide. The DNA is then visualized by examining the gel under UV light (Maniatis et al., 1982 eds., Molecular Cloning: A Laboratory Manual, New York, Cold Spring Harbor Laboratory).

[0014]    Alternative fluorescence based methods for detecting DNA have been described. For example, Morrison et al., 1989, Anal. Biochem., 183:231-244 describe a two probe method for detecting target DNA. One probe is labeled with fluorescein, the other probe, complementary to the first, is labeled with a quencher for fluorescein emission- The probes are allowed to anneal with denatured DNA containing the target sequence, and the amount of fluorescence is determined. Fluorescence increases to the extent that the fluorescein probe binds to unlabeled, complementary DNA rather than the complementary, quenching probe.

[0015]    Mabuchi et al., 1990, Nucl. Acids Res. 18(24):7461-7462 describe a method for detecting DNA fragments based on the AT content of the nucleic acid segment. Two fluorochromes are used to stain size fractionated DNA in an agarose gel. The selective binding properties of different fluorochromes for AT rich regions are used to distinguish electrophoresed DNA fragments.

[0016]    U.S. Patent No. 4,257,774 describes the direct binding of fluorescent intercalators to DNA, e.g., ethidium salts, daunomycin, mepacrine and acridine orange, as well as 4'6-diamidino-a-phenylindole to quantitate the DNA. Fluorescence polarization is used for characterization of nonfluorescent DNA binding compounds which complete with the DNA binding dyes.

[0017]    Oser and Valet, 1990, Angew. Chem. Int. Engl. 29(10):1167, describe a nucleic acid detection scheme that requires two oligonucleotide probes complementary to adjacent sites on a target. The probes are labeled differentially with either a salicylate or a DTPA ligand bearing a fluorescence emitter, Tb$^{III}$. Hybridization of both probes to the target provides steric proximity of the two labels resulting in a measurable increase in Tb$^{III}$ fluorescence. The modified probes are prepared specifically for each target to be detected.

[0018]    EP No. 070,685 describes the use of fluorescent labeled polynucleotide probes in polynucleotide hybridization assays. According to the method, probes are prepared by attaching particular absorber-emitter moieties to the 3' and 5' ends of nucleic acid fragments. The fragments are capable of hybridizing to adjacent positions on a target DNA, so that, if both fragments are hybridized, the proximity of the absorber and emitter moieties results in detectable emitter fluorescence.

[0019]    According to these methods, the fluorescent dye is introduced to the target DNA after all in vitro nucleic acid polymerization reactions have been completed. The inhibitory effects of intercalating agents on nucleic acid polymerases have been described in numerous publications (for example, Kornberg, 1974, DNA Synthesis, W.H. Freman and Co., San Francisco; Richardson, 1973, J. Mol. Biol. 78:703-714).

[0020]    DNA binding dyes are useful as antibiotics because of the inhibitory effects on nucleic acid replication processes that result from the agent binding to the template. EP No. 169,787 describes the use of intercalating agents for blocking replication of influenza or herpes virus. Kornberg (supra) describes a number of DNA binding agents, both intercalators and non-intercalators, and describes how each compound inhibits nucleic acid replication. At page 227, Kornberg specifically describes that ethidium bromide inhibits DNA replication.

[0021]    An apparatus for simultaneous amplification and detection of target nucleic acids would provide advantages over prior detection methods. Such an apparatus would minimize the problems of sample contamination inherent in any process involving a series of manipulative steps for discerning a positive or negative test result. By eliminating sample handling and processing steps, an apparatus for simultaneous amplification and detection of target nucleic acids would increase the speed and accuracy of current diagnostic methods. The present invention addresses and solves these needs.

[0022]    The present invention provides an apparatus for monitoring a nucleic acid amplification reaction over multiple

**EP 0 872 562 B1**

thermal cycles, comprising:

(a) a thermal cycler capable of alternately heating and cooling, in a reaction vessel, an amplification reaction mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent; and
(b) an optional system including a detector operable to detect an optical signal related to the amount of amplified nucleic acid in the reaction mixture over a multiple-cycle period, without opening the reaction vessel once the amplification reaction is initiated.

[0023]    The instrument according to the invention is suitable for carrying out a method for detecting a target nucleic acid in a sample, which method comprises the steps of: (a) providing an amplification reaction mixture that comprises a sample, a DNA binding agent, wherein said agent is characterised as providing a detectable signal when bound to double-stranded nucleic acid which signal is distinguishable from the signal provided by said agent when it is unbound, and reagents for amplification; (b) determining the amount of signal produced by the mixture of step (a); (c) treating said mixture under conditions for amplifying the target nucleic acid; (d) determining the amount of said signal produced by the mixture of step (c); and (e) determining if amplification has occurred.

[0024]    The invention is particularly suitable for practice in PCR amplification methods wherein a net increase in double-stranded DNA results in a change in signal strength or type. In a preferred embodiment, the DNA binding agent is a fluorescent DNA binding dye, such as ethidium bromide, and the signal is fluorescence.

[0025]    Figure 1 demonstrates the increased fluorescence of the PCR mixture due to amplification of a specific target DNA in the presence of ethidium bromide. The experiment is described in detail in Example II.

[0026]    Figure 2 demonstrates the target specificity of the present detection method and illustrates some of the quantitative aspects of the invention. The details of the experiment are provided at Example IV.

[0027]    Figure 3 demonstrates the use of the present invention for genetic screening. The experiment is described in detail at Example V.

[0028]    Figure 4A and 4B relate to the quantitative homogeneous assay described in Example VII. Figure 4A demonstrates that the increase in fluorescence in the positive samples is greater than two standard deviations away from the average of the negative samples. Figure 4B graphically describes a background substraction method for measuring fluorescence.

[0029]    Figures 5A and 5B demonstrate the results of an on-line, automated homogeneous amplification and detection system, according to the present invention as demonstrated in Example VIII. Figure 5A shows a fluorescence print-out from a PCR containing no target DNA and serves as a negative control. Figure 5B is a fluorescence print out from a PCR containing the appropriate target and demonstrates the continuous monitoring of the PCR and concurrent increase in PCR product.

[0030]    The present invention provides improved methods for detecting nucleic acids and is especially suited for use in conjunction with amplification processes. The improved methods require neither an oligonucleotide probe nor a labeled amplification primer. The methods enable monitoring the accumulation of product while the amplification reaction is in progress. The invention also allows target specific quantitation. These methods are suitable for use in automated formats.

[0031]    The methods disclosed offer vast improvements over prior methods for detecting amplified nucleic acids. According to the invention, amplified nucleic acids are detected without opening the reaction vessel once the amplification reaction is initiated and without any additional handling or manipulative steps subsequent to the reaction. Prior to the present invention, nucleic acid detection methods required a third oligonucleotide reagent as a probe, or a series of manipulative and time consuming steps for target detection, for example, capturing the product on a solid support, which steps are performed after amplification. In some procedures both capture and probe hybridization steps are required. The present invention eliminates the need for using a hybridizing probe reagent or a capture procedure for detecting the amplified target. In a clinical setting the methods of the invention offer speed, simplicity, and decreased opportunity for cross-contamination between samples, particularly between amplified and non-amplified samples. In addition, the present methods offer means for automated detection, monitoring and quantitation of amplification products during the amplification process and after the amplification reaction is complete.

[0032]    The present methods require a detectable agent capable of binding doublestranded DNA. The detectable binding agent may be a fluorescent dye or other chromophore, enzyme, or agent capable of producing a signal, directly or indirectly, when bound to double-stranded DNA. The agent may be also characterized as binding to single-stranded DNA or RNA. It is only necessary that the agent is capable of producing a detectable signal when bound to a double-stranded nucleic acid that is distinguishable from the signal produced when that same agent is in solution or bound to a single-stranded nucleic acid.

[0033]    In one embodiment, the DNA binding agent is an intercalating agent. As used herein, an intercalating agent is an agent or moiety capable of non-covalent insertion between stacked base pairs in the nucleic acid double helix.

EP 0 872 562 B1

Intercalating agents, such as ethidium bromide, fluoresce more intensely when intercalated into double-stranded DNA than when bound to single-stranded DNA, RNA, or in solution. Other intercalating agents exhibit a change in the fluorescence spectra when bound to doublestranded DNA. For example, actinomycin D fluoresces red when bound to singlestranded nucleic acids, and green when bound to a double-stranded template. Whether the detectable signal increases, decreases or is shifted, as is the case with actinomycin D, any intercalating agent that provides a detectable signal that is distinguishable when the agent is bound to double-stranded DNA or unbound is suitable for practicing the disclosed invention. For example, the interaction between DNA and another photoreactive psoralen, 4-aminomethyle-4-5'8-trimethylpsoralen (AMT) has been described (Johnson et al., 1981, Photochem. & Photobiol., 33:785-791. According to the reference, both the absorption at long wavelengths and fluorescence, decline upon intercalation of AMT into the DNA helix.

[0034]   Non-intercalating DNA binding agents are also suitable. For example, Hoechst 33258 (Searle & Embrey, 1990, Nuc. Acids Res. 18(13):3753-3762) exhibits altered fluorescence with increasing amount of target. Hoechst 33258 is a member of a class of DNA-binding compounds commonly referred to as "groove binders." This group includes drugs like distamycin, netropsin and others. These compounds recognize and bind the minor groove of duplex DNA.

[0035]   According to the present invention, a DNA binding agent produces a detectable signal directly or indirectly. The signal is detectable directly, such as by fluorescence or absorbance, or indirectly via a substituted label moiety or binding ligand attached to the DNA binding agent. For indirect detection any moiety or ligand that is detectably affected by proximity to double-stranded DNA is suitable.

[0036]   According to the invention, the detectable binding agent is present in the amplification reaction during the amplification process. As amplification proceeds, the agent produces a detectable signal. Neither the agent nor the signal prevents amplification from proceeding. Consequently, the agent may be added to the reaction mixture prior to amplification or while the reaction is in progress. For example, the agent is included in an amplification buffer comprising appropriate reagents, such as salts and buffering agents. In this manner, it is not necessary to separately add the binding agent to the amplification reaction. For practice of the present invention, any DNA binding agent is suitable, so long as in the presence of that agent a net increase in the amount of double-stranded DNA present is reflected in a change signal intensity that is detectable directly or indirectly. In a preferred embodiment, the detectable signal is fluorescence.

[0037]   The term "homogeneous detection assay" is used in the present specification to describe the claimed invention. For ease of understanding, the following definition is provided. Homogeneous detection assay refers to a method for coupled amplification and detection, wherein the process of amplification generates a detectable signal and the need for subsequent sample handling and manipulation to detect the amplified product is minimized or eliminated.

[0038]   The present homogeneous assay is suitable for use in conjunction with oligonucleotide probes. For example, in one embodiment the use of an oligonucleotide probe, specific for detecting a particular target sequence, is included in the amplification reaction in addition to the DNA binding agent of the present invention. The probe, labeled with a quencher and fluorophore, hybridizes to the amplified target nucleic acid. In the presence of an agent for polymerization capable of 5' to 3' nucleolytic activity, the fluorophore and quencher, when bound to the target, are separated by degradation of the probe by the polymerase. The fluorescence of the unbound probe is detectably distinct from the fluorescence of the bound, and subsequently hydrolyzed probe. Thus, the fluorescence of the DNA binding agent enables detection that amplification has occurred, and the fluorescence of the hybridized probe indicates target specific amplification. So long as amplification is detectable without opening the reaction vessel, or further processing steps once amplification is initiated, the method is within the present definition of a homogeneous assay.

[0039]   The term "amplification reaction system" refers to any in vitro means for multiplying the copies of a target sequence of nucleic acid. Such methods include but are not limited to PCR, DNA ligase chain reaction (LCR), Q RNA replicase and RNA transcription-based amplification systems (TAS and 3SR).

[0040]   The term "amplifying" which typically refers to an exponential increase in target nucleic acid is being used herein to describe both linear and exponential increases in the numbers of a select target sequence of nucleic acid.

[0041]   The term "amplification reaction mixture" refers to an aqueous solution comprising the various reagents used to amplify a target nucleic acid. These include enzymes, aqueous buffers, salts, amplification primers, target nucleic acid, and nucleoside triphosphates. Depending upon the context, the mixture can be either a complete or incomplete amplification reaction mixture.

[0042]   The systems described below are practiced routinely by those of skill in the relevant art. They have been described in detail by others and are summarized below. This invention is not limited to any particular amplification system. As other systems are developed, those systems may benefit by practice of this invention. A recent survey of amplification systems was published in Bio/Technology 8:290-293, April 1990. The following four systems are described below to provide an understanding of the breadth of the present invention.

[0043]   Amplification of DNA by PCR is disclosed in U.S. Patent Nos. 4,683,195 and 4,683,202. Methods for amplifying and detecting nucleic acids by PCR using a thermostable enzyme are disclosed in US. Patent No. 4,965,188.

EP 0 872 562 B1

[0044]   PCR amplification of DNA involves repeated cycles of heat-denaturing the DNA, annealing two oligonucleotide primers to sequences that flank the DNA segment to be amplified, and extending the annealed primers with DNA polymerase. The primers hybridize to opposite strands of the target sequence and are oriented so that DNA synthesis by the polymerase proceeds across the region between the primers, effectively doubling the amount of the DNA segment. Moreover, because the extension products are also complementary to and capable of binding primers, each successive cycle essentially doubles the amount of DNA synthesized in the previous cycle. This results in the exponential accumulation of the specific target fragment, at a rate of approximately 2n per cycle, where n is the number of cycles.

[0045]   In the disclosed embodiment, Taq DNA polymerase is preferred although this is not an essential aspect of the invention. Taq polymerase, a thermostable polymerase, is active at high temperatures. Methods for the preparation of Taq are disclosed in U.S. Patent No. 4,889,818. However, other thermostable DNA polymerases isolated from other Thermus species or non Thermus species (e.g., Thermus thermophilus or Thermotoga maritima), as well as non-thermostable DNA polymerase such as T4 DNA polymerase, T7 DNA polymerase, E. coli DNA polymerase I, or the Klenow fragment of E. coli, can also be used in PCR.

[0046]   As used herein, the term "primer" refers to an oligonucleotide capable of acting as a point of initiation of DNA synthesis when annealed to a nucleic acid template under conditions in which synthesis of a primer extension product is initiated, i.e., in the presence of four different nucleotide triphosphates and a DNA polymerase in an appropriate buffer ("buffer" includes pH, ionic strength, cofactors, etc.) and at a suitable temperature.

[0047]   The nucleoside-5'-triphosphates utilized in the extension process, typically dATP, dCTP, dGTP, and dTTP, are present in total concentration typically ranging from $400\,\mu M$ to 4.0 mM during the extension reaction, although preferably the concentration is between $500\,\mu M$ and 1.5 mM.

[0048]   The choice of primers for use in PCR determines the specificity of the amplification reaction. Primers used in the present invention are oligonucleotides, usually deoxyribonucleotides several nucleotides in length, that can be extended in a template-specific manner by the polymerase chain reaction. The primer is sufficiently long to prime the synthesis of extension products in the presence of the agent for polymerization and typically contains 10-30 nucleotides, although that exact number is not critical to the successful application of the method. Short primer molecules generally require cooler temperatures to form sufficiently stable hybrid complexes with the template.

[0049]   Synthetic oligonucleotides can be prepared using the triester method of Matteucci et al., 1981, J. Am. Chem. Soc. 103:3185-3191. Alteratively automated synthesis may be preferred, for example, on a Biosearch 8700 DNA Synthesizer using cyanoethyl phosphoramidite chemistry.

[0050]   For primer extension to occur, this primer must anneal to the nucleic acid template. Not every nucleotide of the primer must anneal to the template for extension to occur. The primer sequence need not reflect the exact sequence of template. For example, a non-complementary nucleotide fragment may be attached to the 5' end of the primer with the remainder of the primer sequence being complementary to the template. Alteratively, non-complementary bases can be interspersed into the primer, provided that the primer sequence has sufficient complementarily with the template for annealing to occur and allow synthesis of a complementary DNA strand.

[0051]   Amplification systems such as PCR require a target nucleic acid in a buffer compatible with the enzymes used to amplify the target. The target nucleic acid can be isolated from a variety of biological materials including tissues, body fluids, feces, sputum, saliva, plant cells, bacterial cultures, and the like.

[0052]   In general, the nucleic acid in the sample will be a sequence of DNA, most usually genomic DNA. However, the present invention can also be practiced with other nucleic acids, such as messenger RNA, ribosomal RNA, viral RNA, or cloned DNA. Suitable nucleic acid samples include single or double-stranded DNA or RNA for use in the present invention. Those of skill in the art will recognize that whatever the nature of the nucleic acid, the nucleic acid can be amplified merely by making appropriate and well recognized modifications to the method being used.

[0053]   To amplify a target nucleic acid sequence in a sample, the sequence must be accessible to the components of the amplification system. In general, this accessibility is ensured by isolating the nucleic acids from a crude biological sample. A variety of techniques for extracting nucleic acids from biological samples are known in the art, for example, those described in Maniatis et al., Molecular Cloning: A Laboratory Manual, New York, Cold Spring Harbor Laboratory, 1982; Arrand, Preparation of Nucleic Acid Probes, in pp. 18-30, Nucleic Acid Hybridization: A Practical Approach, Ed Hames and Higgins, IRL Press, 1985); or in PCR Protocols, Chapters 18-20, Innis et al., ed., Academic Press, 1990.

[0054]   The PCR process is most usually carried out as an automated process with a thermostable enzyme. In this process, the reaction mixture is cycled through a denaturing temperature range, a primer annealing temperature range, and an extension temperature range. A machine specifically adapted for use with a thermostable enzyme is disclosed more completely in EP No. 236,069 and is commercially available.

[0055]   LCR is described in PCT Patent Publication No. WO 89/09835. The process involves the use of ligase to join oligonucleotide segments that anneal to the target nucleic acid. LCR results in amplification of an original target molecule and can provide millions of copies of product DNA. Consequently, the LCR results in a net increase in double-stranded DNA. The present detection methods are applicable to LCR, as well as PCR. LCR requires an oligonucleotide

EP 0 872 562 B1

probe for detecting the product DNA. When used in conjunction with the disclosed methods for detecting amplification products, a probe step is unnecessary, and the LCR result is immediately detectable.

[0056]    Another amplification scheme exploits the use of the replicase from the RNA bacteriophage Qβ. In this amplification scheme, a modified recombinant bacteriophage genome with a sequence specific for the targeted sequence is initially hybridized with the nucleic acid to be tested. Following enrichment of the duplexes formed between the bacteriophage probe and the nucleic acid in a sample, Qβ replicase is added, which, upon recognizing the retained recombinant genome, begins making large numbers of copies.

[0057]    The Qβ system does not require primer sequences and there is no heat denaturation step as with the PCR and LCR amplification systems. The reaction occurs at one temperature, typically 37°C. The preferred template is a substrate for the Qβ replicase, midvariant-1 RNA. A very large increase in the templates is achieved through the use of this system. A review of this amplification system can be found in the International Patent Application Pub. No. WO 87/06270 and in Lizardi et al., 1988, Bio/Technology $\underline{6}$:1197-1202.

[0058]    The 3SR system is a variation of an in vitro transcription based amplification system. A transcription-based amplification system (TAS) involves the use of primers that encode a promoter to generate DNA copies of a target strand and the production of RNA copies from the DNA copies with an RNA polymerase. See, e.g., Example 9B of U. S. Patent No. 4,683,202 and EP No. 310,229. The 3SR System is a system which uses three enzymes to carry out an isothermal replication of target nucleic acids.

[0059]    The system begins with a target of single-stranded RNA to which a T7 RNA DNA primer is bound. By extension of the primer with reverse transcriptase, a cDNA is formed, and RNAseH treatment frees the cDNA from the heteroduplex. A second primer is bound to the cDNA and a double stranded cDNA is formed by DNA polymerase (i.e., reverse transcriptase) treatment. One or both of the primers encodes a promoter, i.e., the promoter for T7 RNA polymerase, so that the double-stranded cDNA is transcription template for T7 RNA polymerase.

[0060]    Transcription competent cDNAs yield antisense RNA copies of the original target. The transcripts are then converted by the reverse transcriptase to double standard cDNA containing double-stranded promoters, optionally on both ends in an inverted repeat orientation. These DNAs can yield RNAs, which can reenter the cycle. A more complete description of the 3SR system can be found in Guatelli et al., 1990, Proc. Natl. Acad. Sci. USA $\underline{87}$:1874-1878, and EP No. 329,822. The TAS system is also described in Gingeras et al., in Innis et al. eds., 1990, PCR Protocols, Academic Press, San Diego.

[0061]    The embodiments of the invention exemplified herein disclose the process for detecting amplified nucleic acids in conjunction with PCR. Accordingly, when used in a PCR-based method, the DNA binding agent is characterized as an agent that will not prevent primer annealing, primer extension along a complementary template, or strand separation of a DNA duplex.

[0062]    In the process described herein, a sample is provided which contains, or is suspected of containing, a particular oligonucleotide sequence of interest, the "target nucleic acid." The target may be RNA or DNA or an RNA/DNA hybrid. The target may be single stranded or double stranded. Target preparation will be carried out in a manner appropriate for the particular amplification process to be implemented. For example, in a PCR method where the target nucleic acid is single-stranded RNA, such as mRNA, the target may be first reverse-transcribed into cDNA, prior to amplification.

[0063]    Methods for reverse transcribing RNA into cDNA are well known and described in Maniatis et al., supra. Alteratively, preferred methods for reverse transcription utilize thermoactive DNA polymerases. The present specification teaches that intercalating agents do not prevent DNA polymerase activity. Consequently, the present method provides a homogeneous detection assay for RNA targets as well as DNA targets.

[0064]    In another embodiment of the present invention, nested primers are used (Mullis et al., 1986, Cold Spring Harbor Symposium on Quantitative Biology $\underline{51}$:263). This method may be preferred when the amount of nucleic acid in a sample is extremely limited, for example, where archival, paraffin embedded samples are used. When nested primers are used, the nucleic acid is first amplified with an outer set of primers. This amplification reaction is followed by a second round of amplification cycles using an inner set of primers. Examples VI and VII describe modifications of nested primer methods that provide superior results without necessitating the additional sample handling required by using nested primers in successive rounds of amplification cycles.

[0065]    According to the present invention, the generation of amplification products can be monitored while the reaction is in progress. An apparatus for detecting the signal generated by the binding agent, can be used to detect, measure, and quantify the signal before, during, and after amplification. Of course, the particular type of signal may dictate the choice of detection method. For example, in a preferred embodiment of the invention, fluorescent DNA binding dyes are used to label PCR products. The dyes intercalate, or bind, the double-stranded PCR products, and consequently, the resulting fluorescence increases as the amount of double-stranded DNA increases. The amount of fluorescence can be quantitated by measurement using a spectra-fluorometer with or without opening the PCR vesseL Examples VII and VIII demonstrate this aspect of the invention.

[0066]    In Example VIII the fluorescence of the positive control sample was well above background measurements. Because signal generation was measured without having to open the reaction tube, this method of detection is readily

adaptable to an automated format in which signal is monitored throughout the amplification process. Example VIII demonstrates an automated, on-line PCR detection method: a fiber optic lead was used to input excitation light directly to a PCR tube in a heating/cooling block. The same fiber optic was used to return fluorescent emissions back to the spectrafluorometer, where the value was read.

[0067]    In preferred methods for PCR, the amplification reaction is carried out as an automated process. A thermocycler currently available uses a heat block capable of holding up to 48 reaction tubes. Consequently, 48 amplification reactions can be carried out simultaneously. The present invention permits PCR product detection in all 48 samples, without handling the samples, opening tubes, or interrupting the cycling reaction. A suitable optical system moves the excitation light from the source to the reaction tube and measures the emission light from each tube. For example, multiple fiber optic leads simultaneously read all PCR tubes undergoing thermocycling. However, only a single fluorometer is needed to read fluorescence from the reaction tubes, as each fiber optic can be read rapidly one at a time, for example, during the time frame of a PCR temperature soak. Alternatively, it will be obvious to one skilled in the art that such a detection system is not necessarily limited to a particular thermocycler machine or number of reaction vessels. However, the description of the 48 well thermocycler serves to demonstrate this aspect of the present invention.

[0068]    So long as the reaction wells, or tubes, are light sealed to prevent external light sources from influencing fluorescence detection, any over plate, tube cap, or lid apparatus that comprises or can be attached to, a fiber optic lead is suitable. In the embodiment of the invention at Example VIII, the reaction tube lids were removed to accommodate the fiber optic. However, use of a reaction vessel that has a clear or translucent cap eliminates the need to insert the cable into the tube. It will be apparent that reaction tubes able accommodate a fiber optic cable, without the cable physically contacting the amplification reaction components, is desirable. In a spectrafluorometer capable of heating and cooling a surface, or vessel, an optic fiber is not required. The optic fiber is only necessary where a thermocycler and spectrafluorometer are housed independently.

[0069]    An analogous detection scheme is suitable in a 96-well microtiter format. This type of format is frequently desirable in clinical laboratories for large scale sample screening, for example, for genetic analysis such as screening for sickle-cell anemia or the AIDS virus in blood bank screening procedures. The present invention is suitable for this type of analysis and eliminates the need for the numerous washing and extraction procedures that are required with known "in-well" assay procedures such as ELISA type formats or other optical density-based methods (Kolber et al., 1988, J. of Immun. Meth. 108:255-264; Huschtscha et al., 1989, In Vitro Cell and Dev. Biol. 25(1):105-108; Voller et al., 1979, The Enzyme Linked Immunosorbent Assay, Dynatech Labs, Alexandria, VA.).

[0070]    The present detection methods also allow direct fluorescence measurement using an apparatus similar to ELISA plate reader, but designed to excite and measure fluorescence. For example, the OytoFluor™ 2300 machine manufactured by Millipore is suitable in such a method. It is appropriate to "read" the microtiter plate before and after thermocycling for determining background fluorescence. Alternatively, an apparatus providing a continuous determination of fluorescence is useful for monitoring the increase in PCR product during the amplification reaction.

[0071]    In another embodiment of the invention, following amplification, the size of the amplified product is determined without the use of a probe or size fractionation methods such as HPLC or gel electrophoresis. The invention is particularly useful for determining if amplification has occurred and simultaneously distinguishing the amplified target product from, for example, primer-dimer and high molecular weight DNA.

[0072]    In a preferred embodiment of the invention, the detectable binding agent is an intercalating fluorescent dye. The present examples describe that ethidium bromide is included in the amplification reaction mixture. Ethidium bromide, like other DNA binding dyes, such as acridines, proflavine, acridine orange, acriflavine, fluorcoumanin, ellipticine, daunomycin, chloroquine, distamycin D, chromomycin, homidium, mithramycin, ruthenium polypyridyls, and anthramycin, exhibit altered fluorescence emissions when bound to double-stranded DNA. In an amplification reaction, a large amount of double-stranded DNA is generated from a starting template. Consequently, when this occurs in the presence of an intercalating fluorescent dye, a net increase in DNA-dependent fluorescence results. The target specificity of PCR and the use of appropriate positive and negative controls ensure that a detectable increase in fluorescence is due to the presence of the amplified target nucleic acid.

[0073]    The present specification incudes several examples demonstrating various aspects of the homogeneous detection assay. The particular embodiments describe that ethidium bromide is present in the PCR at a concentration of 0.53 to 1.27 μM although a concentration of 0.08 μM (0.03 μg/ml) to 40.6 μM (16 μg/ml) is also suitable; however, an ethidium bromide concentration in the PCR mix in the range of 0.15 μM (0.06 μg/ml) to 20.3 μM (8 μg/ml) is preferred. It will be readily apparent to those of ordinary skill in the art how to determine a suitable concentration of alternative DNA binding agents by empirical adjustment. A suitable concentration of agent is any amount that provides a signal that is distinguishable when a net increase in doublestranded DNA has occurred in an amplification reaction. Consequently, the preferred concentration of agent included in the amplification reaction mix may vary depending on the amount of double-stranded non-target DNA (i.e., background genomic DNA), the copy number and amount of target, the quantity and fluorescence of the amplification primers and the particular agent utilized. For example, a standard curve using a known amount of target and varying the amount of binding agents may be appropriate. The fluorescent

dye is added to the PCR mixture before starting temperature cycling. A suitable fluorescent dye does not prevent amplification from occurring. It will be obvious to one of ordinary skill in the art to determine the suitability of any novel dye in the method. Example I demonstrates that PCR amplification occurs in the presence of detectable amounts of ethidium bromide.

[0074]   The emission spectrum of ethidium bromide peaks at 650 nm for unbound ethidium bromide and at 611 nm when the agent is bound to double-stranded DNA. However, because the emission spectra of bound and unbound ethidium bromide have distinct peaks, with bound ethidium emitting at a lower wavelength, discrimination between bound and unbound ethidium is enhanced by detecting emission at a non-peak wavelength that is less than the peak for bound ethidium. In the disclosed embodiment at Example VII, the fluorescence emission of the sample was detected at 570 nm. At Example VIII, the excitation wavelength was set at 500 nm and emission detection was set at 570 nm.

[0075]   It is not essential that the detection or excitation wavelength is optimized for practice of the invention. For example, in Example II, a U.V. light box with an excitation wavelength at 300 nm and detection by photography through a red filter is suitable. A spectra fluorometer, depending on the features of the particular machine utilized, offers the opportunity to set the excitation and emission wavelength, as well as bandwidth. It will be obvious to one of ordinary skill in the art how to determine the wavelength and bandwidth settings for a particular DNA binding agent to be detected. Thus, although each agent has a discrete fluorescence spectrum, a broad range of detection wavelengths are suitable for practicing the invention, as exemplified herein. General guidance is found in, for example, The Merck Index, eds. Budavari et al., 1989, Merck Co. Inc. Rahway, NJ, where peak emission wavelengths for particular fluorescent agents bound and unbound to helical DNA are described at each entry. Similarly, the Molecular Probes Inc., Eugene, Oregon, Catalogue, 1990, by Haugland is a suitable reference for describing DNA binding agents useful in the present invention.

[0076]   In general, it is preferred but not essential that the DNA polymerase is added to the PCR reaction mixture after both the primer and template are added. Alteratively, for example, the enzyme and primer are added last or the PCR buffer or template plus buffer are added last. It is generally desirable that at least one component that is essential for polymerization not be present until such time as the primer and template are both present, and the enzyme can bind to and extend the desired primer/template substrate.

[0077]   Methods for reducing the effects of cross contamination of amplification reactions require the introduction of unconventional bases into the amplified product and exposing carryover to enzymatic and/or physical chemical treat-ment which effectively render the product incapable of serving as a template for subsequent amplifications. The ho-mogeneous detection assay described herein is suitable in conjunction with sterilization methods. These methods enhance the accuracy and reliability of amplification results by eliminating steps, and thereby minimizing product han-dling, which reduces carryover. The sterilization method provides additional assurance that carryover template is elim-inated.

[0078]   Preferably, the DNA binding agent is storage stable and can be included as a component in a PCR reagent buffer. Thus, the invention provides novel reagents suitable for commercialization in a kit format. Such a reagent may contain a solution of the DNA binding agent in a kit for detecting nucleic acids by PCR. Alteratively, the reagent might contain a DNA binding agent, as well as other PCR buffer components such as Tris-HCl, KCl, and $MgCl_2$, each in appropriate concentrations for carrying out PCR. In one embodiment, a kit includes a buffer comprising ethidium bro-mide at a suitable concentration to provide, in an amplification reaction, a final ethidium bromide concentration in the range of 0.15 μM to 20.3 μM. The buffer may additionally contain any or all of the following reagents: Tris-HCl, pH 8.0-8.3; KCl, and $MgCl_2$ each in appropriate concentrations for PCR amplification. Kits for detecting amplified nucleic acids are also envisioned as including any of the following: an agent for polymerization, dNTPs, appropriate primers, and a positive control template.

[0079]   U.S. Patent No. 4,683,202 describes methods for preparing and using primers for PCR which have non-complementary sequences added to the 5' end. These "tails" are useful for engineering particular restriction sites or other purposes, because during PCR, the non-complementary tail sequence is incorporated into the double-stranded PCR product. Particular tail sequences provide binding targets for specific dyes. For example, Hoechst 33258 (Searle and Embrey, 1990, Nuc. Acids Res. 18:3753-3762) preferentially binds A-T base pairs. A PCR primer synthesized with a long A-T rich 5' tail provides a relatively A-T rich PCR product in comparison with genomic DNA. Using Hoechst 33358 the A-T rich PCR product has increased fluorescence relative to genomic DNA and, consequently, is useful for increasing signal strength in the presence of genomic DNA.

[0080]   Similarly, DAPI forms a fluorescent complex with AT rich DNA (Kapuseinski & Szer, 1979, Nuc. Acids Res., 6(112):3519). In contrast, Actinomycin D forms a fluorescent complex with G-C rich DNA (Jain and Sobell, 1972, J. Mol. Biol. 68:21). Thus, the present invention is suitable for monitoring the amount of two distinct target nucleic acids in one reaction vessel, by including two fluorochromes in the reaction mixture during amplification. It is only necessary that one fluorochrome has sequence specificity and that sequence is included in the tail (i.e., 5' end) of a primer to one of the two target nucleic acids. The emission spectra for each fluorochrome is separately determined during and/or after amplification by a spectra fluorometer. Thus, the invention is particularly useful for quantitative comparisons of two different nucleic acid targets in the same sample and as such may be useful for determining the extent of, for

EP 0 872 562 B1

example, an infection or disease if one target is a sequence present in all cells and the other is present in a pathogen.

[0081]    Similar agents with distinct binding properties permit multiplex PCR methods for detecting several targets in one sample without ever opening the reaction vessel once the amplification reaction is initiated. Fluorescent DNA binding dyes may each have different emissions and excitation spectra. In a clinical setting, different DNA binding dyes having different DNA sequence specificities are useful for indicating the presence of distinct targets.

[0082]    The present invention is suitable in conjunction with methods using an internal standard to determine either the relative amount of a target or accurately quantitate the amount of target present prior to amplification.

[0083]    In another embodiment, the present invention provides means for determining the intactness of a DNA sample. For example, forensic analysis often involve samples containing partially degraded target, such as an archival sample. The ability to monitor the generation of PCR product, demonstrated in Example VIII, allows comparison of the amplification profile of a DNA sample with respect to a small PCR product and a large PCR product, in separate reactions. If there is no degradation, monitoring the increase in double-stranded DNA shows that both reactions reach plateau at approximately the same cycle. If there is degradation, the small product would reach plateau sooner than the large fragment due to the presence of more intact target molecules.

[0084]    It will be apparent to those of ordinary skill in the art that the homogeneous detection assay provided herein is suitable for a wide variety of applications, including, for example, genetic screening, forensic human identification, pathogen detection, and quantitation, environmental monitoring or tagging and tracing materials with nucleic acid.

[0085]    In one embodiment, the detectable signal is fluorescence. Fluorescence is suitable for use in qualitative as well as quantitative methods. Qualitative detection can be made simply and rapidly by visual inspection of the reaction tubes by exposure to UV light. This type of rapid, highly sensitive assay is desirable as a rapid screen for the presence of a pathogen or of a particular gene sequence causative of or associated with a disease state. The present invention provides means for cutting costs by a plus/minus pre-screen for the presence of any member of a group of targets. Amplifications for many different such targets would allow this if it may be expected that most samples are negative, e.g., environmental monitoring for pathogen detection systems. Multiplex PCR is a process for including a number of distinct primer pairs in one amplification reaction (Gibbs et al., 1989, in PCR Technology ed. Erlich, Stockton Press, NY). A homogeneous detection assay using multiple primer pairs to assay a wide range of potential targets is then followed by more complex typing procedures only on positive samples. This pre-screen saves the cost of performing the more complex typing procedure on negative samples and/or performing repeated tests on negative samples.

[0086]    The present methods for homogeneous detection of target nucleic acids are also suitable for quantitation of a particular target. Whether the methods are automated or manually performed, quantitation can be accomplished by a number of means. For example, a serial dilution of the sample, in parallel with a serial dilution of a known standard, provides a series of templates, which, following PCR and signal detection, are suitable for quantitating the amount of starting material in the known sample. Similarly, because fluorescence can be determined between cycles during the course of a PCR, the exponential phase of PCR and the cycle at which the level of product reaches the plateau phase, can be readily determined. The more target DNA present at the start of PCR, the sooner the reaction reaches plateau, i.e., the point when the rate of product accumulation begins to diminish. Because the number of cycles needed to reach plateau is directly related to the amount of target present in the sample, monitoring fluorescence while PCR is in progress serves to quantitate small amounts of DNA.

[0087]    The invention is suitable for detecting amplified nucleic acids in the presence of double-stranded genomic DNA. Background levels of DNA as high as 0.5 g or more will not obscure a positive assay result. The target nucleic acid can be a cloned segment, a repeat sequence, such as a multicopy gene or tandem repeat, a single copy gene, or an infectious agent present in a concentration as low as one copy per 70,000 cells. The starting template is RNA or DNA because PCR provides a net increase in double-stranded nucleic acid starting from either template nucleic acid.

[0088]    The target nucleic acid may be a rare sequence, such as a single copy of AIDS virus DNA in a background of human genomic DNA from more than 70,000 cells. In such an instance, procedures for increasing specificity serve to insure that amplification provides a net gain in double-stranded DNA only in response to the presence of the target sequence, and that net gain is detectable in the presence of high background of genomic DNA. U.S. Patent No. 4,683,195 demonstrates the use of nested primers to decrease the background in the amplification of single copy genes.

[0089]    The procedure for nested amplification in U.S. Patent No. 4,683,195 requires a first primer pair to amplify a target sequence and a second primer pair to amplify a subsegment of the PCR product formed from the first amplification reaction. Following the first PCR, the reaction mixture is diluted 10-fold to reduce the concentration of the first primer pair, and the second primer pair is introduced into the reaction mixture. However, because a particular advantage of the present invention lies in the elimination of steps, the additional steps of stopping an amplification reaction to dilute the sample and adding a second primer pair are not desirable.

[0090]    To address this issue, modified nested amplification procedures are provided. The present nested primer methods are vastly improved over prior nested primer procedures for amplifying nucleic acids. These methods provide enhanced specificity and are applicable in any PCR-based amplification scheme. However, in the present disclosure, these procedures are described used in a homogeneous assay.

[0091]   In one modified nested primer method, a third primer, internal to a flanking pair of PCR primers is included in a PCR reaction for amplifying a particular target segment. The third primer has an annealing/melting temperature, when it is hybridized to its complementary target strand, that is lower than that of the flanking primer. This property can be imparted to the primer by a shorter length and/or lower G-C content. For the first 15-20 PCR cycles, the temperature during the extension phase of each PCR cycle is maintained sufficiently high, i.e. approximately 65 °C to prevent the short primer from annealing specifically and initiating amplification. The flanking primers anneal sufficiently such that PCR proceeds normally at the high extension temperature. However, the primer flanking the third primer is present at a low concentration. In the method, prior to amplification plateau, when the supply of limiting primer is almost exhausted, the annealing temperature is decreased to approximately 42°C. At this temperature, the third primer "drops in" and proceeds to amplify the target for the remaining 15 or so cycles.

[0092]   In an alterative method for nested primer amplification, the need for a low concentration of one primer is eliminated. The flanking primer is synthesized with a G-C rich tail. Because the non-complementary primer tail sequence is incorporated into the PCR product after two cycles of amplification, the G-C tails serves to raise the temperature necessary for denaturing the PCR product because of the increased thermostability of G-C pairs versus A-T pairs (Myers et al., 1989, in PCR Technology ed. Erlich, Stockton Press, New York). The resulting difference in the denaturing temperature between the nested and flanking PCR product is then exploited to effectively shut down amplification from the tailed flanking primer. Once PCR product is made from the flanking primers, the denaturation temperature is lowered, i.e., from 96°C to 86°C, so that the temperature is too low for amplification of the flanking PCR product, but is high enough to allow amplification of the nested PCR product. The annealing temperature may also be manipulated, as in the "drop-in" method, to initiate synthesis from the nested primer when desired.

[0093]   It would be obvious to one of ordinary skill in the art to empirically determine the appropriate denaturation and annealing temperatures and program a thermocycler accordingly. This "drop-out primer" method provides means for including high concentrations of the flanking primer to maintain PCR efficiency, and allow the amplification initiated by that primer to be terminated during the reaction as desired. This particular method for nested primer amplification is demonstrated in Examples VI and VII.

[0094]   The following examples serve to illustrate various aspects of the present invention. The primer sequences used are listed at the end of example VIII.

Example I

[0095]   This example demonstrates the ability of PCR to proceed in the presence of ethidium bromide.

[0096]   Two PCRs were carried out as follows. Each 100 µl PCR contained: 50 ng human DNA, 10 mM Tris-HCl pH 8, 50 mM KCl, 4 mM $MgCl_2$, 250 µM each dNTP, 2.5 units Taq polymerase (Perkin-Elmer Cetus Instruments, Norwalk Connecticut), 20 picamole each primer GH26 (SEQ ID NO: 1) and GH27 (SEQ ID NO: 2). The human DNA was purified from a human B-cell line. DNA was prepared according to the method described by Maniatis (supra.). An oil overlay was added to each reaction to prevent evaporation.

[0097]   The two PCRs were conducted under identical conditions except that 0.51 µM of ethidium bromide (Sigma) was included in one reaction. A thermocycler purchased from Perkin-Elmer Cetus Instruments was programmed with the following cycling parameters; denature at 96°C, hold for 1 minute, anneal at 55°C, hold for 1 minute, extend at 72°C, hold for 1 minute. This profile was repeated for 32 cycles. After amplification 5 µl of each PCR was analyzed by gel electrophoresis using a 3% NuSieve agarose gel (FMC). The gel was stained with ethidium bromide by standard methods and the amount of PCR product made in the two reactions was compared. The results demonstrated that the amount of amplified DNA produced in the presence of ethidium bromide was indistinguishable from the amount of PCR product made in the absence of the dye. Additionally, the specificity of the PCR, measured by the ability to produce DNA fragments of the expected size, was unchanged.

Example II

[0098]   This example shows that the specificity of PCR is sufficient for fluorescence-based, homogeneous detection of target nucleic acids. The experiment described in Example I was expanded upon to determine whether target specific ethidium bromide fluorescence is readily visible using standard PCR conditions. Therefore, five 100 µl reaction mixtures were prepared containing 10 mM Tris-HCl pH8, 50 mM KCl, 2.5 mM $MgCl_2$ 1.27 µM ethidium bromide, 150 µM each dNTP, 2.5 units Taq polymerase. Primers and target DNA were included as described below. Primer pair GH15 (SEQ ID NO: 3) and GH16 (SEQ ID NO: 4) are specific for amplifying DQα and do not amplify DRβ1 target DNA. DQα target DNA was prepared by amplifying the human DQα gene as described in Example I. Following amplification, the DQα PCR product was diluted to provide ~2 x $10^7$ copies (5 pg) of amplified DNA per amplification. The DQα product was used as a positive control. DRβ1 target DNA was prepared using primer pair GH46 (SEQ ID NO: 5) and GH50 (SEQ ID NO: 6) to amplify the DRβ1 gene in a PCR using human genomic DNA. The PCR product was diluted to provide

EP 0 872 562 B1

~2 x 10⁷ copies of DRß1 DNA and used in Reaction 4, below, as a negative control. The five reaction mixtures contained primers and target as follows:

<div style="margin-left:2em">

5

Reaction 1 - No primers + DQα Target
Reaction 2 - Primers + DQα target
Reaction 3 - Primers + DQα target
Reaction 4 - Primers + DRβ1 target
Reaction 5 - Primers + no target

</div>

10  Where primers were included 10 pmoles each of GH15 (SEQ ID NO: 3) and GH16 (SEQ ID NO: 4) were added. Reaction mixtures 1 and 2 were not subjected to amplification cycles. Reactions Nos. 3, 4, and 5 were subjected to 20 cycles of amplification. The cycling parameters were 94°C, hold for 1 minute; 45°C, hold for 1 minute; and 72°C, hold for 1 minute.

[0099]  The reaction tubes were then placed on a UV light box (300 nm) and photographed for two seconds and one-half second exposures. The results, shown in Figure 1, demonstrated the increased fluorescence in Reaction No. 3 due to the amplification of the specific target DNA. Reaction Nos. 1 and 2 indicated the level of fluorescence present before any amplification occurred. Reaction Nos. 4 and 5 demonstrated that fluorescence does not increase visibly in a reaction unless, for the particular primer pair present in the reaction, an appropriate template is also present. The different photographic exposures as shown in Figure 1 demonstrate the relative differences in fluorescence.

20

Example III

[0100]  The ability of the present homogeneous assay method for detecting a specific target in the presence of non-target double-stranded DNA was tested. This example demonstrates detection of a specific DNA sequence in a background of genomic DNA. Twenty 100 μl PCR mixtures were prepared as follows. Each contained 10 mM TrisHCl, pH 8; 50 mM KCl; 2 mM MgCl₂; 2.9 units Taq polymerase; 180 μm each dNTP; 1.27 μM ethidium bromide; 15 picamole RH191 (SEQ ID NO: 7); and 15 picamole RH192 (SEQ ID NO: 8). The primers RH191 (SEQ ID NO: 7) and RH192 (SEQ ID NO: 8) are derived from primers y1.1 and y1.2, which are described in Kogan et al., 1987, N. Engl. J. Med., 317:985-990. These primers are specific for a human male-specific sequence that occurs in several thousand copies per human male cell. Fifteen PCR reaction mixtures were set up as follows. Sample DNA was prepared from human blood taken from a male or female as specified for each reaction. DNA was prepared according to Maniatis supra.

<div style="margin-left:2em">

Reaction Nos. 1-5 contained 2 ng human male DNA
Reaction Nos. 6-10 contained no DNA
Reaction Nos. 11-15 contained 60 ng human female DNA
Reaction Nos. 16-20 contained 60 ng human male DNA

</div>

The reactions were all placed in a Perkin-Elmer Cetus Instruments thermocycler programmed to cycle at 94°C for 1 minute; 60°C for 1 minute, for the indicated number of cycles. As indicated below, tubes were removed from the thermocycler at various cycles to provide a PCR time course for each template. Specifically, for each set of five tubes, 0, 17, 21, 25, and 29 amplification cycles were performed. PCR product was detected by exposing the tubes to UV-light as described above.

[0101]  By photography and visual inspection, Tube Nos. 6-15 exhibited no increase in fluorescence. Tube Nos. 1 and 2, the 0 and 17 cycle male DNA samples, also had no increase in fluorescence by visual detection. Only the 21, 25, and 29 cycle male DNA reactions fluoresced under UV light, and the amount of fluorescence increased with increasing cycle number. The results with Tube Nos. 16-20 were similar, except that an increase in fluorescence was noted by 17 cycles. This is consistent with the presence of more copies of the target DNA sequence present in the sample prior to amplification.

50  Example IV

[0102]  For quantitative measurement of target specific ethidium bromide fluorescence the reactions of Example III were opened, and the contents transferred to a spectra fluorometer (SPEX Fluorolog-2, purchased from Spex, Edison, NJ) which was used to get a quantitative fluorescence value for each reaction. The results shown in Figure 2 not only demonstrate the target specificity of the detection method but illustrate the quantitative aspects of the invention. The effect of increased target in the sample is observable by comparing the time course of fluorescence between the 2 ng and 60 ng male templates. The more target DNA in the sample, the sooner the reaction obtains a measurable increase in fluorescence and finally reaches a plateau level of fluorescence. Exactly when the reaction fluorescence begins to

EP 0 872 562 B1

increase measurably is effectively a quantitative measure of how much target was present prior to amplification.

Example V

[0103] This example demonstrates the suitability of the homogeneous assay not only for detecting a single copy gene among total human genomic DNA, but for discriminating among two alleles of that single copy gene present in the sample that differ by a single nucleotide. (Methods for allele specific detection are described in detail in European Patent Publication No. 237,362, which is incorporated herein by reference).

[0104] The particular gene to be detected is the β-globin gene. A single base pair change mutates a wild-type β-globin allele into a sickle cell allele. In this example, the following primers were used: RH187 (SEQ ID NO: 9), RH188 (SEQ ID NO: 10), and RH189 (SEQ ID NO: 11). Primer pair RH187/RH188 (SEQ ID NO: 9/SEQ ID NO: 10) specifically amplified the wild-type allele. Primer pair RH187/RH189 (SEQ ID NO: 9/SEQ ID NO: 11) amplify the sickle cell allele (these primers derive from BGP2, Hβ14A, and Hβ14S described in Wu et al., 1989, PNAS (USA), 86:27572760. Six PCRs were set up as follows: 10 mM Tris-HCl, pH 8.3; 50 mM KCl; 748 μM total dNTPs; 2.9 units Taq polymerase; 10 pmoles each primer; 1.5 μM MgCl$_2$; 1.27 μM ethidium bromide, and 50 ng of human DNA template as follows: one pair of reactions contained human DNA homozygous for sickle allele (SS); one pair of reactions contained wild-type DNA (AA); and one pair contained heterozygous DNA, i.e., one wild-type and one sickle cell allele (AS).

[0105] For each pair of reactions, one tube contained primers specific for the sickle globin allele and one tube contained primers for the wild-type sequence. The only difference between the primer sets are the 3' nucleotides of one of the primer pairs, which match either the sickle cell or the wild-type target sequence. Primer annealing temperature during PCR is set such that amplification will occur only if this 3' nucleotide matches the template. The cycling parameters were: 94°C for 60 seconds, 55°C for 60 seconds.

[0106] The reaction was done in triplicate and after 30 cycles of PCR, the tubes were placed on a UV-light source and photographed. The photographs are shown in Figure 3. The results were as follows:

| | Sickle β-globin Primers | Wild-type Primers |
|---|---|---|
| Homozygous AA | - | + |
| Heterozygous AS | + | + |
| Homozygous SS | + | - |

A "+" indicates that fluorescence was readily visible under UV light, and when measured on a spectra-fluorometer the "+" tubes had approximately three times greater fluorescence than "-" reactions. The PCR's marked "-" did not change significantly in florescence as a result of the amplification reaction.

[0107] Aliquots of each reaction were analyzed by gel electrophoresis. Each "+" reaction exhibited a specific discrete DNA fragment. The "-" reactions had no such DNA fragment by gel analysis.

Example VI

[0108] A detection assay was designed to demonstrate the suitability of the present invention for detecting a rare target sequence in a background of DNA from approximately 70,000 human cells. A modified nested primer procedure, as briefly described in the "Detailed Description" section as a primer "drop-out" procedure, was designed to enhance PCR specificity. This assay was done as follows: into PCR reaction vessels 1 through 8 were aliquoted 50 microliters of solution, each containing 50 mM KCl; 10 mM TrisHCl, pH 8.3; 2.5 mM MgCl$_2$; 600 μM total dNTPs; 1.25 unit of Taq DNA polymerase (PECI); 1.27 μM ethidium bromide; 0.5 μg of human cell-line DNA; the primer pair RH171 (SEQ ID NO: 12) and RH176 (SEQ ID NO: 13), each primer at 0.2 μM; and the nested primer RH182 (SEQ ID NO: 14) also at 0.2 μM. A drop of mineral oil was used to cover the eight solutions in order to prevent evaporation. Primer RH176 (SEQ ID NO: 13) carries a GC-rich, non-homologous (to target sequence), 5' "tail" that raises the denaturation temperature necessary to amplify PCR product made using this primer.

[0109] Reactions 1-4 were made with solutions that were at ambient room temperature and included the three primers before temperature cycling was begun. Reactions 5-8 were made with the addition of the three primers postponed until these reactions were equilibrated to a temperature of 72°C before beginning thermocycling. For this reason, reactions 5-8 are referred to as being given a "hot-start." Reactions 2-4 and 6-8 also contained a target, positive control DNA (purchased from PECI) containing HIV sequences to which RH171 (SEQ ID NO: 12), RH176 (SEQ ID NO: 13), and the 3' portion of RH182 (SEQ ID NO: 14) were homologous. This DNA was diluted such that each reaction containing it had, on average, four copies of the HIV sequence. Because this average number of copies is small, the actual number of copies in a given reaction can vary considerably. Since no HIV DNA target was added to reactions 1 and 5, these reactions served as negative controls.

EP 0 872 562 B1

[0110]    All eight reactions were subjected to thermocycling as follows: denature at 96°C, hold for 1 minute, anneal at 64°C, hold for 1 minute. This profile -was repeated for 29 cycles, during which the flanking primer pair, RH171 (SEQ ID NO: 12) and RH176 (SEQ ID NO: 13), efficiently annealed and were used in amplification, while the nested primer RH182 (SEQ ID NO: 14), which does not efficiently anneal at 64°C, was not used in efficient amplification. This was followed by denaturation at 96°C, hold for 1 minute, annealing at 52°C, hold for 1 minute. This profile was repeated for 2 cycles, during which all three primers efficiently annealed and were extended in amplification such that products were made using either RH171 (SEQ ID NO: 12) and RH176 (SEQ ID NO: 13), or RH171 (SEQ ID NO: 12) and RH182 (SEQ ID NO: 14). Because the use of a third, nested primer, increases product specificity, products made using RH171 (SEQ ID NO: 12) and RH182 (SEQ ID NO: 14) were more likely to be HIV specific. These cycles were followed by denaturation at 86°C, hold for 1 minute, anneal at 52°C, hold for 1 minute. This profile was repeated 18 times, during which, products that included the GC-rich primer RH176 (SEQ ID NO: 13), both HIV specific and non-specific, did not efficiently denature at 86°C and, therefore, did not amplify efficiently, while the amplified HIV sequences made using the nested primer RH182 (SEQ ID NO: 14) and RH171 (SEQ ID NO: 12) did efficiently denature and amplify.

[0111]    All eight reactions were analyzed, when completed, by gel electrophoresis. Reactions 2-4 and 5-8 were shown to contain a product of the expected size (approximately 200 bp) as the predominant band on the gel. Reactions 1 and 5, the negative controls, contained no such product. However, reactions 2-4, which were not given a "hot-start," could be seen to contain DNA fragments of other than the expected size. These other DNA fragments were also visible in reaction 1, indicating that they are not derived from HIV sequences. These other DNA fragments were not visible in reactions 5-8, indicating that use of the "hot-start" had enhanced the specificity of these reactions.

[0112]    Eight additional reactions were performed as described above, except that all were given a "hot-start" as described above. The positive control DNA was diluted in these eight reactions, numbered 1 through 8, such that on average, each contains half an HIV target molecule. Since a molecule cannot be divided, this means that some reactions should contain a target molecule and some should not. If this experiment were repeated many times, the fraction of reactions that do contain a target will vary considerably, but should be on average about half. Those that do contain a target molecule are most likely to contain a single target molecule. Upon completion of the reactions, all eight were analyzed by gel electrophoresis. The result was that two of the eight reactions, numbers 1 and 8, displayed a DNA fragment of the expected size (approximately 200 bp) as the predominant band on the gel, with no other bands that migrated into the gel visible except a band corresponding to the primers. Reactions 2-6 displayed no such bands nor any other DNA fragment bands.

Example VII

[0113]    For quantitative detection of the PCR product a spectra-fluorometer Spex fluorolog-2 (Spex, Edison, NJ) was used to quantitate the net increase in fluorescence generated in response to what is expected to be a single HIV target in the presence of genomic DNA. The spectra-fluorometer was used according to manufacture's specifications as described in Example VIII. The PCR reactions described in Example VI, in which positive control DNA was diluted among eight reactions to contain half an HIV target molecule per reaction, were analyzed for their fluorescence. Twenty µl of each completed reaction was added to 100 µl of 10 mM Tris HCl, pH 8, 0.1 mM EDTA, 1.27 µM ethidium bromide. The fluorescence of these solutions was measured at 570 nm. Figure 4A graphically demonstrates the significant increase in fluorescence of the two positive samples compared to the two negative samples. In the figure, dotted lines mark the fluorescence values two standard deviations away from the average of the negative samples. The PCR-positive samples are both above this line.

[0114]    The results are also shown in Figure 4B using a background substraction method. The fluorescence up to the second standard deviation below the mean was subtracted from the detected values. Background subtraction is preferably performed by measuring fluorescence in each sample at the beginning of PCR cycling (preferably after the initial denaturation, which reduces the proportion of double-stranded genomic DNA) and subtracting that value from the fluorescence in the sample at the end of PCR cycling.

Example VIII

[0115]    The following experiment demonstrates the suitability of the present method for monitoring a PCR reaction and detecting the net increase in double-stranded DNA due to amplification. The apparatus allows on-line detection of PCR product.

[0116]    The apparatus was set up as follows: a Spex-Fluorolog-2 fluorometer with a fiber optic accessory (Spex Catalog No. 1950) was set to emit excitation light at 500 nm with a bandwidth of ~3.4 nm. A GG 435 nm cut off filter used to exclude second order light (Purchased from Melles Grist Inc.). The emission light was detected at 570 nm with a bandwidth of ~13.6 nm. A OG530 filter (530 nm cut off) was used to remove excitation light.

[0117]    Two PCR reactions were set up as described in Example III using primers RH191 (SEQ ID NO: 7) and RH192

EP 0 872 562 B1

(SEQ ID NO: 8). One reaction tube contained 60 ng human male DNA, the other contained no target DNA. The reactions were set up in 0.5 ml polypropylene tubes; however, the top of the tubes was cut away for attaching the fiber optic cable. The fiber optic was glued to the top of the reaction tube with epoxy. Because this apparatus had one fiber optic, only one PCR was run at a time. The emission light was collected through the oil overlay in the tube. A black "shroud" was built around the tube and the reaction was placed in the thermocycler. The thermocycler was programmed to cycle between 94°C and 50°C for 1 minute each, for 30 cycles, followed by continuous incubation at 25°C. The fluorometer and thermocycler were started simultaneously. The parameters of the fluorometer were: time based scan with 5 second integration time; the emission signal was ratioed to that of the excitation light to control for changes in source intensity.

[0118]    Figure 5A shows the results of the PCR reaction containing no DNA. Figure 5A shows that the thermocycler started at 25°C, the fluorescence dropped as the temperature increased to 94°C and fluorescence increased again when the temperature decreased to 50°C. This pattern was repeated for the remaining cycles until the thermocycler again reached 25°C and the fluorescence returned to the approximate starting value.

[0119]    Figure 5B demonstrates the fluorescence profile of a PCR reaction containing the appropriate target DNA. The fluorescence intensity at 50°C shows a cycle dependent increase reflecting an increase in the amount of double-stranded DNA. When the thermocycler returned to 25°C, after the 30 cycles were completed, the fluorescence increased to a final value greater than three times the initial fluorescence value at 25°C.

[0120]    Following amplification, an aliquot of each reaction mixture was analyzed by agarose gel electrophoresis. The gel analysis demonstrated that no PCR product was visible in the lane containing a sample from the negative control. The electrophoresed sample from the positive control PCR showed a clear and unique band at ~150 base pairs. The predicted size of the PCR product was 154 bp.

[0121]    Thus, the on-line method provided a rapid analysis as to the presence or absence of target DNA without the need for probes or further processing steps. In addition, the continuous detection of fluorescence throughout the amplification provides an amplification profile that reflects the amount of target present at start. If the target DNA is, for example, a human repeat sequence present in millions of copies per cell (e.g., "Alu" sequences; Nelson and Caskey in PCR Technology ed. Erlich, 1989, Stockton Press, NY), this method of quantitation could be used to quickly and simply to measure sub-cellular amounts of DNA, which is at present difficult to do without using radioisotopes.

## Primer Sequences for Examples I-VIII

| Ref.-No. | SEQ ID NO | Primer Sequence |
|----------|-----------|-----------------|
| GH26 | 1 | 5' GTGCTGCAGG TGTAAACTTG TACCAG 3' |
| GH27 | 2 | 5' CACGGATCCG GTAGCAGCGG TAGAGTTG 3' |
| GH15 | 3 | 5' GTGTAAACTT GTACCAG 3' |
| GH16 | 4 | 5' GGTAGCAGCG GTAGAG 3' |
| GH46 | 5 | 5' CCGGATCCTT CGTGTCCCCA CAGCACG 3' |
| GH50 | 6 | 5' CTCCCCAACC CCGTAGTTGT GTCTGCA 3' |
| RH191 | 7 | 5' TCCACTTTAT TCCAGGCCTG T 3' |
| RH192 | 8 | 5' TTGAATGGAA TGGGAACGAA TGG 3' |
| RH187 | 9 | 5' AATAGACCAA TAGGCAGAG 3' |
| RH188 | 10 | 5' CACCTGACTC CTGA 3' |
| RH189 | 11 | 5' CACCTGACTC CTGT 3' |
| RH171 | 12 | 5' CCAGGCCAGA TGAGAGAACC AAGGGG 3' |
| RH176 | 13 | 5' GCGGGCAGGG CGGCGGGGGC GGGGCCGAAC CGGTCTACAT AGTCTCTAAA GGG 3' |
| RH182 | 14 | 5' GGTCCCTGTC TTATGTC 3' |

**EP 0 872 562 B1**

<u>SEQUENCE LISTING</u>

**[0122]**

5      -    INFORMATION FOR SEQ ID NO:1:

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 26 base pairs
10              (B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

15      (ii) MOLECULE TYPE: DNA (genomic)

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:


GTGCTGCAGG TGTAAACTTG TACCAG                                    26
20


-    INFORMATION FOR SEQ ID NO:2:

(i) SEQUENCE CHARACTERISTICS:
25
(A) LENGTH: 28 base pairs
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear
30
(ii) MOLECULE TYPE: DNA (genomic)

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:


35
CACGGATCCG GTAGCAGCGG TAGAGTTG                                  28

-    INFORMATION FOR SEQ ID NO:3:

40      (i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 17 base pairs
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
45              (D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:
50


GTGTAAACTT GTACCAG                                             17


55
-    INFORMATION FOR SEQ ID NO:4:

(i) SEQUENCE CHARACTERISTICS:

**EP 0 872 562 B1**

(A) LENGTH: 16 base pairs
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

5

(ii) MOLECULE TYPE: DNA (genomic)

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

10

```
        GGTAGCAGCG GTAGAG                              16
```

15

- INFORMATION FOR SEQ ID NO:5:

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 27 base pairs
(B) TYPE: nucleic acid
20
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)

25    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

```
      CCGGATCCTT CGTGTCCCCA CAGCACG                   27
```

30    - INFORMATION FOR SEQ ID NO:6:

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 27 base pairs
35
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)
40

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

```
      CTCCCCAACC CCGTAGTTGT GTCTGCA                   27
```
45

- INFORMATION FOR SEQ ID NO:7:

50    (i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 21 base pairs
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
55
(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)

**EP 0 872 562 B1**

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

TCCACTTTAT TCCAGGCCTG T                         21

- INFORMATION FOR SEQ ID NO:8:

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 23 base pairs
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

TTGAATGGAA TGGGAACGAA TGG                       23

- INFORMATION FOR SEQ ID NO:9:

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 19 base pairs
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

AATAGACCAA TAGGCAGAG                            19

- INFORMATION FOR SEQ ID NO:10:

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 14 base pairs
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

CACCTGACTC CTGA                                 14

- INFORMATION FOR SEQ ID NO:11:

**EP 0 872 562 B1**

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 14 base pairs
(B) TYPE: nucleic acid
5    (C) STRANDEDNESS: single
(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)

10    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:


CACCTGACTC CTGT                                        14

15    -    INFORMATION FOR SEQ ID NO:12:

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 26 base pairs
20    (B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)
25
(xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:


CCAGGCCAGA TGAGAGAACC AAGGGG                           26
30


-    INFORMATION FOR SEQ ID NO:13:

35    (i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 53 base pairs
(B) TYPE: nucleic acid
(C) STRANDEDNESS: single
40    (D) TOPOLOGY: linear

(ii) MOLECULE TYPE: DNA (genomic)
(xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

45

GCGGGCAGGG CGGCGGGGGC GGGGCCGAAC CGGTCTACAT AGTCTCTAAA GGG
53


50    -    INFORMATION FOR SEQ ID NO:14:

(i) SEQUENCE CHARACTERISTICS:

(A) LENGTH: 17 base pairs
55    (B) TYPE: nucleic acid
(C) STRANDEDNESS: single
(D) TOPOLOGY: linear

**EP 0 872 562 B1**

(ii) MOLECULE TYPE: DNA (genomic)

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:14:

5

GGTCCCTGTC TTATGTC                                                    17

10

**Claims**

1.  An apparatus for monitoring a nucleic acid amplification reaction over multiple thermal cycles, comprising:

15          (a) a thermal cycler capable of alternately heating and cooling, in a reaction vessel, an amplification reaction
            mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a detectable nucleic acid
            binding agent; and
            (b) an optical system including a detector operable to detect an optical signal related to the amount of amplified
            nucleic acid in the reaction mixture over a multiple-cycle period, without opening the reaction vessel once the
20          amplification reaction is initiated.

2.  The apparatus of claim 1, wherein the thermal cycler is capable of alternately heating and cooling a plurality of
    reaction vessels, each containing an amplification reaction mixture.

25  3.  The apparatus of claim 1 or 2, wherein the detector, in detecting the optical signal, is operable to sample optical
    signal values over multiple thermal cycles.

4.  The apparatus of any one of the preceding claims wherein the detector is operable to detect a fluorescence optical
    signal.

30
5.  The apparatus of claim 4 wherein the detector is operable to detect a fluorescence optical signal at a wavelength
    at or about 570 nm.

6.  The apparatus of any one of the preceding claims, wherein the optical system includes a fiber optic cable.

35
7.  The apparatus of any one of the preceding claims, further comprising a reaction vessel adapted to contain an
    amplification reaction mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a de-
    tectable nucleic acid binding agent.

40  8.  The apparatus of claim 7 which comprises a plurality of reaction vessels, each adapted to contain an amplification
    reaction mixture.

9.  The apparatus of claim 7 or 8, wherein the reaction vessel(s) include a clear or translucent cap optically coupled
    to the detector.

45
10. Use of an apparatus according to any one of the preceding claims for monitoring a nucleic acid amplification
    reaction over multiple thermal cycles.

50  **Patentansprüche**

1.  Eine Vorrichtung zur Überwachung einer Nucleinsäureamplifikationsreaktion über mehrere thermische Zyklen,
    umfassend:

55          (a) einen Thermocycler, der in einem Reaktionsgefäß ein Amplifikationsreaktionsgemisch, das eine Ziel-Nu-
            cleinsäure, Reagenzien für die Nucleinsäure-Ampiifikation und ein nachweisbares Nucleinsäure-bindendes
            Mittel umfasst, abwechselnd aufheizen und kühlen kann; und
            (b) ein optisches System, das einen Detektor umfasst, der ein optisches Signal, das der Menge an amplifizierter

**EP 0 872 562 B1**

Nucleinsäure in dem Reaktionsgemisch entspricht, über einen Zeitraum von mehreren Zyklen nachweisen kann, und zwar ohne Öffnen des Reaktionsgefäßes, sobald die Amplifikationsreaktion gestartet worden ist.

2.  Vorrichtung nach Anspruch 1, bei welcher der Thermocycler eine Mehrzahl von Reaktionsgefäßen, die jeweils ein Amplifikationsreaktionsgemisch enthalten, abwechselnd aufheizen und kühlen kann.

3.  Vorrichtung nach Anspruch 1 oder 2, bei welcher der Detektor beim Nachweis des optischen Signals optische Signalwerte über mehrere thermische Zyklen abtasten kann.

4.  Vorrichtung nach einem der vorstehenden Ansprüche, bei welcher der Detektor ein optisches Fluoreszenzsignal nachweisen kann.

5.  Vorrichtung nach Anspruch 4, bei welcher der Detektor ein optisches Fluoreszenzsignal bei einer Wellenlänge von 570 nm oder von etwa 570 nm nachweisen kann.

6.  Vorrichtung nach einem der vorstehenden Ansprüche, bei der das optische System ein faseroptisches Kabel umfasst.

7.  Vorrichtung nach einem der vorstehenden Ansprüche, die ferner ein Reaktionsgefäß umfasst, das derart angepasst ist, dass es ein Amplifikationsreaktionsgemisch enthält, das eine Ziel-Nucleinsäure, Reagenzien für die Nucleinsäure-Amplifikation und ein nachweisbares Nucleinsäure-bindendes Mittel umfasst.

8.  Vorrichtung nach Anspruch 7, die eine Mehrzahl von Reaktionsgefäßen umfasst, die jeweils derart angepasst sind, dass sie ein Amplifikationsreaktionsgemisch enthalten.

9.  Vorrichtung nach Anspruch 7 oder 8, bei der das/die Reaktionsgefäß(e) eine durchsichtige oder lichtdurchlässige Kappe aufweist/aufweisen, die optisch an den Detektor gekoppelt ist.

10. Verwendung einer Vorrichtung nach einem der vorstehenden Ansprüche zur Überwachung einer Nucleinsäure-Amplifikationsreaktion über mehrere thermische Zyklen.

**Revendications**

1.  Dispositif pour surveiller une réaction d'amplification d'acide nucléique pendant de multiples cycles thermiques, comportant :

    (a) un dispositif de cycles thermiques capable de chauffer et de refroidir de manière alternée, dans un récipient de réaction, un mélange de réaction d'amplification comportant un acide nucléique cible, des réactifs pour une amplification d'acide nucléique, et un agent de liaison d'acide nucléique détectable, et
    (b) un système optique comportant un détecteur opérationnel pour détecter un signal optique associé à la quantité d'acide nucléique amplifié dans le mélange de réaction pendant une période de multiples cycles, sans ouvrir le récipient de réaction une fois que la réaction d'amplification est commencée.

2.  Dispositif selon la revendication 1, dans lequel le dispositif de cycles thermiques est capable de chauffer et de refroidir de manière alternée une pluralité de récipients de réaction, contenant chacun un mélange de réaction d'amplification.

3.  Dispositif selon la revendication 1 ou 2, dans lequel le détecteur, lors de la détection du signal optique, est opérationnel pour échantillonner des valeurs de signal optique sur de multiples cycles thermiques.

4.  Dispositif selon l'une quelconque des revendications précédentes, dans lequel le détecteur est opérationnel pour détecter un signal optique de fluorescence.

5.  Dispositif selon la revendication 4, dans lequel le détecteur est opérationnel pour détecter un signal optique de fluorescence à une longueur d'onde égale ou environ égale à 570 nm.

6.  Dispositif selon l'une des revendications précédentes, dans lequel le système optique comporte un câble de fibre

**EP 0 872 562 B1**

optique.

**7.** Dispositif selon l'une des revendications précédentes, comportant de plus un récipient de réaction adapté pour contenir un mélange de réaction d'amplification comportant un acide nucléique cible, des réactifs pour une amplification d'acide nucléique, et un agent de liaison d'acide nucléique détectable.

**8.** Dispositif selon la revendication 7, qui comporte une pluralité de récipients de réaction, chacun adapté pour contenir un mélange de réaction d'amplification.

**9.** Dispositif selon la revendication 7 ou 8, dans lequel le ou les récipients de réaction comportent un couvercle transparent ou translucide couplé optiquement au détecteur.

**10.** Utilisation d'un dispositif selon l'une quelconque des revendications précédentes, pour surveiller une réaction d'amplification d'acide nucléique pendant de multiples cycles thermiques.

EP 0 872 562 B1



FIG. I

2 second exposure

1/2 second exposure

0 cycles of PCR:

1 = no primers

2 = DQa primers + no target DNA

25 cycles of PCR:

3 = DQa primers + DQa target

4 = DQa primers + DQb target

5 = DQa primers + no target

EP 0 872 562 B1

FIG. 3



Homozygous
AA

Heterozygous
AS

Homozygous
SS

EP 0 872 562 B1



FIG. 2

EP 0 872 562 B1



EP 0 872 562 B1

# FIG. 4A



# FIG. 4B



EP 0 872 562 B1



FIG. 5B

# EXHIBIT C

**EXHIBIT C**

| '934 Patent Claim 1 | '562 EP Claim 1 |
|---|---|
| 1. An instrument for use in monitoring a nucleic acid amplification reaction comprising multiple thermal cycles, comprising: | 1. An apparatus for monitoring a nucleic acid amplification reaction over multiple thermal cycles, comprising: |
| (a) an automated thermal cycler capable of alternately heating and cooling, and adapted to receive, at least one reaction vessel containing an amplification reaction mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent; and | (a) a thermal cycler capable of alternately heating and cooling, in a reaction vessel, an amplification reaction mixture comprising a target nucleic acid, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent; and |
| (b) a detector operable to detect a fluorescence optical signal while the amplification reaction is in progress and without opening the at least one reaction vessel, which fluorescence optical signal is related to the amount of amplified nucleic acid in the reaction vessel. | (b) an optical system including a detector operable to detect an optical signal related to the amount of amplified nucleic acid in the reaction mixture over a multiple-cycle period, without opening the reaction vessel once the amplification reaction is initiated. |

# EXHIBIT D

# BIRD & BIRD

Rechtsanwälte
www.twobirds.com
bb.germany@twobirds.com

Carl-Theodor-Straße 6
40213 Düsseldorf
Tel: +49 (0) 211 2005 6000
Fax: +49 (0) 211 2005 6011
Wolfgang von Meibom
Prof. h.c Klaus-Jürgen Michaeli
Dr. Alexander Schröder Frerkes. LL.M
Dr. Jan Byok. LL.M
Maximiliane Stöckel
Felix T. Rödiger
Christian Harmsen
Dr. Uwe Lüken
Oliver Jan Jüngst. LL.M
Dr. Stefan Gottgetreu
Dr. Jörg Witting
Dr. Jan Jäger
Dr. Martin Nebeling *
Dr. Richard Dissmann
Harald Plewka *
Dr. Guido Maria Wiesjean
Dr. Martin Schimke. LL.M. *
Dr. Wolfgang Ehrenstein **
Dr. Wolf-Rainer Bentzien
Susanne Müller-Kabisch
Micaela Schork. LL.M
Dr. Ina vom Feld
Dr. Matthias T Meyer
Dr. Jan-Peter Ohrtmann
Sebastian Fischoeder. LL.M.
Dr. Kathrin Knöfler
Dr. Nicola Ohrtmann
Dr. Philipp Moritz Cepl
Anne Katrin Bartels
Dr. Clemens-August Heusch. LL.M.
Dr. Anna Wolters
Florian Schmidt-Bogatzky. LL.M *
Guido Brockhausen
Michael Nielen
Shiraz H Kutor. LL.M
Julia Brücher
Steffen Häfele LL.M
Moritz Petrikowski
Christopher Weber
Dr. Armin Göhring. LL.M.
Bastian H. Cremer. LL.M.
Dr. Kai Ruting LL.M
Phillipp A. Neels. LL.M.
Jakob Guhn
Doris Bager
Christof Höhne LL.M
Guido Bormann
Dr. Alexander Csaki

Taunusanlage 1
60329 Frankfurt am Main
Tel: +49 (0) 69 74222 6000
Fax: +49 (0) 69 74222 6011
Dr. Erich Michel. LL.M. *
Dr. Christian Kessel. LL.M *
Dr. Fabian Niemann
Jörg-Alexander Paul
Prof. Dr. Frank A. Immenga. LL.M
Lutz Hohensel
Dr. Dirk Barcaba
Dr. Patrick Sinewe **
Nikolaus Freiherr von Verschuer
Dr. Stefan Kleinhbreuer
Dr. Susanne Koch
Jutta Rath
Dr. Andreas Jüttner
Kai Kerger
Henning Krieg. LL.M
Jörg Brockmann
Dr. Philipp Leitsen

Pacellistraße 14
80333 München
Tel: +49 (0) 89 3581 6000
Fax: +49 (0) 89 3581 6011
Dr. Ulrich Goebel. LL.M
Dr. Joseph Fesenmair. Dipl Volkswirt
Dr. Alexander Duisberg
Boris Kreye. LL.M
Dr. René Voigländer. J.D. (USA)
Dr. Markus Körner
Dr. Michael Groß
Dr. Angelika Niebler
Dr. Michael Alt ***
Dr. Daniela Kinkeldey *****
Dr. Caroline Cichon. LL.M. **
Dr. Friedrich Emmerling *****
Stefan Münch
Birgit Böllmann
Dr. Ralph Nack
Dr. Tobias Malte Müller. Mag. iur.
Dr. Henriette Picot
Dr. Natalie Karres. LL.M
Agnes Prechtel
Annabel Porzwaldt
Dr. Thomas Lynker
Dr. Hermann Rothfuchs **
Michael Grabau

Prof. Dr. Ulrich Gassner. Mag. rer. publ., M iur. (Oxon) *

BIRD & BIRD · Carl-Theodor-Strasse 6 · D-40213 Düsseldorf

**In advance via Fax +61 2 9736 1364**
Corbett Reserach Pty Ltd,
A Division of Corbett Life Science
-Management-
14 Hilly Street, Mortlake,
NSW 2137, Sydney, Australia

-and-

**In advance via Fax +49-83 82-98 52-32**
ltf Labortechnik GmbH & Co. KG
-Geschäftsleitung-
Hattnauer Straße 18,

88142 Wasserburg /B

Düsseldorf, March 28, 2008

**Applera./.Corbett and LTF**

**Infringement of patent EP 0 872 562 by the *Rotor- Gene 3000* and *Rotor- Gene 6000***

Dear Ladies and Gentlemen,

the Applera Corporation, 850 Lincoln Centre Drive, Foster City, CA 94404, USA has instructed us to represent their interests. On behalf of our client and with power of attorney, we have the following to inform you about:

1.    Our client is solely exclusive authorized and registered proprietor of the European Patent EP 0 872 562 with the title „Instrument for monitoring nucleic acid amplification reactions". The application for

Bankverbindung
Deutsche Bank Privat- und Geschäftskunden AG
Kto Nr. 1066 398   BLZ 300 700 24
SWIFT Code DEUTDEDBDUE
IBAN DE 71 3007 0024 0106 6398 00

Zulassungen.
¹ Attorney-at-Law, New York
² In Deutschland nicht als Rechtsanwalt zugelassen
³ Solicitor England and Wales
⁴ Fachanwalt für Arbeitsrecht

⁵ Patentanwalt
⁶ European Patent Attorney
⁷ European Trademark Attorney
⁸ Fachanwalt für Steuerrecht

⁹ Steuerberater
¹⁰ Fachanwalt für Bau- und Architektenrecht
¹¹ Attorney-at-Law, California
¹² Fachanwalt für Verwaltungsrecht

London ~ Lyon ~ Madrid ~ Mailand ~ München ~ Paris ~ Peking ~ Rom ~ Stockholm

March 28, 2008

Page 2

BIRD & BIRD

this patent was filed on April 24, 1992 with reference to the priority of US 695201 of May 2, 1991. The mention of grant of the patent was published on September 11, 2002. The German part of this patent is in force.

For your instruction, we submit a copy of the patent as **Exhibit A 1**.

2.    The patent claim 1 of interest here can be displayed with the following features:

Apparatus for monitoring a polymerase chain reaction (PCR) for the nucleic acid amplification reaction (PCR) over multiple thermal cycles,

comprising

   1.    a thermal cycler for conducting an automated PCR process, capable of alternately heating and cooling, in a reaction vessel, a PCR amplification reaction mixture

      1.1    the PCR-amplification reaction mixture comprises

         1.1.1  a target Deoxyribonucleic acid (DNA),

         1.1.2  reagents for nucleic acid amplification, and

         1.1.3. a detectable nucleic acid binding agent;

   and

   2.    an optical system

      2.1    including a detector operable to detect an optical signal over a multiple-cycle period,

      2.2    the optical signal relates to the amount of amplified nucleic acid in the reaction mixture,

March 28, 2008

Page 3

BIRD & BIRD

2.3   detection taking place without opening the reaction vessel once the amplification reaction is initiated.

3.   Our client has become aware of the devices *Rotor- Gene 3000* and *Rotor- Gene 6000* on the websites of Corbett Research Pty Ltd. (http://www.corbettlifescience.com) and ltf Labortechnik GmbH & Co. KG (http://www.labortechnik.com).

4.   The devices *Rotor- Gene 3000* and *Rotor- Gene 6000* manufactured by Corbett Research Pty Ltd. and distributed via ltf Labortechnik GmbH & Co. KG realize all features of claim 1 of EP 0 872 562. This results from the draft complaint, which we have attached as **Exhibit A 2**, there under cipher IV.

5.   You have thus infringed our client's exclusive right according to § 9 No. 1 German Patent Act from which results a claim for cease and desist according to § 139 para.1 German Patent Act.

As a specialized company, you would have been required to inform yourself about rights of third parties and have acted culpably at least by negligence. You are thus liable for damages according to § 139 para. 2 German Patent Act.

In order to allow our client to specify damages suffered, you are required to render accounts, according to established jurisprudence. In further you owe information on the origin and distribution channels of the respective device according to § 140b German Patent Act.

In further, our client has a claim for destruction according to § 140 a German Patent Act.

Finally, you are required in regards to damages respectively an agency of necessity, to reimburse our client for the costs necessary to engage us.

All these claims are hereby asserted.

6.   Our client has provided us to offer you with the opportunity to settle this dispute before taking steps before a court. We therefore have to request that you forward to our hands until

March 28, 2008

Page 4

BIRD & BIRD

### April 17, 2008, noon

the enclosed cease and desist declaration- unchanged and signed legally binding. Should the set time expire unsuccessfully, we will instruct our client to make the attached complaint pending without further notice.

7.    In further, our client has become aware of the fact that the companies Corbett Research Pty Ltd. and ltf Labortechnik GmbH & Co. KG will share an exhibition stand (hall B 3, stand 221) at this year's *Analytica* taking place in Munich from April 1. to 4.2008. We make you aware of the fact that a displaying or other advertisement of the devices *Rotor- Gene 3000* and *Rotor- Gene 6000* constitutes a patent infringing offer according to § 9 sentence 2 No. 1 German Patent Act. As results from the concrete circumstances, it has to be feared that you will display or advertise the indicated devices. We thus have to request you to also provide the additionally enclosed cease and desist declaration- unchanged and executed in a legally binding manner – to our hands until

### March 31, 2008, 18 o`clock

Should the respective declaration not be forwarded to our hands to this date, or be provided on time but the devices *Rotor- Gene 3000* and *Rotor- Gene 6000* be put on display or advertised at the *Analytica* 2008, our client reserves the right to instantly make the complaint, attached as Exhibit A 2, pending with the court.

8.    We indicate the participation of patent attorney Dr. Leo Polz, Hoffmann Eitle, Arabellastrasse 4, 81925 Munich in this matter.

With kind regards

(Oliver Jan Jüngst)
Attorney at law

BIRD & BIRD

## <u>Cease and Desist Declaration</u>

Corbett Research Pty Ltd., A Division of Corbett Life Science, 14 Hilly Street, Mortlake, NSW, Sydney, Australia represented by its legal representative, ibidem,

commits itself to

the Applera Corporation, 850 Lincoln Centre Drive, Foster City, CA 94404, USA, legally represented by its board of directors:

1.  to refrain from, in any case of violation due contractual penalty in the amount of € 10.000,00 (in words: ten thousand) until the expiry of the German part of the European Patent EP 0 872 562 from offering, using, putting in circulation or importing or possessing for the mentioned purposes in the Federal Republic of Germany;

    > Apparatuses for monitoring of a polymerase chain reaction (PCR) for a nucleic acid amplification reaction over multiple cycles for carrying out an automated PCR process, comprising a thermal cycler capable of alternately heating and cooling, in a reaction vessel, a PCR-amplification reaction mixture comprising a target DNA, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent; and an optical system including a detector operable to detect an optical signal related to the amount of amplified nucleic acid in the reaction mixture over a multiple-cycle period, without opening the reaction vessel once the amplification reaction                     is                     initiated.

2.  to render account to the Applera Corporation, to which extent Corbett Research Pty Ltd committed the actions stated under cipher 1. since December 5, 2002, specifically stating

    a)  the quantity of products received or ordered as well as the names and addresses of the manufacturers, suppliers and other previous owners,

    b)  the individual deliveries, broken down according to supplying-amounts, times and prices and type designations and the name and addresses of the recipients,

    c)  the individual offers, broken down according to offer amount, times and prices and type designations and the name and addresses of the individual recipients,

    d)  the advertising conducted, broken down according to advertising means, circulation, circulation period and circulation area,

    e)  the overhead costs broken down according to the individual cost factors and the profit derived;

    whereupon

- Corbett Research Pty Ltd will reserve the right to provide adequate accounts of its choice, that the name and the address of their customers and recipients of offers be shared with a licensed accountant sworn to secrecy as regards the Applera Corporation, instead of providing them to the Applera Corporation, in so far as Corbett Research Pty Ltd bears costs and the accountant is empowered to share with the Applera Corporation information as to whether a certain delivery, a certain customer, a certain offer or a certain offeree is contained in the account;

- Corbett Research Pty Ltd has to submit copies of receipts (invoices or notes of delivery) of orders and sales in regards to b) and c);

3. to destroy the products designated in item 1. in the ownership or possession of Corbett Research Pty Ltd;

   a l t e r n a t i v e l y

   to redesign the apparatuses in the possession of Corbett Research Pty Ltd in such a manner that they are unsuited to monitor the polymerase chain reaction (PCR) for nucleic acid amplification over multiple cycles with the features according to cipher 1.

4. To reimburse the Applera Corporation all damages suffered by the acts listed under cipher 1 since December 5, 2002;

5. to reimburse the cost incurred by engaging Bird & Bird, Carl-Theodor-Straße 6, 40213 Düsseldorf according to the Lawyer Compensation Act (RVG) to the extent of a 1,3 charge (Charge No. 2400 according to RVG 2004) according to an amount at issue of € 500.000,00 and the corresponding patent attorney's fees within one week after providing the declaration

Mortlake, ........................

........................................
for Corbett Research Pty Ltd,
A Division of Corbett Life Science

BIRD & BIRD

## Cease and Desist Declaration

Corbett Research Pty Ltd., 14 Hilly Street, Mortlake, NSW, Sydney, Australia represented by its legal representative, ibidem,

commits itself to

the Applera Corporation, 850 Lincoln Centre Drive, Foster City, CA 94404, USA, legally represented by its board of directors,

**not to display and advertise the devices *Rotor- Gene 3000* and *Rotor- Gene 6000* at this years Analytica 2008, taking place in Munich from April 1. to April 4, 2008.**

Mortlake, ........................

...........................................

for Corbett Research Pty Ltd
A Division of Corbett Life Science

# BIRD & BIRD

Rechtsanwälte
www.twobirds.com
bb.germany@twobirds.com

Carl-Theodor-Straße 6
40213 Düsseldorf
Tel: +49 (0) 211 2005 6000
Fax: +49 (0) 211 2005 6011
Wolfgang von Meibom
Prof. Ing. Klaus-Jürgen Michaeli
Dr. Alexander Schröder-Frerkes LL.M
Dr. Jan Byok LL.M
Maximiliane Stöckel
Felix T. Rödiger
Christian Harmsen
Dr. Uwe Lüken
Oliver Jan Jüngst, LL.M
Dr. Stefan Gottgetreu
Dr. Jörg Witting
Dr. Jiri Jäger
Dr. Martin Nebeling¹
Dr. Richard Dissmann
Harald Plewka²
Dr Guido Maria Wiesen
Dr. Martin Schmitz, LL.M.*
Dr. Wolfgang Ehrensrein¹⁴
Dr Welf-Rainer Bentzien
Susanne Müller-Kabisch
Micaela Schork LL.M
Dr Ina von Feld
Dr Matthias F Meyer
Dr. Jan-Peter Ohrtmann
Sebastian Fischoeder  LL.M
Dr. Kathrin Knöfler
Dr. Nicola Dhrtmann
Dr. Philipp Moritz Cepl
Anne Katrin Bartels
Dr. Clemens-August Heusch, LL.M.
Dr. Anna Wolters
Florian Schmidt-Bogatzky, LL.M ¹
Guido Brockhausen
Michael Nielen
Shiraz H. Kunar, LL.M.
Julia Bröcher
Steffen Hafele, LL.M
Moritz Pentkowski
Christopher Weber
Dr. Armin Göhring, LL.M
Bastian H Cremer LL.M
Dr Kai Rüting LL.M
Phillipp A. Neels LL.M
Jakob Guhn
Boris Begon
Christof Höhne, LL.M.
Guido Bormann
Dr Alexander Csaki

Taunusanlage 1
60329 Frankfurt am Main
Tel: +49 (0) 69 74222 6000
Fax: +49 (0) 69 74222 6011
Dr. Erich Michel, LL.M.¹
Dr Christian Kessel, LL.M.²
Dr Fabian Niemann
Jörg-Alexander Paul
Prof. Dr Frank A. Immenga, LL.M.¹
Lutz Hoheisel
Dr. Dirk Barzeba
Dr Patrick Sinewe²⁴
Nikolaus Freiherr von Verschuer
Dr. Stefan Kleinbreuer
Dr Susanne Koch
Jutta Rath
Dr Andreas Jaitner
Kai Kerger
Henning Krieg LL.M
Jörg Brackmann
Dr Philipp Lessten

Pacellistraße 14
80333 München
Tel +49 (0) 89 3581 6000
Fax: +49 (0) 89 3581 6011
Dr. Ulrich Goebel, LL.M.
Dr. Joseph Fesenmair, Dipl. Volkswirt
Dr Alexander Dulsberg
Boris Kreye, LL.M
Dr René Voigtländer, J.D. (USA)
Dr. Markus Körner
Dr. Michael Groß
Dr Angelika Niebler
Dr Michael Alt¹²³⁴
Dr. Daniela Kinkeldey²⁶⁴³
Dr. Caroline Olchon LL.M
Dr. Friedrich Emmerling²⁵³³
Stefan Münch
Birgit Bültmann
Dr Ralph Nack
Dr. Tobias Malte Müller, Mag. Jur
Dr. Henriette Picot
Dr Natalie Kerres, LL.M
Agnes Prechtel
Annabel Patzwaldt
Dr Thomas Lynker
Dr. Hermann Rothfuchs ¹²
Michael Grabau

Prof Dr Ulrich Gessner, Mag. rer. publ . M. Jur (Oxon)⁵

Exhibit A 2
Bird & Bird

BIRD & BIRD  Carl-Theodor-Straße 6 · D-40213 Düsseldorf

Regional Court Düsseldorf
- 4. Civil Chamber -
Neubrückstrasse 3

40213 Düsseldorf

## *DRAFT!*

Düsseldorf, March 28, 2008

## Complaint

of the **Applera Corporation**, 850 Lincoln Centre Drive, Foster City, CA
94404, USA, represented by the Board of Directors, ibidem,

- Plaintiff -

<u>Attorneys of record:</u>          Attorneys of Bird & Bird,
                                   Carl-Theodor-Straße 6,
                                   40213 Düsseldorf

v e r s u s

1.   **Corbett Research Pty Ltd,** 14 Hilly Street, Mortlake, NSW 2137,
     Sydney, Australia, represented by their legal representatives, ibidem,

- Defendant to 1) -

Bankverbindung
Deutsche Bank Privat- und Geschäftskunden AG
Kto Nr 1066 388   BLZ 300 700 24
SWIFT Code DEUTDEDBDUE
IBAN Code DE 73 3007 0024 0106 6398 00

Zulassungen
¹ Attorney-at-Law, New York
² In Deutschland nicht als Rechtsanwalt zugelassen
³ Solicitor, England and Wales
⁴ Fachanwalt für Arbeitsrecht

⁵ Patentanwalt
⁶ European Patent Attorney
⁷ European Trademark Attorney
⁸ Fachanwalt für Steuerrecht

⁹ Steuerberater
¹⁰ Fachanwalt für Bau- und Architektenrecht
¹¹ Attorney-at-Law, California
¹² Fachanwalt für Verwaltungsrecht

Brüssel ᵥ Den Haag ᵥ Düsseldorf ᵥ Frankfurt ᵥ Hong Kong ᵥ London ᵥ Lyon ᵥ Madrid ᵥ Mailand ᵥ München ᵥ Paris ᵥ Peking ᵥ Rom ᵥ Stockholm

March 28, 2008
Page 2

BIRD & BIRD

2.  **ltf Labortechnik GmbH & Co. KG,** Hattnauer Strasse 18, 88142 Wasserburg/B, represented by ltf Labortechnik Verwaltungs GmbH, which is represented by its Managing Director, ibidem

- Defendant to 2) -

concerning: patent infringement

amount in Controversy - provisionally estimated at - **EUR 1.000.000,-.**

We have been appointed as Plaintiff's attorneys of record and are herewith filing a complaint on behalf of the Plaintiff, with the following motions:

I.  the Defendants to be ordered,

1.  to refrain, upon pain of a penalty fine of up to EUR 250.000,- due for each case of violation, as an alternative detention of up to 6 months, or detention of up to 6 months, in the case of repeated violation detention of up to 2 years, in the Federal Republic of Germany

from offering, introducing on the market, using or, for the purposes stated, importing or possessing;

Apparatuses for monitoring of a polymerase chain reaction (PCR) for a nucleic acid amplification reaction over multiple cycles for carrying out an automated PCR process, comprising a thermal cycler capable of alternately heating and cooling, in a reaction vessel, a PCR-amplification reaction mixture comprising a target DNA, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent; and an optical system including a detector operable to detect an optical signal related to the amount of amplified nucleic acid in the reaction mixture over a multiple-cycle period, without opening the reaction vessel once the amplification reaction is initiated.

2.  to render account to the Plaintiff, to which extent the Defendants committed the actions stated under cipher I. 1. since December 5, 2002, specifically stating

a)  the quantity of products received or ordered as well as the names and addresses of the manufacturers, suppliers and other previous owners,

BIRD & BIRD

b) the individual deliveries, broken down according to supplying-amounts, times and prices and type designations and the name and addresses of the recipients,

c) the individual offers, broken down according to offer amount, times and prices and type designations and the name and addresses of the individual recipients,

d) the advertising conducted, broken down according to advertising means, circulation, circulation period and circulation area,

e) the overhead costs broken down according to the individual cost factors and the profit derived;

whereupon

- the Defendants will reserve the right to provide adequate accounts of their choice, that the name and the address of their customers and recipients of offers be shared with a licensed accountant sworn to secrecy as regards the Plaintiff, instead of providing them to the Plaintiff, in so far as the Defendants bears costs and the accountant is empowered to share with the Plaintiff information as to whether a certain delivery, a certain customer, a certain offer or a certain offeree is contained in the account;
- Defendants have to submit copies of receipts (invoices or notes of delivery) of orders and sales in regards to b) and c);

3. to destroy the products designated in item I. 1. in the ownership or possession of the Defendants;

   a l t e r n a t i v e l y

   to redesign the apparatuses in the possession of Defendants in such a manner that they are unsuited to monitor the polymerase chain reaction (PCR) for nucleic acid amplification over multiple cycles with the features according to cipher I.1.

II. to declare that the Defendants, as joint debtors, are obligated to compensate the Plaintiff for all damages incurred from the committed acts stated in item I. 1 since December 5, 2002 and may still arise in the future

III. to impose the costs of the lawsuit on the Defendants as joint debtors;

IV. to declare the judgment provisionally enforceable, optionally upon posting a security in the form of a surety guarantee of a bank or savings bank -;

   a l t e r n a t i v e l y

to allow the Plaintiff to avoid the compulsory execution because of the costs against payment of a surety in the form of a surety guarantee of a bank or savings bank.

### Grounds

### I.
### Background of the Patent in suit

The parties are competitors on the market for devices and vessels for the execution of a polymerase chain reaction (PCR). A method is characterized as PCR, where a plurality of copies can be made of specific sections of the deoxyribonucleic acid (DNA) as carrier of the genetic information.

In this process, the inherited material DNA (deoxyribonucleic acid) or RNA (ribonucleic acid) is amplified by a chain reaction using the enzyme polymerase.

An amplification of DNA or RNA is often necessary for clinical or research purposes since the quantities of isolatable DNA or RNA in a cell are extremely small. The PCR technology allows to accrete slightest amounts of the existing inherited material, whereby identical copies of the original DNA molecule(s) are obtained.

DNA is available in the form of a long double-stranded polymer molecule, which resembles a rope-ladder. Each rung of this ladder is formed by two nucleotides, whereby only four different nucleotides in total exist, which are abbreviated with letters A, C, G and T. Due to their complementary structure, only the pairs A and T or C and G match and thus can form a rung of the ladder. The nucleotide pairs as such are bound to identical side strands. The actual hereditary information results from the sequence of the nucleotide pairs A/T or C/G.

The information obtained in this manner can subsequently be used, for example, to detect infection viruses, to recognize genetic diseases or to generate a genetic finger print.

BIRD & BIRD

Devices for the execution of a PCR are known to the court as "thermocyclers". They are understood as apparatuses for the automated periodic heating and cooling of reaction mixtures for the amplification (multiplication) of nucleic acids in a chain reaction. The PCR is a method for in-vitro amplification of DNA and is based on a few simple parameters only. First, a reaction mixture is prepared. In addition to the DNA, the reaction mixture contains further reactants, which are present in surplus. These are by way of example individually present nucleotides, polymerase-enzymes as well as primers. Primers are short, mostly between 12 and 30 nucleotides long, single-stranded DNA that were set up especially to be complementary to the section of the split DNA single strand to be found. In the PCR, different reactions are combined in a cycle which is repeated several times. In theory, every cycle duplicates the number of the available DNA sequences.

The essential reactions of the PCR are as follows:

**Denaturation:**

First, the DNA-sequence to be increased in the reaction mixture is subjected to a high-temperature heating at approximately 90 to 100°C. During denaturation, the double stranded DNA is split into two complementary single strands at the middle of the "rungs" by high temperature heat treatment. Therefore, one speaks of "melting" or "denaturation".

**Annealing:**

Afterwards, the reaction mixture is typically chilled to a temperature of approximately 35 to 65°C. At this temperature the primers accumulate themselves onto the complementary DNA-sequence of the single strand. Due to their small size and the surplus in the reaction mixture, they accumulate themselves rapidly onto the DNA at the previously stated temperature and prevent the joining of the single strands separated during the preceding denaturation process. This attachment is designated as hybridization or *annealing*.

**Elongation:**

After the attachment of the primers the reaction mixture can be heated to a temperature at which the activity of the polymerase is optimized. This temperature typically lies between 40 and 80°C. For example, the optimal temperature for the often used polymerase of "*Thermus Aquaticus*" (so-

called Taq-Polymerase) lies at approximately 72°C. The polymerase needs a starting point for the synthesis of a new DNA strand, which is formed by the primers. Starting at the primer, the polymerase continues to elongate the nucleic acid sequence. The polymerase "fishes" for the nucleotide, which is complementary to the corresponding nucleotide on the complementary single strand serving as stencil or template, from the reaction mixture and installs it into the chain. Little by little a complete strand is linked in this elongation step so that at the end there is the initial DNA-sequence in two double stranded DNA-copies.

These consecutively following reactions form a cycle. With a normal PCR-procedure, this cycle is repeated approximately 25 to 30 times. The sequence of the PCR reactions are summarized in a so-called amplification protocol that is individually adapted to every amplified DNA. Ideally, the DNA-sequences present in the reaction mixtures, are duplicated in every cycle. After 25 to 30 cycles, the DNA-sequence to be discovered is thereby increased exponentially.

The stages of annealing and elongation can alternatively be executed at the same time, so that each multiplication cycle can then be carried out in only two temperate ranges.

## II.
### Patent in suit

1. The Plaintiff is the sole proprietor and exclusively entitled to dispose of the European patent EP 0 872 562 (hereinafter: Patent in suit) originating from the divisional application of the European application 92 106 989 dated April 24, 1992. We submit a copy of the Patent in suit as **Exhibit K 1** (in triplicate for the Court). We submit a German translation of Patent in suit as **Exhibit K 2** (in triplicate for the Court). The invention underlying the Patent in suit was filed on April 24, 1992 claiming the US priority application US 695 201 dated May 2, 1991. The patent application was disclosed on October 21, 1998. The publication of the notice of the grant of Patent in suit was done on September 11, 2002. The Patent in suit is in force in Germany. We submit a corresponding register excerpt of the German Patent and Trademark Office as **Exhibit K 3**.

March 28, 2008
Page 7

BIRD & BIRD

On December 5, 2002, the Patent in suit was re-registered for the Plaintiff, as it is apparent from the Registry excerpt pursuant to Exhibit K 3.

2.    The patent in suit is known to the court from prior proceedings of Plaintiff against the manufacturers of Real-Time thermocyclers, Bio-Rad Laboratories, MJ Research, Inc. and Stratagene Inc. The legal disputes were pending at the Court under the docket no. 4a O 44/03, 4a O 235/03 and 4b O 418/04. The Court has sentenced the Defendants basically as requested and rejected the Defendants' applications to stay the proceeding, because it – correctly – did not see a sufficient probability for a cancellation of the Patent in suit.

We suggest that

the court files of the previously-named proceedings 4a O 44/03 4a O 235/03 and 4b O 418/04 be consulted.

3.    The patent in suit was, originally, opposed by five parties (Cepheid, Eppendorf, UK Secretary of Defense, Bio-Rad and Bibby Sterilin). Two further parties - Stratagene and MJ Research – later joined the opposition proceedings pursuant to Art. 105 EPC, after the Plaintiff had started patent infringement proceedings against them before the called-on Court. Six of the seven opponents – Cepheid, Eppendorf, the UK Secretary of Defense, Bio-Rad, MJ Research and Stratagene – have withdrawn their opposition in the meantime and have taken a license to the Patent in suit. Currently only Bibby Sterilin remains as an opponent.

4.    After the Opposition Division of the European Patent Office has – as a complete surprise – revoked the patent in suit due to alleged lack of novelty, the Technical Board of Appeal has reversed the opposition decision on June 7, 2006 and has found novelty over all citations of opponents. Subject of the decision of the Technical Board of Appeal was the following – in German translation displayed – claim wording:

1.   *An apparatus for monitoring of a polymerase chain reaction (PCR) for a nucleic acid amplification reaction (PCR) over multiple cycle for carrying out an automated PCR processs, comprising*

    (a)   *a thermal cycler capable of alternately heating and cooling, in a reaction vessel, a PCR-amplification reaction mixture comprising a target DNA, reagents for nucleic acid amplification, and a detectable nucleic acid binding agent; and*

    (b)   *an optical system including a detector operable to detect an optical signal related to the amount of amplified nucleic acid in the reaction mixture over a multiple-cycle period, without opening the reaction vessel once the amplification reaction is initiated.*

(Modifications over the granted version emphasized)

We submit a copy of Claim 1 of the Patent in suit as asserted here as **Exhibit K 4** (in triplicate for the Court). We submit a German translation of Claim 1 as **Exhibit K 5** (in triplicate for the Court).

In the oral hearing on July 6, 2006, the Technical Board of Appeals reversed the decision of the Opposition Division and confirmed the novelty of the Patent in suit compared to all citations of the opponents. It remanded the proceedings back to the Opposition Division, which now only has to deal with the opposition grounds asserted on part of the opponents beyond lack of novelty. The issue of novelty of the Patent in suit was decided by the Technical Board of Appeals in favor of the Plaintiff conclusively. The written decision of the Opposition Division is submitted as **Exhibit K 6**. A German translation is submitted as **Exhibit K 7**.

5.   According to its title, the Patent in suit relates to an "*Instrument for Monitoring Nucleic Acid Amplification Reactions*". As is known, the apparatus comprises a system for the amplification (multiplication) of nucleic acids and a system for the simultaneous detection of nucleic acid amplification reactions. The apparatus pursuant to the patent amplifies nucleic acids in a chain reaction, in which it automatically and periodically heats and cools

BIRD & BIRD

the reaction mixture and monitors the increase of nucleic acid amplification products in the form of double-strand DNA during the reaction.

6. Prior to the priority date, thermocyclers were used only for amplifying target sequences, whereby an analysis of the process was executed only after the completion of a pre-determined cycle number.

If one wanted to detect the progress of a PCR with thermocyclers pursuant to the prior art, thus without an optical system, the PCR had to be interrupted, the reaction vessels opened and the reaction mixture analyzed. However, when opening the reaction vessels, there is the risk of a contamination of the reaction mixture. Sample contamination can lead to incorrect results. The risk of contamination increases, the more often the reaction vessels are opened between the individual cycles. Further, the interruption of the PCR reaction causes a considerable prolongation of the reaction time.

If the analysis of the final result of the PCR showed that the amplification result was unsatisfactory, individual or multiple reaction parameters were modified and the PCR was repeated completely. The reaction parameters were modified without any information being available as to the progress of the amplification process as an additional basis for the decision. In fact, for a modification of the reaction parameter only information could be consulted, which was ascertained after the completion of the PCR.

Against this background, the patent specification in suit describes as advantageous to be able to follow the progress of a PCR reaction in real time (cf. Exhibit K 2, page 5, lines 30 et. seq.). Thereby, the risk of sample contamination is significantly reduced. Further, the progress of a PCR can be optimized by that not only the final result of the PCR is known, but also its progress. The PCR overall can be shortened by reducing the temperature retention times and the number of cycles. At the same time, this can serve to prevent undesired side effects.

7. The task underlying the invention of the Patent in suit is thus the provision of an instrument, which automatically amplifies (PCR) a target sequence and simultaneously

BIRD & BIRD

detects an optical signal related to the amount of amplified nucleic acid in the reaction mixture over a multiple-cycle period. This increases the accuracy and the speed of the PCR. At the same time, interference with the reaction progress is unnecessary, and the risk of contamination is eliminated or limited to a minimum.

An instrument pursuant to the patent allows to gain knowledge about the PCR reaction, while it is running. The PCR performed with the instrument pursuant to the patent is designated as "Real-Time PCR" since the process of the PCR can be monitored in real time. The "Real-Time PCR" allows a detection of the reaction products at any time during the reaction.

The instrument pursuant to the patent essentially consists of a thermocycler and an optical system.

As already discussed (see above cipher I., page 5), a "thermocycler" is understood as an apparatus for the automated periodic heating and cooling of reaction mixtures for the amplification of nucleic acids in a chain reaction.

The optical system consists of a detector, which is operable to detect the optical signals released in the course of the PCR reaction without opening the reaction vessel. The detector for receiving the optical signals can be linked to a computing and display unit for showing the signal.

For the detection of the amplification products, a detectible substance is additionally added to the conventional reaction mixture. In some embodiments, this substance is able to bind itself to the formed, double-strand DNA. This substance emits a detectible optical signal, which is different depending on the condition of the bond. The used substances can be, for example, fluorescent substances, which are intercalated in the double-strand DNA molecule and exhibit a different fluorescent behaviour after the intercalation than in the free, unbound state, when stimulated with a light of a specific wavelength. The Patent in suit expressly provides such intercalating detection substances (Exhibit K 2, page 8, lines 15 to

BIRD & BIRD

31). The Patent in suit names fluorescent substances as preferred detection substances (Exhibit K 2, page 15, lines 34 to page 16, line 4).

A commercially offered example of an intercalating detection substance is SYBR®Green. The fluorescence of this substance is intensified many times over by its intercalation into the double-strand DNA. Thereby, an optical signal is obtained, whose intensity is directly proportional to the number of formed DNA copies. The presence of the target sequence and its original number in the reaction mixture can be concluded from the increasing fluorescence of the detection substance, without the reaction vessel having to be opened.

Apart from SYBR®Green there are other detection substances, which consist of small nucleic acid molecules, such as the so-called TaqMan probes, hybridization probes and molecular beacons.

8.  The features of the presently relevant patent claim 1 of the Patent in suit reads - as structured according to a feature analysis - :

Apparatus for monitoring a polymerase chain reaction (PCR) for the nucleic acid amplification reaction (PCR) over multiple thermal cycles,

comprising

    1.   a thermal cycler for conducting an automated PCR process, capable of alternately heating and cooling, in a reaction vessel, a PCR amplification reaction mixture

        1.1   the PCR-amplification reaction mixture comprises

            1.1.1  a target Deoxyribonucleic acid (DNA),

            1.1.2  reagents for nucleic acid amplification, and

            1.1.3.  a detectable nucleic acid binding agent;

   and

    2.   an optical system

BIRD & BIRD

    2.1    including a detector operable to detect an optical signal over a multiple-cycle period,

    2.2    the optical signal relates to the amount of amplified nucleic acid in the reaction mixture,

    2.3    detection taking place without opening the reaction vessel once the amplification reaction is initiated.

In order to facilitate the overview, the above-displayed feature analysis is also enclosed separately as **Exhibit K 8** (in triplicate for the court).

## III.
### The Defendants and the Infringing Embodiments

1.    The Defendant to 1) has its business domicile in the Mortlake, Australia. It develops, manufactures and markets worldwide devices for life science applications. More information about the Defendant to 1) is available on the Internet page http://www.corbettlifescience.com. We submit an excerpt of this website as **Exhibit K 9**. Defendant to 1) manufactures and markets worldwide particularly the products „*Rotor-Gene 6000 Real-Time Rotary Analyzer*" (hereinafter „*Rotor-Gene 6000*" or infringing embodiment I) and „*Rotor-Gene 3000 Real-Time Thermal Cycler*" (hereinafter „*Rotor-Gene 3000*" or infringing embodiment II). The infringing embodiments are illustrated in more detail under http://www.corbettlifescience.com. We submit an excerpt of the pages concerning the infringing embodiment I as **Exhibit K 10**. Within the presentation of this infringing embodiment, the visitor of the site is provided with the option to download a brochure of the "*Rotor-Gene 6000*". We submit a printout of the brochure as **Exhibit K 11**. Accordingly, a brochure of the "*Rotor-Gene 3000*" could be obtained, a printout of which we submit as **Exhibit K 12**.

March 28, 2008
Page 13

Defendant to 1) markets the infringing embodiments worldwide and also in the federal territory. This is apparent from the Internet presence under http://www.corbettlifescience.com, where the Defendant to 1), under the link "*Sales*", shows its distribution area. By a click on this link, a world map is opened, on which the individual distribution areas are described more closely. We submit a copy of the list of worldwide distributors as **Exhibit K 13**. There, defendant to 2) is listed as distributor for Germany (cf. pages 2 and 3 of Exhibit K 13). Additionally, Defendant to 1) also participates in pertinent trade shows in the federal territory. For instance, it will share an exhibition booth with Defendant to 2) at this years "*Analytica 2008*" taking place from April 1st to 4th in Munich. We submit an excerpt from the catalog of exhibitors of the "*Analytica 2008*" as **Exhibit K 14**. From all this results that the business activities of Defendant to 1) are directed to the federal territory.

2.  Defendant to 2) markets devices for laboratory technology, in particular such for molecular biology. Further information about the Defendant to 2) is available on its Internet site under http://www.labortechnik.com. We submit a respective excerpt as **Exhibit K 15**. Defendant to 2) is the distribution partner of Defendant to 1) in Germany. This follows from page 3 of Exhibit K 15, where Defendant to 1) is named in the category "*Partner*". The fact that both Defendants share an exhibition booth at the "*Analytica*" clarifies also the corresponding. We refer to the excerpt of the exhibitors' catalogue pursuant to Exhibit K 14, where Defendant to 2) is designated as "*Partner Company*" of the Defendant to 1). In addition, Defendant to 2) is listed on the Internet page of Defendant to 1) as a distributor for the German market (cf. Exhibit K 13, page 3 and 4). Accordingly, it offers the infringing embodiments on its Internet pages under http://www.labortechnik.com and markets them throughout Germany. We submit an excerpt of the pages as **Exhibit K 16** and refer to the pages 1 and 8 (each with the reference "*Angebot einholen*" "*offering information*").

## IV.
### The Infringement of the Patent in suit

The infringing embodiments „*Rotor-Gene 6000*" and „*Rotor-Gene 3000*" consist of a thermal cycler as well as an optical system and thus fulfill all the features of patent claim 1 of the Patent in suit.

1.    The infringing embodiments are apparatuses for monitoring a nucleic acid amplification reaction over multiple thermal cycles within the meaning of the preamble of claim 1.

   a)    Regarding the infringing embodiment „*Rotor-Gene 6000*", for instance, it is stated in the product description under http://www.corbettlifescience.com:

> „*In short, the Rotor-Gene 6000 is the world's most versatile real-time analyzer:*
> - *it supports the broadest range of applications, including quantification, (...) and nucleic acid concentration measurement.*

> (Exhibit K 10, pages 1 and 2;
> emphasis added)

In addition, it reads:

> „*The Rotor-Gene 6000 is fully equipped to do concentration analysis from fluorescent measurements. A typical application is the measurement of DNA concentration using PicoGreen dye (see example).*"

> (Exhibit K 10, page 19;
> emphasis added)

Further, it is stated regarding the infringing embodiment „*Rotor-Gene 6000*":

> „*(...) a 40 cycle amplification can be completed in about 40 minutes (...).*"

> (Exhibit K 11, page 7,
> left column, second paragraph:
> emphasis added)

Such measurements of DNA concentration precisely serve the monitoring of the amplification – thus the multiplication – of nucleic acid. In the process, the monitoring is also done over multiple cycles. Consequently, the infringing embodiment „*Rotor-Gene 6000*" realizes the preamble of Claim 1 of the Patent in suit.

**Evidence**:     Expert opinion

b)     The same applies for the infringing embodiment „*Rotor-Gene 3000*".

On it, it is stated for example:

> „*The world's first centrifugal, real-time DNA amplification system.*"

> (Exhibit K 12, page 5;
> emphasis added),

Further, it reads

> „*Most DNA amplification enzymes/buffers can be used on the system to generate Quantitation/Melt data.*"

> (Exhibit K 12, page 2;
> emphasis added)

BIRD & BIRD

Consequently, the infringing embodiment „Rotor-Gene 3000" is also an apparatus for monitoring a PCR for a nucleic acid amplification reaction. That this monitoring is conducted also over several thermal cycles is characteristic for Real-Time analysis and will not be disputed by the Defendants.

    **Evidence**:    Expert opinion

2. Further, the infringing embodiments also comprise a thermal cycler for carrying out an automated PCR process, which is capable of alternately heating and cooling in a reaction vessel a PCR amplification reaction mixture within the meaning of <u>feature 1</u> of the patent claim.

That the infringing embodiments have a thermal cycler for performing an automated PCR process will not be disputed by the Defendants.

Further, this thermal cycler is also capable of alternately heating and cooling the PCR amplification reaction mixture contained in a reaction vessel.

For instance, the infringing embodiment „Rotor-Gene 6000"– depending on the desired capacity – has 36, 72 or 100 reactions vessels (cf. the information in Exhibit K 10, page 3, under „Rotor Configurations"). The PCR amplification reaction mixture contained therein can alternately be heated and cooled to temperatures between ambient and 99°C (cf. Exhibit K 10, page 3, „Thermal Performance: (...) Range: ambient – 99°C").

Likewise applies for the infringing embodiment „Rotor-Gene 3000". This possesses optionally 36 or 72 reaction vessels (cf. Exhibit K 16, page 15 "Sample Capacity" as well as Exhibit K 12 page 5 "Cost Effective Consumables"). The PCR amplification reaction mixture contained therein can be alternately heated or cooled to temperatures between 25 and 99°C (cf. Exhibit K 16, page 15, Temperature Range: 25–99°C").

According to this, claim feature 1 is literally realized by the infringing embodiments.

BIRD & BIRD

**Evidence**:      Expert opinion

3.    The PCR amplification reaction mixture of the infringing embodiments further shows the properties pursuant to <u>feature group 1</u>. It is comprised of at least a target DNA, reagents for the nucleic acid amplification and at least a detectable nucleic acid binding agent.

    a)    Thermal cyclers like the ones contained in the infringing embodiments are used for the amplification of a target DNA. The target DNA (target sequence) is always contained in the reaction mixture. Thus, <u>feature 1.1.1</u> is realized literally.

        **Evidence**:      Expert opinion

    b)    As already discussed (cf. above cipher I., page 5), the target sequence can only be amplified, if the nucleotides, the respective primers and the polymerase are available in the reaction mixture in excess. Since thermal cyclers like those of the infringing embodiments are also used for conventional PCR, these reaction components are present, so that <u>claim feature 1.1.2</u> is fulfilled as well. The Defendants will not dispute this.

        **Evidence**:      Expert opinion

    c)    Further, the PCR amplification reaction mixture also comprises a detectable nucleic acid binding agent within the meaning of <u>claim feature 1.1.3</u>.

    The infringing embodiment „*Rotor-Gene 6000*" is explicitly suitable

        „*The Rotor- Gene is fully equipped to do DNA concentration Measurement using fluorescent dyes.*"

                            (Exhibit K 11, page 7 right column top
                                     „*Concentration Measurement*";
                                          emphasis added)

In addition, it is expressly stated, which fluorophores – depending on configuration – can be detected with the infringing embodiment „*Rotor-Gene 6000*" (cf. Exhibit K 11, page 8, under „*Example fluorophores detected*").

Such dyes or fluorophores are detectable nucleic acid binding agent within the meaning of claim feature 1.1.3.

The same applies for the infringing embodiment „*Rotor-Gene 3000*". Likewise, the fluorophores are stated which can be detectaed with it (cf. Exhibit K 12, page 8 respectively Exhibit K 16, page 15, „*Fluorophores Detected*").

It becomes apparent from this that the respective amplification reaction mixture of the infringing embodiments shows a detectable nucleic acid binding agent within the meaning pursuant to the claim.

    **Evidence**:    Expert opinion

4.    Beyond that, the infringing embodiments also comprise an optical system pursuant to feature group 2 of the patent claim 1. The specification of the infringing embodiment „*Rotor-Gene 6000*" includes detailed information on its "*Optical System*" (cf. Exhibit K 11, page 8 as well as Exhibit K 12 "*optics*"). Also the infringing embodiment „*Rotor-Gene 3000*" comprises a corresponding optical system (cf. for instance Exhibit K 13, page 5 "*No spectral overlap*" and "*4 separate light sources*").

    a)    This optical system of the infringing embodiments comprises a detector which can detect an optical signal over a period of multiple-cycles within the meaning of feature 2.1.

    In the infringing embodiment „*Rotor-Gene 6000*", a so-called photomultiplier is used as detector pursuant to the claim (cf. Exhibit K 10, page 4, „*Detector*").

BIRD & BIRD

The same applies for the infringing embodiment „*Rotor-Gene 3000*". In its specification, it is stated:

> „*The system uses a* **photo-multiplier (PMT)** *that can detect a single photon of light.*"

> (Exhibit K 12, page 3, under "*Sensitivity*"; emphasis added)

Consequently, the optical system of the „*Rotor-Gene 3000*"contains a detector as well.

That the detector of the respective infringing embodiment can also detect an optical signal over a multiple-cycle period is precisely typical for Real-Time systems like „*Rotor-Gene*". During the process of a PCR reaction, an optical signal can be caused, for example, by the used detection agent attaching to the amplified DNA and subsequently emitting a multiply intensified optical signal in form of fluorescence. This optical signal is directly proportional to the number of formed DNA copies. The amount of amplified nucleic acid, i.e. of amplified target sequence, results from the obtained measurement results. The optical system of the infringing embodiments measures this fluorescence during the entire PCR reaction, i.e. over multiple cycles. The Defendants will not dispute this.

**Evidence**:     Expert opinion

b)   Furthermore, this optical signal detected by the detector pursuant to the claim of the infringing embodiments also corresponds with the amount of amplified nucleic acid in the reaction mixture, so that both also fulfill <u>feature 2.2</u>.

Regarding „*Rotor-Gene 6000*", it is stated:

> „*The Rotor- Gene is fully equipped to do DNA concentration Measurement using* **fluorescent dyes.**"

BIRD & BIRD

(Exhibit K 11, page 7 right column top
„*Concentration Measurement*";
emphasis added)

It becomes apparent from this that the amount of amplified materials is done by measuring the emitted fluorescence, whereby the received optical signal corresponds with the amount of amplified nucleic acid in the reaction mixture.

The same applies for the infringing embodiment „*Rotor-Gene 3000*". To that regard it is stated:

> *After amplification, the samples are heated and the change in fluorescent energy is monitored to generate a melt curve. "*

(Exhibit K 12, page 4, under "*Melt Curve Analysis*")

This shows that the detected optical signal also corresponds to the amount of amplified nucleic acid in the reaction mixture. Consequently, both infringing embodiments realize also claim feature 2.2.

**Evidence**:    Expert opinion

c)    Finally, – in concurrence with feature 2.3 of the prosecuted claim 1 of the Patent in suit – the detection of the optical signal is executed after the initiation of the amplification reaction without opening of the reaction vessel. This is a characteristic feature of Real-Time systems like the infringing embodiments „*Rotor-Gene 6000*" and „*Rotor-Gene 3000*", its presence will not be disputed by the Defendants.

**Evidence**:    Expert opinion

According to this, the infringing embodiments also realize feature group 2.

Claim 1 of the Patent in suit is literally fulfilled by the infringing embodiments.

BIRD & BIRD

<u>V.</u>

<u>Justification of the Relief Sought</u>

The relief sought is founded in its entirety.

1.  The cease & desist claim asserted in cipher I.1. results from § 139 para. 1 PatG (German Patent Act).

    a)  Defendant to 1) displays the infringing embodiments „*Rotor-Gene 6000*" and „*Rotor-Gene 3000*" on its Internet page http://www.corbettlifescience.com. This presentation on the Internet is intended to promote the sales of the infringing embodiment and to induce the visitors of the site to purchase those. This illustration of the infringing embodiments on the Internet site of Defendant to 1) means an offer and thus an act of use reserved to the Plaintiff pursuant to § 9 clause 2 no. 1 PatG. By the unauthorized undertaking of this act, Defendant to 1) thus infringes the Patent in suit, the asserted cease & desist claim is therefore justified under the aspect of risk of repetition.

    b)  Defendant to 2) displays the infringing embodiments on its Internet page http://www.labortechnik.com and distributes them throughout Germany. This means an offer of the devices contrary to § 9 clause 2 no. 1 PatG and thus a violation of the patent in suit. The asserted cease & desist claim according to cipher I.1 is thus justified under the aspect of the risk of repetition.

2.  The request for damages according to cipher II. is founded from § 139 para. 2 PatG. The Plaintiff suffered damages from the infringing acts of the Defendants. The Defendants also act culpably. As companies which are active on the area of marketing molecular-biological laboratory apparatuses, they would have been expected to inform themselves about the situation of the relevant protective rights before starting acts of use. By applying reasonable care, the Defendants would have been able to find the patent in suit without further. Accordingly, they act at least grossly negligent.

BIRD & BIRD

3.  The Plaintiff does not know the extent of the acts of use by the Defendants. Therefore, it cannot specify its claims for compensation and damages. Hence, the Defendants are obliged to render an accounting and to provide information in customary law application pursuant § 242 BGB as well as under the rules concerning agency of necessity, further on the basis of § 140b PatG. Therefore, the claims for rendering an accounting and for providing information asserted under cipher I.2. are justified.

4.  The claim for destruction asserted under cipher I. 3 results from § 140 a PatG.

## VI.

### Jurisdiction of the Called-On Court

The jurisdiction of the called-on Court results from the fact that this is a patent infringement dispute and the Defendants offer the infringing embodiments in the entire republic including the state of Northrhine-Westfalia, §143 para. 1 PatG, § 32 ZPO.

## VII.

### Participation of a Patent Attorney

We indicate that Plaintiff, in addition to its Attorneys of Record, nominated

Patent Attorney
Dr. Leo Polz
Hoffmann Eitle
Arabellastraße 4
81925 Munich

for participation in this legal dispute.

# EXHIBIT E

BIRD & BIRD

Rechtsanwälte
www.twobirds.com
bb.germany@twobirds.com

Carl-Theodor-Straße 6
40213 Düsseldorf
Tel: +49 (0) 211 2005 6000
Fax: +49 (0) 211 2005 6011
Wolfgang von Meibom
Prof. h.c Klaus-Jürgen Michaeli
Dr. Alexander Schröder-Frerkes. LL.M.
Dr. Jan Bovb. LL.M.
Maximiliane Stöckel
Felix T. Rödiger
Christian Harmsen
Dr. Uwe Lüken
Oliver Jan Jüngst. LL.M.
Dr. Stefan Gottgetreu
Dr. Jörg Witting
Dr. Jiri Jäger
Dr. Martin Nebeling [4]
Dr. Richard Dissmann
Harald Plewka [9]
Dr. Guido Maria Wiesen
Dr. Martin Schimke. LL.M. [4]
Dr. Wolfgang Ehrenstein [26]
Dr. Wolf-Rainer Bentzien
Susanne Müller-Kabisch
Micaela Schork. LL.M.
Dr. Ina vom Feld
Dr. Matthias F. Meyer
Dr. Jan-Peter Ohrtmann
Sebastian Fischoeder. LL.M.
Dr. Kathrin Knöfler
Dr. Nicola Ohrtmann
Dr. Philipp Moritz Cepl
Anne Katrin Bartels
Dr. Clemens-August Heusch. LL.M.
Dr. Anna Wolters
Florian Schmidt-Bogatzky. LL.M. [1]
Guido Brockhausen
Michael Nielen
Shiraz H. Kutar. LL.M.
Julia Bröcher
Steffen Häfele. LL.M.
Moritz Petrikowski
Christopher Weber
Dr. Armin Göhring. LL.M.
Bastian H. Cremer. LL.M.
Dr. Kai Rüting. LL.M.
Phillipp A. Neels. LL.M.
Jakob Guhn
Doris Begon
Christof Höhne. LL.M.
Guido Bormann
Dr. Alexander Csaki

Taunusanlage 1
60329 Frankfurt am Main
Tel: +49 (0) 69 74222 6000
Fax: +49 (0) 69 74222 6011
Dr. Erich Michel. LL.M. [1]
Dr. Christian Kessel. LL.M. [3]
Dr. Fabian Niemann
Jörg-Alexander Paul
Prof. Dr. Frank A. Immenga. LL.M.
Lutz Hoheisel
Dr. Dirk Barcaba
Dr. Patrick Sinewe [8,9]
Nikolaus Freiherr von Verschuer
Dr. Stefan Kleinbreuer
Dr. Susanne Koch
Jutta Rath
Dr. Andreas Jüttner
Kai Kerger
Henning Krieg. LL.M.
Jörg Brackmann
Dr. Philipp Leisten

Pacellistraße 14
80333 München
Tel: +49 (0) 89 3581 6000
Fax: +49 (0) 89 3581 6011
Dr. Ulrich Goebel. LL.M.
Dr. Joseph Fesenmair. Dipl. Volkswirt
Dr. Alexander Duisberg
Boris Kreye. LL.M.
Dr. René Voigtländer. J.D. (USA)
Dr. Michael Groß
Dr. Angelika Niebler
Dr. Michael Alt [2,5,6,7]
Dr. Daniela Kinkeldey [7,5,6,7]
Dr. Caroline Cichon. LL.M. [11]
Dr. Friedrich Emmerling [2,5,6,7]
Stefan Münch
Birgit Bültmann
Dr. Ralph Nack
Dr. Tobias Malte Müller. Mag. iur.
Dr. Henriette Picot
Dr. Natalie Karres. LL.M.
Agnes Prechtel
Annabel Patzwaldt
Dr. Thomas Lynker
Dr. Hermann Rothfuchs [12]
Michael Grabau

Prof. Dr. Ulrich Gassner. Mag. rer. publ .. M. Jur. (Oxon) [1]

BIRD & BIRD · Carl–Theodor–Straße 6 · D–40213 Düsseldorf

Landgericht Düsseldorf
- 4. Zivilkammer -
Neubrückstrasse 3

40213 Düsseldorf

> Landgericht Düsseldorf
> Eingegangen
>
> 1 8. April 2008
>
> Abschr. .................... Hefte
> Anlagen .................... fach
> € KM/VS .................... Bd. Akt.

Düsseldorf, den 18.04.2008

# Klage

der **Applera Corporation**, 850 Lincoln Centre Drive, Foster City, CA 94404, USA, vertreten durch ihre gesetzlichen Vertreter, ebenda,

– Klägerin –

Prozessbevollmächtigte:

Bird & Bird Rechtsanwälte,
Carl-Theodor-Strasse 6,
40213 Düsseldorf

gegen

1.  die **Corbett Research Pty Ltd**, 14 Hilly Street, Mortlake, NSW 2137, Sydney, Australien, vertreten durch ihre gesetzlichen Vertreter, ebenda,

– Beklagte zu 1 –

Prozessbevollmächtigte:

Vossius & Partner
Siebertstrasse 3, 81675 München,

Bankverbindung
Deutsche Bank Privat- und Geschäftskunden AG
Kto. Nr. 1066 398   BLZ 300 700 24
SWIFT Code DEUTDEDBDUE
IBAN Code DE 71 3007 0024 0106 6398 00

Zulassungen:
[1] Attorney-at-Law. New York
[2] In Deutschland nicht als Rechtsanwalt zugelassen
[3] Solicitor. England and Wales
[4] Fachanwalt für Arbeitsrecht

[5] Patentanwalt
[6] European Patent Attorney
[7] European Trademark Attorney
[8] Fachanwalt für Steuerrecht

[9] Steuerberater
[10] Fachanwalt für Bau- und Architektenrecht
[11] Attorney-at-Law. California
[12] Fachanwalt für Verwaltungsrecht

Brüssel ▼ Den Haag ▼ Düsseldorf ▼ Frankfurt ▼ Hong Kong ▼ London ▼ Lyon ▼ Madrid ▼ Mailand ▼ München ▼ Paris ▼ Peking ▼ Rom ▼ Stockholm

BIRD & BIRD

2.    die **ltf Labortechnik GmbH & Co. KG**, Hattnauer Straße 18, 88142 Wasserburg/B, vertre-
ten durch die ltf Labortechnik Verwaltungs GmbH, diese vertreten durch ihren Geschäftsfüh-
rer, ebenda,

– Beklagte zu 2 –

Prozessbevollmächtigte:        Vossius & Partner, Siebertstrasse 3, 81675 München,

3.    die **Biotage AB**, Kungsgatan 76, 753 18, Uppsala, Schweden, vertreten durch ihren gesetzli-
chen Vertreter, ebenda.

– Beklagte zu 3 –

wegen:    Patentverletzung

Streitwert:    - vorläufig geschätzt - **EUR 1.000.000,-**.

Wir bestellen uns zu Prozessbevollmächtigten der Klägerin, für die wir Klage erheben

mit den Anträgen,

I.    die Beklagten zu verurteilen,

1.    es bei Meidung eines für jeden Fall der Zuwiderhandlung fälligen Ordnungsgeldes bis
zu EUR 250.000,-, ersatzweise Ordnungshaft bis zu 6 Monaten, oder Ordnungshaft bis
zu 6 Monaten, im Wiederholungsfall Ordnungshaft bis zu 2 Jahren zu unterlassen, in
der Bundesrepublik Deutschland

Vorrichtungen zur Überwachung einer Polymerasekettenreaktion (PCR) zur
Nukleinsäureamplifikationsreaktion über mehrere thermische Zyklen, umfassend
einen Thermocycler zur Durchführung eines automatisierten PCR-Vorgangs, der
in einem Reaktionsgefäß ein PCR-Amplifikationsreaktionsgemisch, das eine
Ziel-DNS, Reagenzien für die Nukleinsäure-Amplifikation und ein nachweisba-
res Nukleinsäure-bindendes Mittel umfasst, abwechselnd aufheizen und kühlen
kann; und ein optisches System, das einen Detektor umfasst, der ein optisches
Signal, das der Menge an amplifizierter Nukleinsäure in dem Reaktionsgemisch
entspricht, über einen Zeitraum von mehreren Zyklen nachweisen kann, und
zwar ohne Öffnen des Reaktionsgefäßes, sobald die Amplifikationsreaktion ge-
startet worden ist,

BIRD & BIRD

anzubieten, in Verkehr zu bringen oder zu gebrauchen oder zu den genannten Zwecken einzuführen oder zu besitzen;

2.  der Klägerin darüber Rechnung zu legen, in welchem Umfang die Beklagten die unter Ziffer I. 1. bezeichneten Handlungen seit dem 5. Dezember 2002 begangen haben, und zwar unter Angabe

   a)  der Menge der erhaltenen oder bestellten Erzeugnisse sowie der Namen und Anschriften der Hersteller, Lieferanten und anderer Vorbesitzer,

   b)  der einzelnen Lieferungen, aufgeschlüsselt nach Liefermengen, -zeiten und -preisen und Typenbezeichnungen sowie der Namen und Anschriften der Abnehmer,

   c)  der einzelnen Angebote, aufgeschlüsselt nach Angebotsmengen, -zeiten und -preisen und Typenbezeichnungen sowie der Namen und Anschriften der einzelnen Angebotsempfänger,

   d)  der betriebenen Werbung, aufgeschlüsselt nach Werbeträgern, deren Auflagenhöhe, Verbreitungszeitraum und Verbreitungsgebiet,

   e)  der nach den einzelnen Kostenfaktoren aufgeschlüsselten Gestehungskosten und des erzielten Gewinns,

   wobei

   –  den Beklagten vorbehalten bleibt, die Namen und Anschriften der nichtgewerblichen Abnehmer und der Angebotsempfänger statt der Klägerin einem von der Klägerin zu bezeichnenden, ihr gegenüber zur Verschwiegenheit verpflichteten, in der Bundesrepublik Deutschland ansässigen, vereidigten Wirtschaftsprüfer mitzuteilen, sofern die Beklagten dessen Kosten tragen und ihn ermächtigen und verpflichten, der Klägerin auf konkrete Anfrage mitzuteilen, ob ein bestimmter Abnehmer oder Angebotsempfänger in der Aufstellung enthalten ist;

   –  die Beklagten die zum Nachweis der Angaben zu b) und c) die entsprechenden Einkaufs- und Verkaufsbelege (Rechnungen oder Lieferscheine) in Kopie vorzulegen haben;

3.  die Beklagte zu 2) zu verurteilen, die in ihrem Besitz bzw. Eigentum befindlichen Erzeugnisse gemäß Ziffer I. 1. zu vernichten;

   h i l f s w e i s e

   die im Besitz bzw. im Eigentum der Beklagten zu 2) befindlichen Erzeugnisse gemäß Ziffer I. 1. so umzubauen, dass sie zur Überwachung einer Polymerase-Kettenreaktion

(PCR) zur Nukleinsäureamplifikationsreaktion über mehrere thermische Zyklen mit den in Ziffer I. 1. bezeichneten Merkmalen ungeeignet sind.

II.     festzustellen, dass die Beklagten gesamtschuldnerisch verpflichtet sind, der Klägerin allen Schaden zu ersetzen, der ihr durch die in Ziffer I. 1. bezeichneten Handlungen seit dem 5. Dezember 2002 entstanden ist und noch entstehen wird;

III.    den Beklagten die Kosten des Rechtsstreits gesamtschuldnerisch aufzuerlegen;

IV.     das Urteil – gegebenenfalls gegen Sicherheitsleistung in Form einer selbstschuldnerischen Bürgschaft einer Bank oder Sparkasse – für vorläufig vollstreckbar zu erklären,

        h i l f s w e i s e

        der Klägerin nachzulassen, die Zwangsvollstreckung wegen der Kosten gegen Sicherheitsleistung in Form einer selbstschuldnerischen Bürgschaft einer Bank oder Sparkasse abzuwenden;

## Begründung

## I.

## Zum Hintergrund des Klagepatents

Die Beklagten sind Wettbewerber der Klägerin auf dem Markt für Vorrichtungen und Gefäße zur Durchführung einer Polymerase-Kettenreaktion (*Polymerase Chain Reaction*, PCR). Als PCR wird ein Verfahren bezeichnet, bei dem von bestimmten Abschnitten der Desoxiribonukleinsäre (DNS) als Träger der genetischen Erbinformationen eine Vielzahl von Kopien angefertigt werden können.

Dabei wird die Erbsubstanz DNS (Desoxyribonukleinsäure) oder RNS (Ribonukleinsäure) durch eine Kettenreaktion unter Einsatz des Enzyms Polymerase amplifiziert.

Eine Amplifikation von DNS oder RNS ist häufig zu klinischen oder zu Forschungszwecken notwendig, da die Mengen isolierbarer DNS oder RNS in einer Zelle extrem klein sind. Mit der PCR-Technik ist man in der Lage, geringste Mengen der vorhandenen Erbsubstanz zu vermehren, wobei

BIRD & BIRD

identische Kopien des ursprünglichen DNS-Moleküls bzw. der ursprünglichen DNS-Moleküle erhalten werden.

DNS liegt in Form eines langen doppelsträngigen Polymermoleküls vor, das in seinem Aufbau einer Strickleiter ähnelt. Jede Sprosse dieser Leiter wird aus jeweils zwei Nukleotiden gebildet, wobei insgesamt nur vier verschiedene Nukleotide vorkommen, die mit den Buchstaben A, C, G und T abgekürzt werden. Aufgrund ihrer komplementären Struktur passen nur die Paare A und T bzw. C und G zusammen und können daher eine Sprosse der Leiter bilden. Die Nukleotidpaare selbst sind an identische Seitenstränge gebunden. Die eigentliche Erbinformation ergibt sich aus der Abfolge (Sequenz) der Nukleotidpaare A/T bzw. C/G.

Die so gewonnenen Informationen können nachfolgend verwendet werden, um beispielsweise Infektionserreger nachzuweisen, um Erbkrankheiten zu erkennen oder um einen genetischen Fingerabdruck zu erstellen.

Geräte zur Durchführung der PCR sind dem Gericht als „Thermocycler" bekannt. Darunter versteht man Vorrichtungen zum automatisierten periodischen Erwärmen und Abkühlen von Reaktionsgemischen für die Amplifizierung (Vermehrung) von Nukleinsäure in einer Kettenreaktion. Die PCR ist eine Methode zur Invitroamplifizierung von DNS und beruht auf nur wenigen einfachen Parametern. Hierzu wird zunächst ein Reaktionsgemisch hergestellt. Dieses enthält neben der DNS weitere Reaktanten, die im Überschuss vorliegen. Dies sind beispielsweise einzeln vorliegende Nukleotide, Polymerase-Enzyme sowie Primer. Primer sind kurze, zumeist zwischen 12 und 30 Nukleotiden lange, einzelsträngige DNS, die speziell so hergestellt wurden, dass sie zu dem aufzufindenden Abschnitt des aufgespaltenen DNS-Einzelstrangs komplementär sind. Bei der PCR sind verschiedene Reaktionen zu einem Zyklus verbunden, der mehrmals wiederholt wird. Jedes Durchlaufen des Zyklus verdoppelt dabei theoretisch die Anzahl der jeweils vorhandenen DNS-Sequenzen.

Die wesentlichen Reaktionen der PCR sind die folgenden:

**Denaturierung:**
Zunächst wird die zu vermehrende DNS-Sequenz in dem Reaktionsgemisch einer Hochtemperaturwärmebehandlung bei ca. 90 bis 100°C unterzogen. Bei der Denaturierung wird die doppelsträngige

DNS-Helix durch die Hochtemperaturwärmebehandlung in der Mitte der die Stränge verbindenden „Sprossen" geteilt und so in zwei komplementäre Einzelstränge aufgespalten. Man spricht daher von „Aufschmelzen" bzw. „Denaturieren".

**Anlagerung:**

Anschließend wird das Reaktionsgemisch typischerweise auf eine Temperatur von ca. 35 bis 65°C heruntergekühlt. Bei dieser Temperatur lagern sich die Primer an die komplementäre DNS-Sequenz des Einzelstrangs an. Aufgrund ihrer geringen Größe und des Überschusses in der Reaktionsmischung lagern sie sich bei der vorgegebenen Temperatur rasch an die DNS an und verhindern das Zusammenschließen der bei der vorhergehenden Denaturierung voneinander getrennten Einzelstränge. Diese Anlagerung wird als Hybridisierung oder *Annealing* bezeichnet.

**Elongation:**

Nach Anlagerung der Primer kann das Reaktionsgemisch auf eine Temperatur erwärmt werden, bei der die Aktivität der Polymerase optimiert wird. Diese Temperatur liegt typischerweise zwischen 40 und 80°C. Beispielsweise liegt das Temperaturoptimum der häufig verwendeten Polymerase aus „*Thermus Aquaticus*" (sog. Taq-Polymerase) bei ca. 72°C. Die Polymerase benötigt für die Synthese eines neuen DNS-Strangs einen Ausgangspunkt, der durch die Primer gebildet wird. Vom Primer ausgehend verlängert die Polymerase die Nukleinsäuresequenz. Dazu „fischt" die Polymerase das Nukleotid, das komplementär zu dem entsprechenden Nukleotid auf dem als Matrize bzw. Kopiervorlage dienenden komplementären Einzelstrang ist, aus dem Reaktionsgemisch und baut es ein. Nach und nach wird in diesem Elongationsschritt ein vollständiger Strang geknüpft, so dass die ursprüngliche DNS-Sequenz am Ende des Verfahrens in zwei doppelsträngigen DNS-Kopien vorliegt.

Diese aufeinander folgenden Reaktionen bilden einen Zyklus. Bei einem normalen PCR-Verfahren wird dieser Zyklus ca. 25 bis 30 Mal wiederholt. Die Abfolge der PCR-Reaktionen werden in einem so genannten Amplifizierungsprotokoll zusammengefasst, das für jede zu amplifizierende DNS individuell angepasst wird. Idealerweise werden in jedem Zyklus die in den Reaktionsgemischen vorliegenden DNS-Sequenzen verdoppelt. Nach 25 bis 30 Zyklen ist die aufzufindende DNS-Sequenz damit exponentiell vermehrt worden.

BIRD & BIRD

Die Stadien der Anlagerung und der Elongation können dabei wahlweise auch gleichzeitig durch-laufen werden, so dass jeder Vermehrungszyklus dann mit nur zwei Temperaturbereichen vollzogen werden kann.

## II.
## Zum Klagepatent

1.  Die Klägerin ist alleinige und ausschließlich verfügungsberechtigte Inhaberin des als Teilan-meldung aus der europäischen Patentanmeldung 92 106 989 vom 24. April 1992 hervorge-gangenen europäischen Patents EP 0 872 562 (nachfolgend Klagepatent). Wir überreichen ei-ne Kopie des Klagepatents als **Anlage K 1** (für das Gericht dreifach). Eine deutsche Überset-zung des Klagepatents überreichen wir als **Anlage K 2** (für das Gericht dreifach). Die dem Klagepatent zugrundeliegende Erfindung wurde am 24. April 1992 unter Inanspruchnahme der US-Prioritätsanmeldung US 695 201 vom 2. Mai 1991 angemeldet. Die Patentanmeldung wurde am 21. Oktober 1998 offengelegt. Die Veröffentlichung des Hinweises auf die Patent-erteilung erfolgte am 11. September 2002. Das Klagepatent steht in Deutschland in Kraft. Ei-nen entsprechenden Registerauszug des Deutschen Patent- und Markenamtes überreichen wir als **Anlage K 3**.

    Am 5. Dezember 2002 wurde das Klagepatent auf die Klägerin umgeschrieben, wie aus dem Registerauszug gemäß Anlage K 3 ersichtlich ist.

2.  Das Klagepatent ist aus den Rechtsstreitigkeiten der Klägerin gegen die Hersteller von Real-Time Thermocyclern, Bio-Rad Laboratories, MJ Research, Inc., sowie Stratagene Inc. ge-richtsbekannt. Die Rechtsstreitigkeiten waren bei dem Gericht unter den Aktenzeichen 4a O 44/03, 4a O 235/03 bzw. 4b O 418/04 anhängig. Das Gericht hat die Beklagten im Wesentli-chen antragsgemäß verurteilt und hat die Aussetzungsanträge der Beklagten abgelehnt, da es – zutreffend – keine hinreichende Wahrscheinlichkeit für den Widerruf des Klagepatents sah.

18.04.2008
Seite 8

BIRD & BIRD

Wir regen an,

die Gerichtsakten zu den vorgenannten Verfahren 4a O 44/03, 4a O 235/03 und 4b O 418/04 beizuziehen.

3.    Gegen den Rechtsbestand des Klagepatents haben ursprünglich fünf Parteien Einspruch eingelegt (Cepheid, Eppendorf, UK Secretary of Defense, Bio-Rad and Bibby Sterilin). Zwei weitere – Stratagene und MJ Research – sind dem Einspruchsverfahren später nach Art. 105 EPÜ beigetreten, nachdem die Klägerin vor dem angerufenen Gericht Patentverletzungsverfahren gegen sie angestrengt hatte. Sechs der sieben Einsprechenden – Cepheid, Eppendorf, UK Secretary of Defense, Bio-Rad, MJ Research und Stratagene – haben ihren Einspruch zwischenzeitlich zurückgenommen und eine Lizenz am Klagepatent genommen. Gegenwärtig ist nur noch Bibby Sterilin Einsprechende.

4.    Nachdem die Einspruchsabteilung des Europäischen Patentamtes das Klagepatent wegen vermeintlich mangelnder Neuheit – völlig überraschend – widerrufen hatte, hat die Technische Beschwerdekammer die Einspruchsentscheidung am 06.07.2006 aufgehoben und die Neuheit des Klagepatents gegenüber allen Entgegenhaltungen der Einsprechenden festgestellt. Gegenstand der Beschwerdekammerentscheidung war der nachfolgende – in deutscher Übersetzung wiedergegebene – Anspruchswortlaut:

   *1.    Vorrichtung zur Überwachung einer **Polymerasekettenreaktion (PCR) zur** Nukleinsäureamplifikationsreaktion über mehrere thermische Zyklen, umfassend*

   *(a)    einen Thermocycler **zur Durchführung eines automatisierten PCR-Vorgangs**, der in einem Reaktionsgefäß ein **PCR-**Amplifikationsreaktions-gemisch, das eine Ziel-**DNS**, Reagenzien für die Nukleinsäure-Amplifikation und ein nachweisbares Nukleinsäurebindendes Mittel umfasst, abwechselnd aufheizen und kühlen kann; und*

   *(b)    ein optisches System, das einen Detektor umfasst, der ein optisches Signal, das der Menge an amplifizierter Nukleinsäure in dem Reaktionsgemisch entspricht, über einen Zeitraum von mehreren Zyklen nachweisen kann, und zwar ohne Öffnen des Reaktionsgefäßes, sobald die Amplifikationsreaktion gestartet worden ist,*

18.04.2008
Seite 9

BIRD & BIRD

(Modifikationen gegenüber der Erteilungsfassung
vermittels Fettdruck hervorgehoben)

Wir überreichen eine Kopie des Anspruchs 1 des Klagepatents in der hier geltend gemachten Fassung als **Anlage K 4**. Eine deutsche Übersetzung dieser Fassung des Anspruchs 1 überreichen wir als **Anlage K 5**.

Im Übrigen verwies die Beschwerdekammer das Verfahren an die Einspruchsabteilung zurück, die sich nun nur noch mit dem Vorliegen der seitens der Einsprechenden – über den behaupteten Mangel an Neuheit hinaus – geltend gemachten Widerrufsgründe zu befassen hat. Die Frage der Neuheit des Klagepatents hat die technische Beschwerdekammer indes abschließend zugunsten der Klägerin entschieden. Die schriftliche Begründung der Entscheidung der Beschwerdekammer überreichen wir als **Anlage K 6**. Eine deutsche Übersetzung dieser ist als **Anlage K 7** beigefügt.

5.  Das Klagepatent betrifft laut seinem Titel eine „Vorrichtung zum Nachweis von Nukleinsäure-Amplifikationsreaktionen". Die Vorrichtung umfasst bekanntlich eine Einrichtung zur Amplifikation (Vermehrung) von Nukleinsäuren und eine Einrichtung zur Überwachung der Zunahme doppelsträngiger DNA während der Amplifikation einer Ziel-Nukleinsäure in einer Probe. Die patentgemäße Vorrichtung amplifiziert Nukleinsäure in einer Kettenreaktion, indem sie Reaktionsgemische automatisiert periodisch erwärmt und abkühlt und die Zunahme von Nukleinsäure-Amplifikationsprodukten in Form doppelsträngiger DNS während der Reaktion überwacht.

6.  Vor dem Prioritätsdatum wurden Thermocycler nur für die Amplifizierung von Zielsequenzen benutzt, wobei eine Analyse des Vorgangs erst nach Abschluss der vorher bestimmten Zyklenanzahl erfolgte.

Wollte man den Ablauf einer PCR mit Thermocyclern gemäß dem Stand der Technik, also ohne optisches System, ermitteln, musste man die PCR unterbrechen, die Reaktionsgefäße öffnen und das Reaktionsgemisch analysieren. Beim Öffnen der Reaktionsgefäße besteht in-

des die Gefahr der Kontamination des Reaktionsgemisches. Probenkontamination kann zu falschen Ergebnissen führen. Die Kontaminationsgefahr erhöht sich, je häufiger man die Reaktionsgefäße zwischen den einzelnen Zyklen öffnet. Weiter führt die Unterbrechung der PCR-Reaktion zu einer wesentlichen Verlängerung der Reaktionsdauer.

Zeigte die Analyse des Endergebnisses der PCR, dass das Amplifikationsergebnis unbefriedigend war, wurden einzelne oder mehrere Reaktionsparameter verändert und die PCR komplett wiederholt. Die Reaktionsparameter wurden verändert, ohne dass Informationen über den Ablauf des Amplifikationsprozesses als zusätzliche Entscheidungsgrundlage zur Verfügung standen. Vielmehr konnten nur Informationen zur Veränderung der Reaktionsparameter herangezogen werden, die nach Beendigung der PCR ermittelt werden konnten.

Vor diesem Hintergrund bezeichnet es die Klagepatentschrift als vorteilhaft, den Verlauf einer PCR-Reaktion in Echtzeit („Real-Time") verfolgen zu können (vgl. Anlage K 2, Seite 5, Zeilen 30 ff.). Hierdurch wird insbesondere die Gefahr der Probenkontamination wesentlich verringert. Weiter kann der Ablauf einer PCR optimiert werden, indem nicht nur das Endergebnis der PCR bekannt ist, sondern auch ihr Verlauf. Die PCR kann insgesamt verkürzt werden, indem die Temperaturhaltezeiten und die Zyklenzahl reduziert werden. Zugleich können dadurch ungewünschte Nebeneffekte vermieden werden.

7. Der Erfindung des Klagepatents liegt damit die Aufgabe zugrunde, eine Vorrichtung bereitzustellen, welche eine Zielsequenz automatisch amplifiziert (PCR) und gleichzeitig über einen Zeitraum von mehreren Zyklen ein optisches Signal detektiert, das auf die Menge an amplifizierter Nukleinsäure im Reaktionsgemisch bezogen ist, ohne dass das geschlossene Reaktionsgefäß während der PCR-Reaktion geöffnet werden muss. Dies erhöht die Genauigkeit und die Schnelligkeit der PCR. Zugleich werden Eingriffe in den Reaktionsablauf überflüssig, und das Kontaminationsrisiko wird ausgeschlossen bzw. auf ein minimales Maß beschränkt.

Eine patentgemäße Vorrichtung erlaubt es, Erkenntnisse über die PCR-Reaktion zu gewinnen, während diese abläuft. Die mit der patentgemäßen Vorrichtung durchgeführte PCR wird als „Real-Time PCR" bezeichnet, da der Ablauf der PCR in Echtzeit verfolgt werden kann.

Die „Real-Time PCR" ermöglicht den Nachweis der Reaktionsprodukte zu einem beliebigen Zeitpunkt während des Reaktionsverlaufs.

Die patentgemäße Vorrichtung besteht im Wesentlichen aus einem Thermocycler und einem optischen System.

Wie bereits ausgeführt (s. o. Ziffer I., Seite 5), versteht man unter einem „Thermocycler" eine Vorrichtung zum automatisierten periodischen Erwärmen und Abkühlen von Reaktionsgemischen für die Amplifizierung von Nukleinsäure in einer Kettenreaktion.

Das optische System besteht aus einem Detektor, der die im Verlauf der PCR-Reaktion freigesetzten optischen Signale ohne Öffnen des Reaktionsgefäßes erfasst. Der Detektor zum Empfangen des optischen Signals kann mit einer Rechen- und Displayeinheit zur Darstellung des Signals verbunden werden.

Zum Nachweis der Amplifikationsprodukte wird in das übliche Reaktionsgemisch zusätzlich eine nachweisbare Substanz gegeben. Bei einigen Ausführungsformen ist diese Substanz in der Lage, sich an die gebildete, doppelsträngige DNS zu binden. Diese Substanz gibt ein detektierbares optisches Signal ab, das in Abhängigkeit vom Bindungszustand unterschiedlich ist. Die verwendeten Substanzen können beispielsweise fluoreszierende Substanzen sein, die sich in das doppelsträngige DNS-Molekül einlagern (interkalieren), und die nach der Einlagerung ein anderes Fluoreszenzverhalten zeigen, als im freien ungebundenen Zustand, wenn sie mit einem Licht bestimmter Wellenlänge angeregt werden. Das Klagepatent sieht solche interkalierenden Nachweissubstanzen ausdrücklich vor (Anlage K 2, Seite 8, Zeile 15 bis Zeile 31). Das Klagepatent nennt fluoreszierende Substanzen als bevorzugte Nachweissubstanzen (Anlage K 2, Seite 15, Zeile 34 bis Seite 16 Zeile 4).

Ein Beispiel für eine gewerblich angebotene interkalierende Nachweissubstanzen ist SYBR®Green. Die Fluoreszenz dieser Substanz wird durch die Einlagerung in die doppelsträngige DNS um ein Vielfaches verstärkt. Dadurch erhält man ein optisches Signal, dessen Intensität direkt proportional zur Anzahl der gebildeten DNS-Kopien ist. Aus der ansteigenden Fluoreszenz der Nachweissubstanz kann auf das Vorhandensein der Zielsequenz und

18.04.2008
Seite 12                                                               B I R D & B I R D

ihre ursprüngliche Anzahl im Reaktionsgemisch geschlossen werden, ohne dass das Reaktionsgefäß geöffnet werden muss.

Neben SYBR®Green gibt es weitere Nachweissubstanzen, die aus kleinen Nukleinsäuremolekülen bestehen, beispielsweise sogenannte TaqMan-Sonden, Hybridisierungssonden und Molecular Beacons.

8.    Die Merkmale des hier interessierenden Patentanspruchs 1 des Klagepatents lauten – gegliedert nach Art einer Merkmalsanalyse –:

Vorrichtung zur Überwachung einer Polymerasekettenreaktion (PCR) zur Nukleinsäure-Amplifikationsreaktion über mehrere thermische Zyklen,

diese Vorrichtung umfassend:

1.    einen Thermocycler, zur Durchführung eines automatisierten PCR-Vorgangs, der in einem Reaktionsgefäß ein PCR-Amplifikationsreaktionsgemisch abwechselnd aufheizen und kühlen kann;

    1.1    das PCR-Amplifikationreaktionsgemisch umfasst:

        1.1.1    eine Ziel-DNS,

        1.1.2    Reagenzien für die Nukleinsäure-Amplifikation und

        1.1.3    ein nachweisbares Nukleinsäure-bindendes Mittel;

und

2.    ein optisches System,

    2.1    das optische System umfasst einen Detektor, der ein optisches Signal über einen Zeitraum von mehreren Zyklen nachweisen kann,

    2.2    das optische Signal entspricht der Menge an amplifizierter Nukleinsäure in dem Reaktionsgemisch,

    2.3    der Nachweis erfolgt ohne Öffnen des Reaktionsgefäßes, sobald die Amplifikationsreaktion gestartet worden ist.

Zur Erleichterung der Übersicht wird die vorstehend wiedergegebene Merkmalsanalyse auch getrennt als **Anlage K 8** (für das Gericht dreifach) beigefügt. Eine Übersetzung der Merkmalsgliederung ist als **Anlage K 8a** beigefügt.

### III.
### Zu den Beklagten und den Verletzungsformen

1.  Die Beklagte zu 1) ist im australischen Mortlake geschäftsansässig. Sie entwickelt, stellt her und vertreibt weltweit Geräte für Life Science-Anwendungen. Nähere Informationen über die Beklagte zu 1) sind auf der Internetseite http://www.corbettlifescience.com erhältlich. Wir überreichen einen Auszug dieser Website als **Anlage K 9**. Die Beklagte zu 1) stellt insbesondere her und vermarktet weltweit die Produkte *„Rotor-Gene 6000 Real-Time Rotary Analyzer"* (nachfolgend *„Rotor-Gene 6000"* bzw. Verletzungsform I) und *„Rotor-Gene 3000 Real-Time Thermal Cycler"* (nachfolgend *„Rotor-Gene 3000"* bzw. Verletzungsform II). Die Verletzungsformen sind unter http://www.corbettlifescience.com näher dargestellt. Wir überreichen einen Auszug der die Verletzungsform I betreffenden Seiten als **Anlage K 10**. Im Rahmen der Präsentation dieser Verletzungsform wird dem Seitenbesucher auch die Möglichkeit eingeräumt, eine Broschüre zum *„Rotor-Gene 6000"* herunterzuladen. Wir überreichen einen Ausdruck dieser Broschüre als **Anlage K 11**. Entsprechend konnte dort auch eine Broschüre des *„Rotor-Gene 3000"* heruntergeladen werden, deren Ausdruck wir als **Anlage K 12** überreichen.

Die Beklagte zu 1) vertreibt die Verletzungsformen weltweit und auch im Bundesgebiet. Dies wird aus dem Internetauftritt unter http://www.corbettlifescience.com ersichtlich, wo unter dem Link „Sales" das Vertriebsgebiet dargestellt wird. Durch einen Klick auf diesen Link wird eine Weltkarte aufgerufen, auf welcher die einzelnen Vertriebsgebiete näher bezeichnet sind. Wir überreichen einen Ausdruck der dort abrufbaren Liste der weltweiten Vertriebspartner als **Anlage K 13**. Dort findet sich als Vertriebspartner für die Bundesrepublik Deutschland die Beklagte zu 2) (vgl. Seite 3 und 4 der Anlage K 13). Zudem nimmt die Beklagte zu 1) auch an einschlägigen Fachmessen im Bundesgebiet teil. So teilte sie sich auf der diesjährigen *„Analytica 2008"* vom 1. bis 4. April 2008 in München mit der Beklagten zu 2) einen Stand. Wir überreichen Auszüge aus dem Ausstellerverzeichnis der *„Analytica 2008"*

BIRD & BIRD

als **Anlage K 14**. Aus alledem wird ersichtlich, dass sich die Geschäftsaktivitäten der Beklagten zu 1) auch auf das Bundesgebiet erstrecken.

2.  Die Beklagte zu 2) vertreibt Geräte der Labortechnik, insbesondere solche für die Molekularbiologie. Nähere Informationen über die Beklagte zu 2) sind von deren Website, http://www.labortechnik.com, abrufbar. Wir überreichen einen entsprechenden Auszug als **Anlage K 15**. Die Beklagte zu 2) ist Vertriebspartnerin der Beklagten zu 1) in Deutschland. Dies ergibt sich aus Seite 3 der Anlage K 15, wo in der Rubrik „*Partner*" die Beklagte zu 1) ausgewiesen ist. Entsprechendes verdeutlicht auch die Tatsache, dass sich beide Beklagten auf der Fachmesse „*Analytica*" einen Ausstellungsstand teilen. Wir verweisen auf den Auszug aus dem Ausstellerverzeichnis nach Anlage K 14, wo die Beklagte zu 2) als „*Partnerfirma*" der Beklagten zu 1) ausgewiesen ist. Zudem ist die Beklagte zu 2) auf der Internetseite der Beklagten zu 1) als Distributor für den deutschen Markt gelistet (vgl. Anlage K 13, Seiten 3 und 4). Dementsprechend bietet sie die Verletzungsformen auf ihren Internetseiten unter http://www.labortechnik.com an und vertreibt diese bundesweit. Wir überreichen einen Auszug der Seiten als **Anlage K 16** und verweisen auf die Seiten 1 und 8 (jeweils mit dem Hinweis „*Angebot einholen*").

3.  Die Beklagte zu 3), damals noch unter dem Namen Pyrosequencing AB firmierend, ist mit der Beklagten zu 1) im Jahre 2003 eine Vertriebsvereinbarung, welche auch die Verletzungsformen umfasst, eingegangen. Dies ergibt sich aus einer Presseerklärung vom 10.04.2003, welche wir als **Anlage K 17** überreichen. In dieser heißt es:

> „*Pyrosequencing AB...today announced that the company has extended its distribution for Corbett Researchs full line of thermocycling and sample preparation products to cover Germany...*"

Zu Deutsch:

> "*Pyrosequencing AB...gab heute bekannt, dass das Unternehmen seinen Vertrieb auf die gesamte Palette von Corbett Researchs Thermocycling und Probenbereitstellungs- Produkten ausgedehnt hat, welches Deutschland (...) umfasst...*"

18.04.2008
Seite 15                                                              B I R D & B I R D

Zum heutigen Zeitpunkt firmiert die Beklagte zu 3) unter Biotage AB. Die in Anlage K 17 zitierte Presseerklärung kann gegenwärtig über die Internetseite www.biotage.com abgerufen werden.

Entsprechend dem in Anlage K 17 benannten Vertriebsvertrag, wurde in Folge dann auch die Verletzungsform *Rotor- Gene 3000* in Deutschland angeboten. Dies ergibt sich exemplarisch aus dem Auszug der Internetseite der Beklagten zu 3) aus dem Jahre 2004 (www.pyrosequencing.com), welche wir als **Anlage K 18** überreichen.

Dort lautet es:

> „ *...exclusively distributed by Pyrosequencing in the USA, Sweden, Norway, Finland, Denmark, Germany and France.* "

Zu Deutsch:

> "*...exklusiv vertrieben durch Pyrosequencing in den USA, Schweden, Norwegen, Finland, Dänemark, Deutschland und Frankreich.* "

> (Hervorhebungen hinzugefügt)

Die Klägerin hat festgestellt, dass die Verletzungsformen Rotor-Gene 3000 bzw. Rotor- Gene 6000 derzeit nicht mehr auf den Internetseiten der Beklagten zu 3) www.biotage.com bzw. www.pyrosequencing.com beworben werden. Es lässt sich jedoch nicht ausschließen, dass diese weiterhin auf anderem Wege vertrieben, bzw. zukünftig wieder auf der Internetseite der Beklagten zu 3) angeboten werden. Somit ist auch hinsichtlich der Beklagten zu 3) Klage geboten.

4.    Die Klägerin hat die Beklagten zu 1) und 2) mit Anwaltsschreiben vom 28.03.2008 abgemahnt. In diesem setzte sie den Beklagten zu 1) und 2) eine Frist bis zum 17.04.2008 um beigefügte strafbewährte Unterlassungserklärungen abzugeben. Da die Klägerin zu einem Zeitpunkt auf die mögliche Ausstellung der Verletzungsformen in Deutschland aufmerksam wurde als die Messe *Analytica 2008* in München unmittelbar bevorstand, setzte sie den Beklagten zu 1) und 2) in der Abmahnung eine zusätzliche Frist bis zum 31.03.2008 18:00 Uhr um eine Erklärung abzugeben, dass sie die Verletzungsformen auf der Messe nicht ausstellen würden.

BIRD & BIRD

Auf diese Aufforderung hat sich ein Bevollmächtigter für die Beklagte zu 1) mit Schriftsatz vom 31.03.2008 bestellt und folgendes mitgeteilt:

> *„Our client has explained to us that no material/products will be presented at the Analytica fair in Munich starting 1 April 2008 which infringes the patent of your client."*

Zu Deutsch:

> *"Unsere Mandantin hat uns erklärt, dass keine Materialien/Produkte auf der Analytica Messe in München vom 1. April 2008 an ausgestellt werden, die das Patent ihrer Mandantin verletzen."*

Wir überreichen eine Kopie dieses Schriftsatzes als **Anlage K 19**.

Auch die Beklagte zu 2) hat auf die Aufforderung in der Abmahnung reagiert und ein Schreiben ihres Geschäftsführers, Herrn Kändler, am 31.03.2008 übersandt. In diesem verpflichtete sie sich den *Rotor- Gene 3000* und *Rotor- Gene 6000* (Verletzungsformen) auf der *Analytica 2008* nicht auszustellen. Bei Besuchen des gemeinsamen Messestandes der Beklagten zu 1) und 2) auf der *Analytica 2008* wurde festgestellt, dass die Verletzungsformen tatsächlich nicht ausgestellt waren.

Mit Schriftsatz vom 17.04.2008 haben sich die bezeichneten Vertreter für die Beklagten zu 1) und 2) bestellt. Wir überreichen eine Kopie dieses Schriftsatzes als **Anlage K 20**. Wie sich aus dessen Inhalt ergibt, sind die Beklagten zu 1) und 2) nicht bereit die jeweiligen Unterlassungserklärungen abzugeben.

Somit ist die vorliegende Klage geboten.

BIRD & BIRD

## IV.

## Zur Verletzung des Klagepatents

Die Verletzungsformen „*Rotor-Gene 6000*" und „*Rotor-Gene 3000*" bestehen aus einem Thermo-cycler sowie einem optischen System und erfüllen damit alle Merkmale von Patentanspruch 1 des Klagepatents.

1.    Bei den Verletzungsformen handelt es sich um Vorrichtungen zur Überwachung einer Nukleinsäure-Amplifikationsreaktion über mehrere thermische Zyklen im Sinne der Präambel des Anspruchs 1.

    a)    So wird in der Produktbeschreibung unter http://www.corbettlifescience.com zur Verletzungsform „*Rotor-Gene 6000*"ausgeführt:

        „*In short, the Rotor-Gene 6000 is the world`s most versatile real-time analyzer:*
        • *it supports the broadest range of applications, including* **quantification, (...) and nucleic acid concentration measurement.**

(Anlage K 10, Seiten 1 und 2;
Hervorhebung diesseits)

    Zu Deutsch:

        "*Kurz, der Rotor-Gene 6000 ist das vielseitigste Real-Time Analysegerät der Welt:*
        • *Es unterstützt die breiteste Anwendungspalette, inklusive* **Quantifizierung,** *(...) sowie* **Messungen der Nukleinsäurekonzentration.** "

    Zudem heißt es:

        „ *The Rotor-Gene 6000 is fully equipped to do concentration analysis from fluorescence measurements. A* **typical application is the measurement of DNA concentration** *using PicoGreen dye (see example).* "

B I R D & B I R D

> (Anlage K 10, Seite 19;
> Hervorhebung diesseits)

Zu Deutsch:

> *„Der Rotor-Gene 6000 ist komplett ausgestattet, um auf der Grundlage von Fluoreszenz-Messungen Konzentrationsanalysen durchzuführen. **Eine typische Anwendung ist die Messung von DNA-Konzentration** unter Verwendung des Farbstoffs PicoGreen (siehe Beispiel)."*

Weiterhin wird zur Verletzungsform „*Rotor-Gene 6000*" ausgeführt:

> *„(...) a **40 cycle amplification** can be completed in about 40 minutes (...)."*

> (Anlage K 11, Seite 7,
> linke Spalte, zweiter Absatz;
> Hervorhebung diesseits)

Zu Deutsch:

> *"(...) eine **Amplifikation von 40 Zyklen** kann in etwa 40 Minuten durchlaufen werden (...)."*

Solche Messungen der DNA-Konzentration dienen gerade der Überwachung der Amplifikation – mithin der Vermehrung – von Nukleinsäure. Dabei erfolgt die Überwachung auch über mehrere Zyklen. Folglich verwirklicht die Verletzungsform „*Rotor-Gene 6000*" die Präambel von Anspruch 1 des Klagepatents.

**Beweis:**    Sachverständigengutachten

b)    Gleiches gilt auch für die Verletzungsform „Rotor-Gene 3000".

Zu dieser wird beispielsweise ausgeführt:

> *„The world's first centrifugal, real-time **DNA amplification system**."*

18.04.2008
Seite 19

BIRD & BIRD

<div align="right">(Anlage K 12, Seite 5;<br>Hervorhebung diesseits),</div>

Zu Deutsch:

> *„Das weltweit erste zentrifugale Real-Time **DNA Amplifikationssystem**."*

Weiterhin heißt es

> *„Most **DNA amplification** enzymes/buffers can be used on the system to generate Quantitation/Melt data."*

<div align="right">(Anlage K 12, Seite 2;<br>Hervorhebung diesseits)</div>

Zu Deutsch:

> *"Die meisten Enzyme/Puffer zur **DNA-Amplifikation** können mit dem System verwendet werden, um Quantifizierungs-/Schmelzdaten zu generieren."*

Folglich handelt es sich auch bei der Verletzungsform „*Rotor-Gene 3000*" um eine Vorrichtung zur Überwachung einer PCR zur Nukleinsäure-Amplifikationsreaktion. Dass die Überwachung auch über mehrere thermische Zyklen erfolgt, ist gerade wesenstypisch für die Real-Time-Analyse und wird durch die Beklagten nicht bestritten werden.

**Beweis:**   Sachverständigengutachten

2.    Weiterhin umfassen die Verletzungsformen auch im Sinne von <u>Merkmal 1</u> des Klageanspruchs einen Thermocycler zur Durchführung eines automatisierten PCR-Vorgangs, der in einem Reaktionsgefäß ein PCR-Amplifikationsreaktionsgemisch abwechselnd aufheizen und kühlen kann.

Dass die Verletzungsformen einen Thermocycler zur Durchführung eines automatisierten PCR-Vorgangs aufweisen, werden die Beklagten nicht bestreiten.

Dieser Thermocycler kann weiterhin auch das in einem Reaktionsgefäß enthaltene PCR-Amplifikationsreaktionsgemisch abwechselnd aufheizen und kühlen.

So verfügt die Verletzungsform „*Rotor-Gene 6000*" – je nach gewünschter Kapazität – über 36, 72 oder 100 Reaktionsgefäße (vgl. die Angaben in Anlage K 10, Seite 3, unter „*Rotor Configurations*"). Das darin enthaltene PCR-Amplifikationsreaktionsgemisch kann abwechselnd auf Temperaturen zwischen Umgebungstemperatur sowie 99°C erhitzt bzw. gekühlt werden (vgl. Anlage K 10, Seite 3, „*Thermal Performance: (...) Range: ambient – 99°C*", also „*Thermische Leistung": (..), Bereich: Umgebung – 99°C*").

Entsprechendes gilt für die Verletzungsform „*Rotor-Gene 3000*". Diese verfügt über wahlweise 36 oder 72 Reaktionsgefäße (vgl. Seite 15 der Anlage K 16 „*Sample Capacity*", sowie Anlage K 12 Seite 5, „*Cost Effective Consumables*"). Das darin befindliche PCR-Amplifikationsreaktionsgemisch kann auf Temperaturen zwischen 25 und 99°C abwechselnd erhitzt bzw. gekühlt werden (vgl. Anlage K 16, Seite 15, „*Temperature Range: 25–99°C*").

Anspruchsmerkmal 1 wird demnach durch die Verletzungsformen wortsinngemäß erfüllt.

**Beweis**:        Sachverständigengutachten

3.      Das PCR-Amplifikationsreaktionsgemisch der Verletzungsformen weist weiterhin auch die Eigenschaften nach Merkmalsgruppe 1.1 auf. Es besteht aus mindestens einer Ziel-DNS, Reagenzien für die Nukleinsäure-Amplifikation und mindestens einem nachweisbaren Nukleinsäure-bindenden Mittel.

a)      Thermocycler wie die in den Verletzungsformen enthaltenen werden eingesetzt zur Amplifikation einer Ziel-DNS. Die Ziel-DNS (Zielsequenz) ist also immer im Reaktionsgemisch enthalten. Damit ist Merkmal 1.1.1 wortsinngemäß verwirklicht.

**Beweis:**    Sachverständigengutachten

b)    Wie bereits ausgeführt (vgl. oben Ziffer I., Seite 5), kann die Zielsequenz nur amplifiziert werden, wenn die Nukleotide, die jeweiligen Primer und die Polymerase in dem Reaktionsgemisch im Überschuss enthalten sind. Da Thermocycler wie diejenigen der Verletzungsformen auch für konventionelle PCR benutzt werden, sind diese Reaktionskomponenten vorhanden, so dass auch Anspruchsmerkmal 1.1.2 erfüllt ist. Die Beklagten werden dies nicht bestreiten.

**Beweis:**    Sachverständigengutachten

c)    Weiterhin umfasst das PCR-Amplifikationsreaktionsgemisch auch ein nachweisbares Nukleinsäure-bindendes Mittel im Sinne von Anspruchsmerkmal 1.1.3.

In Bezug auf die Verletzungsform „*Rotor-Gene 6000*" lautet es:

> „*The Rotor- Gene is fully equipped to do DNA concentration measurement using **fluorescent dyes**"*

> (Anlage K 11, Seite 7 rechte Spalte oben
> "*Concentration Analysis*";
> Hervorhebung diesseits)

Zu Deutsch:

> "*Der Rotor-Gene ist voll ausgestattet zur DNA Konzentrationsmessung unter **Verwendung fluoreszierender Farbstoffe**. "*

Zudem wird ausdrücklich darauf hingewiesen, welche Fluorophore mit der Verletzungsform „*Rotor-Gene 6000*" – je nach Konfiguration – nachgewiesen werden können (vgl. Anlage K 11, Seite 8, unter „*Example fluorophores detected*").

Derartige Farbstoffe bzw. Fluorophore sind nachweisbare Nukleinsäure-bindende Mittel im Sinne von Anspruchsmerkmal 1.1.3.

BIRD & BIRD

Gleiches gilt auch für die Verletzungsform „*Rotor-Gene 3000*". Für diese sind eben-falls die mit ihr detektierbaren Fluorophore ausgewiesen (vgl. Anlage K 12, Seite 8 bzw. Anlage K 16, Seite 15, „*Fluorophores Detected*").

Hieraus wird deutlich, dass das entsprechende Amplifikationsreaktionsgemisch der Verletzungsformen ein nachweisbares Nukleinsäure-bindendes Mittel im anspruchs-gemäßen Sinn aufweist.

**Beweis:**    Sachverständigengutachten

4.    Darüber hinaus umfassen die Verletzungsformen auch ein optisches System gemäß Merkmalsgruppe 2 des Klageanspruchs 1. So enthält die Spezifikation der Verletzungsform „*Rotor-Gene 6000*" detaillierte Angaben zu dessen „*Optical System*", mithin ihres optischen Systems (vgl. Anlage K 11, Seite 8 sowie Seite 5 der Anlage K 12 „*Optics*"). Auch die Verletzungsform „*Rotor-Gene 3000*" umfasst ein entsprechendes optisches System (vergleiche etwa Anlage K 13, Seite 5 „*No spectral overlap*" und „*4 separate light sources*").

a)    Dieses optische System der Verletzungsformen umfasst im Sinne des Merkmals 2.1 einen Detektor, der ein optisches Signal über einen Zeitraum von mehreren Zyklen nachweisen kann.

In der Verletzungsform „*Rotor-Gene 6000*" findet ein sogenannter Photomultiplier als anspruchsgemäßer Detektor Verwendung (vgl. Anlage K 10, Seite 4, „*Detector*").

Dies gilt auch für die Verletzungsform „*Rotor-Gene 3000*". In deren Spezifikation wird ausgeführt:

>    „*The system uses a* **photo-multiplier (PMT)** *that can detect a single photon of light.*"

(Anlage K 12, Seite 3, unter "*Sensitivity*";
Hervorhebung diesseits)

BIRD & BIRD

Zu Deutsch:

> *„Das System verwendet einen **Photomultiplier (PMT)**, der ein einzelnes Lichtphoton detektieren kann."*

Auch das optische System des „*Rotor-Gene 3000*" enthält folglich einen Detektor.

Dass der Detektor der jeweiligen Verletzungsform auch ein optisches Signal über einen Zeitraum von mehreren Zyklen nachweisen kann, ist gerade typisch für Real-Time-Systeme wie „*Rotor-Gene*". Während des Ablaufs einer PCR-Reaktion rührt ein optisches Signal daher, dass sich die verwendete Nachweissubstanz an die amplifizierte DNS anlagert und ein für den gebundenen Zustand spezifisches optisches Signal in Form von Fluoreszenz ausstrahlt. Dieses optische Signal ist direkt proportional zur Anzahl der gebildeten DNS-Kopien. Aus den erzielten Messergebnissen ergibt sich die Menge an amplifizierter Nukleinsäure, d. h. an amplifizierter Zielsequenz. Das optische System der Verletzungsformen misst diese Fluoreszenz während der gesamten PCR-Reaktion, d. h. über mehrere Zyklen. Dies werden die Beklagten nicht bestreiten.

**Beweis:**    Sachverständigengutachten

b)    Dieses von dem anspruchsgemäßen Detektor der Verletzungsformen nachgewiesene optische Signal entspricht weiterhin auch der Menge an amplifizierter Nukleinsäure in dem Reaktionsgemisch, so dass beide auch <u>Merkmal 2.2</u> erfüllen.

Zu „*Rotor-Gene 6000*" wird ausgeführt:

> *„The Rotor- Gene is fully equipped to do DNA concentration measurement using **fluorescent dyes**"*

(Anlage K 11, Seite 7 rechte Spalte oben
"*Concentration Analysis*";
Hervorhebung diesseits)

BIRD & BIRD

Zu Deutsch:

> *"Der Rotor-Gene ist voll ausgestattet zur DNA Konzentrationsmessung unter Verwendung fluoreszierender Farbstoffe."*

Hieraus wird deutlich, dass die Menge des amplifizierten Materials über die Messung der emittierten Fluoreszenz erfolgt, wobei das empfangene optische Signal, der Menge an amplifizerter Nukleinsäure im Reaktionsgemisch entspricht.

Dies gilt auch für die Verletzungsform „*Rotor-Gene 3000*". Zu dieser wird ausgeführt:

> *„After amplification, the samples are heated and the **change in fluorescent energy is monitored to generate a melt curve.**"*

> (Anlage K 12, Seite 4,
> unter "*Melt Curve Analysis*")

Zu Deutsch:

> *„Nach der Amplifikation werden die Proben erhitzt und die **Veränderung der Fluoreszenzstärke wird gemessen, um eine Schmelzkurve zu generieren.**"*

Dies zeigt, dass auch hier das detektierte optische Signal der Menge an amplifizierter Nukleinsäure im Reaktionsgemisch entspricht. Beide Verletzungsformen realisieren demnach auch Anspruchsmerkmal 2.2.

**Beweis:**    Sachverständigengutachten

c)    Schließlich erfolgt – in Übereinstimmung mit <u>Merkmal 2.3</u> des eingeklagten Anspruchs 1 des Klagepatents – der Nachweis des optischen Signals – nach dem Starten der Amplifikationsreaktion – auch ohne Öffnen des Reaktionsgefäßes. Dies ist eine für Real-Time-Systeme wie die Verletzungsformen „*Rotor-Gene 6000*" und

„*Rotor-Gene 3000*" wesenstypische Eigenschaft, deren Vorhandensein von den Beklagten nicht in Abrede gestellt werden wird.

**Beweis**:        Sachverständigengutachten

Die Verletzungsformen verwirklichen demnach auch Merkmalsgruppe 2.

Der Anspruch 1 des Klagepatents wird durch die Verletzungsformen wortsinngemäß erfüllt.

## V.
## Zur Begründetheit des Klagebegehrens

Das Klagebegehren ist in vollem Umfang begründet.

1.      Der mit dem Klageantrag zu Ziffer I. 1. geltend gemachte Unterlassungsanspruch ergibt sich aus § 139 Abs. 1 PatG.

    a)      Die Beklagte zu 1) präsentiert die Verletzungsformen „*Rotor-Gene 6000*" und „*Rotor-Gene 3000*" auf ihrer Internetseite http://www.corbettlifescience.com. Diese Produktdarbietung im Internet soll den Absatz der Verletzungsformen fördern und die Besucher der Seite dazu animieren, diese zu erwerben. Diese Darstellung der Verletzungsform auf der Internetseite der Beklagten zu 1) bedeutet mithin ein Anbieten und damit eine nach § 9 Satz 2 Nr. 1 PatG der Klägerin vorbehaltene Benutzungshandlung. Durch die unauthorisierte Vornahme dieser Handlung verletzt die Beklagte zu 1) somit das Klagepatent, der geltend gemachte Unterlassungsanspruch rechtfertigt sich unter dem Gesichtspunkt der Wiederholungsgefahr.

    b)      Die Beklagte zu 2) präsentiert die Verletzungsformen auf ihrer Internetseite unter http://www.labortechnik.com und vertreibt diese im gesamten Bundesgebiet. Hierin liegt ein Anbieten der Geräte entgegen § 9 Satz 2 Nr. 1 PatG und damit eine Verletzung des Klagepatents. Der geltend gemachte Unterlassungsanspruch nach Ziffer I. 1. rechtfertigt sich demnach unter dem Gesichtspunkt der Wiederholungsgefahr.

18.04.2008
Seite 26

BIRD & BIRD

c)    Die Beklagte zu 3) hat die Verletzungsform I unter Ihrer Internetseite in Deutschland angeboten. Hierin liegt ein Anbieten der Geräte entgegen § 9 Satz 2 Nr. 1 PatG und damit eine Verletzung des Klagepatents. Der geltend gemachte Unterlassungsanspruch nach Ziffer I. 1. rechtfertigt sich demnach unter dem Gesichtspunkt der Wiederholungsgefahr.

2.    Das Schadensersatzbegehren nach dem Klageantrag zu Ziffer II. ist aus § 139 Abs. 2 PatG begründet. Der Klägerin ist durch das Verhalten der Beklagten ein Schaden entstanden. Die Beklagten handeln auch schuldhaft. Als Unternehmen, die auf dem Gebiet des Vertriebs von molekularbiologischem Laborbedarf tätig sind, wären sie gehalten gewesen, sich vor Aufnahme von Benutzungshandlungen über die einschlägigen Schutzrechtsbestände zu informieren. Bei Anwendung der ihnen zumutbaren Sorgfalt hätten die Beklagten die Offenlegungsschrift des Klagepatents ohne weiteres auffinden können. Sie handeln demnach zumindest grob fahrlässig.

3.    Die Klägerin kennt den Umfang der Benutzungshandlungen der Beklagten nicht. Sie kann daher ihre Ansprüche auf Entschädigung und Schadensersatz höhenmäßig nicht beziffern. Die Beklagten sind daher verpflichtet, der Klägerin in gewohnheitsrechtlicher Anwendung des § 242 BGB sowie der Rechtsregeln betreffend die auftraglose Geschäftsführung, ferner auf der Grundlage des § 140b PatG Rechnung zu legen bzw. Auskunft zu erteilen. Daher ist der mit dem Klageantrag zu Ziffer I. 2. geltend gemachte Rechnungslegungs- und Auskunftsanspruch gerechtfertigt.

4.    Der mit dem Klageantrag zu Ziffer I. 3. geltend gemachte Vernichtungsanspruch folgt aus § 140 a PatG.

18.04.2008
Seite 27

BIRD & BIRD

## VI.

### Zuständigkeit des angerufenen Gerichts

Die Zuständigkeit des angerufenen Gerichts ergibt sich daraus, dass es sich um eine Patentverletzungsstreitigkeit handelt und die Beklagten die Verletzungsform im gesamten Bundesgebiet einschließlich des Landes Nordrhein-Westfalen anbieten, § 143 Abs. 1 PatG, § 32 ZPO.

## VII.

### Patentanwaltliche Mitwirkung

Wir zeigen an, dass die Klägerin neben ihren Prozessbevollmächtigten

> Herrn Patentanwalt
> Dr. Leo Polz
> Hoffmann Eitle
> Arabellastrasse 4
> 81925 München

zur Mitwirkung in diesem Rechtsstreit bestellt hat.

Beglaubigt
Rechtsanwalt

(Oliver Jan Jüngst)
Rechtsanwalt

# EXHIBIT F





Attorney Docket No. 9397

### Declaration and Power of Attorney for Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### Homogenus Methods for Nucleic Acid Amplification and Detection

the specification of which

(check one)

[]       is attached hereto.
[X]      was filed on    November 12, 1997 _____    as

Application Serial No.          08/968,208 _____

and was amended on        _____
                              (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR § 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. § 119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed.

**Prior Foreign Application(s)**                                            **Priority Claimed**

| _____ | _____ | _____ | [ ] Yes | [ ] No |
| (Number) | (Country) | (Day/Month/Year Filed) | | |
| _____ | _____ | _____ | [ ] Yes | [ ] No |
| (Number) | (Country) | (Day/Month/Year Filed) | | |
| _____ | _____ | _____ | [ ] Yes | [ ] No |
| (Number) | (Country) | (Day/Month/Year Filed) | | |

I hereby claim the benefit under 35 U.S.C. § 119(e) of any United States provisional application(s) listed below.

| | | | |
|---|---|---|---|
| (Application No.) | (Filing Date) | (Application No.) | (Filing Date) |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR § 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

| 07/695,201 | May 2, 1991 | Pending |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

| | | |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. *(list name and registration number)*

| | | | |
|---|---|---|---|
| George W. Johnston | (Reg. No. 28090) | John Parise | (Reg No. 34403) |
| William H. Epstein | (Reg. No. 20008) | Douglas A. Petry, Ph.D. | (Reg. No. 35321) |
| Dennis P. Tramaloni | (Reg. No. 28542) | Stacey R. Sias, Ph.D. | (Reg No. 32630) |

Send Correspondence to:
George W. Johnston, Esq., Hoffmann-La Roche Inc., 340 Kingsland Street
Nutley, New Jersey 07110-1199

Direct Telephone Calls to: (name and telephone number)

Stacey R. Sias, Ph.D.    510-814-2863

Full name of sole or first inventor
Russell Gene Higuchi
Inventor's signature                              Date    1/22/98

Alameda, Alameda County, California    CA
Residence

United States
Citizenship

3258 Liberty Avenue,  Alameda, Alameda County, California
Post Office Address

Title 37, Code of Federal Regulations, §1.56, duty to disclose information material to patentability provides, in part, that each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. The duty to disclose information exists with respect to each pending claim until the claim is cancelled or withdrawn from consideration, or the application becomes abandoned.

Under this section, information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and

(1)     It establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or

(2)     It refutes, or is inconsistent with, a position the applicant takes in:
  (i)     Opposing an argument of unpatentability relied on by the Office, or
  (ii)     Asserting an argument of patentability.

5162

# EXHIBIT G

*Clinical Chemistry* 51:3
000–000 (2005)

History



# Fifty Years of Molecular (DNA/RNA) Diagnostics

Thomas R. Gingeras,[1] Russell Higuchi,[2] Larry J. Kricka,[3] Y.M. Dennis Lo,[4] and Carl T. Wittwer[5,6*]

As the journal *Clinical Chemistry* celebrates its 50th birthday and enters its 51st year, we reflect on recent advances in nucleic acid diagnostics. Although the structure of DNA was also described ~50 years ago, only 20 years have past since a practical method of amplifying DNA for the clinical laboratory appeared, well known today as the PCR. Since the advent of PCR, growth in nucleic acid diagnostics has been extraordinary and is the fastest growing segment of many clinical laboratories. *Clinical Chemistry* is now subtitled *The International Journal of Molecular Diagnostics and Laboratory Medicine* in recognition of the importance of DNA/RNA diagnostics.

In this review, we offer personal perspectives on five key advances in molecular diagnostics by some of the pioneers in the field. Russ Higuchi reviews real-time PCR, which is an elegant solution for nucleic acid quantification in research and the clinical laboratory. Carl Wittwer describes DNA melting analysis as a simple and surprisingly powerful tool that can be seamlessly appended to PCR. Tom Gingeras reviews the increasing power of array technology, with feature density rivaling microelectronics miniaturization. Progress on integrated devices that combine cell separation, sample preparation, amplification, and analysis is described by Larry Kricka. Finally, the field of circulating nucleic acids is reviewed by Dennis Lo, with a myriad of clinical applications enabled by a new

understanding of the biology of extracellular DNA and RNA.

Many early advances in molecular diagnostics have been highlighted in *Clinical Chemistry*. With DNA/RNA diagnostics becoming ever more important in the 21st century, the Journal serves as an advanced window into the future of molecular clinical chemistry.

### Real-Time PCR
—Russ Higuchi

When late in 1986 I joined Cetus, the birthplace of PCR, "closed-tube" PCR using a thermostable DNA polymerase had just been achieved (*1, 2*). Before this, the thermolabile polymerase had to be added each cycle. Tom White, our vice-president in charge of Research and Development, told me that what was needed now was some way to visualize the amplification product, also without opening the tube. Such closed-tube detection was termed "homogenous".

A few years later I was working with Gavin Dollinger on his idea of "tagging" things that needed to be traced (e.g., explosives, money, and pharmaceuticals) with specific, amplifiable DNA sequences (*3*). We noticed that very high molecular weight DNA was occasionally generated in PCRs from such tagged substances. If we could reproducibly promote such large DNA, Gavin reasoned, it might be detected directly in the tube by light scatter. We set out to use biotinylated primers and streptavidin in the PCR to try to catalyze the formation of long branched chains of amplicons. We succeeded only in forming precipitates. To determine whether DNA was in the precipitates, we added ethidium bromide to the completed PCRs and held the tubes up to ultraviolet (UV)[7] light. The precipitates were fluorescent, but the fluorescence was not specific to the presence of double-stranded DNA (dsDNA). Bob Griffith, who was helping us with these experiments, was directed to try some different conditions. He showed me the gel with the expected DNA

[1] Affymetrix, Inc, Santa Clara, CA.
[2] Roche Molecular Systems, Alemada, CA.
[3] Department of Pathology and Laboratory Medicine, University of Pennsylvania Medical Center, Philadelphia, PA.
[4] Department of Chemical Pathology, The Chinese University of Hong Kong, Prince of Wales Hospital, Shatin, New Territories, Hong Kong Special Administrative Region, China.
[5] Department of Pathology, University of Utah School of Medicine, Salt Lake City, UT.
[6] Associated Regional and University Pathologists (ARUP), Salt Lake City, UT.

*Address correspondence to this author at: Department of Pathology, University of Utah School of Medicine, Salt Lake City, UT 84132. Fax 801-581-4517; e-mail carl.wittwer@path.utah.edu.

Received November 11, 2004; accepted December 14, 2004.
Previously published online at DOI: 10.1373/clinchem.2004.045336
© 2005 American Association for Clinical Chemistry

[7] Nonstandard abbreviations: UV, ultraviolet; dsDNA, double-stranded DNA; CCD, charge-coupled device; $C_t$, threshold cycle; $T_m$, melting temperature; μTAS, miniaturized total analytical system; and EBV, Epstein–Barr virus.

**Copyright © 2005 by the American Association for Clinical Chemistry**

band from the control without streptavidin and mentioned that, without thinking, he had added the ethidium bromide at the beginning of the PCR.

I had two reactions. One was surprise that the PCR had worked at all in the presence of ethidium bromide, a known DNA polymerase inhibitor. Indeed, PCR would have been inhibited if the concentration of ethidium bromide had been somewhat higher. The second was to realize that because PCR creates much more dsDNA than is put into it, there should be more ethidium bromide fluorescence created as well. Such fluorescence would be detectable without opening the tube.

The PCRs were repeated without streptavidin. When held up to a UV light, the tube containing the amplification target glowed brightly compared with negative controls (Fig. 1A). Although this "endpoint" reading of PCR was of itself very useful, we thought that taking fluorescence readings on a cycle-by-cycle basis might provide a quantitative assay with a wide dynamic range (4). The

fewer PCR cycles it took to detect an increase in fluorescence, the more copies of the target DNA sequence there were to begin with. To demonstrate this "real-time" reading of the PCR (which we later called "kinetic"), we attached one end of a bidirectional fiber optic cable to the open top of a PCR tube in a thermocycler and the other to a fluorescence spectrophotometer. With excitation at 500 nm, a fluorescence trace at 600 nm was recorded (Fig. 1B). The ups and downs in fluorescence that corresponded to the downs and ups in temperature from thermocycling are seen, as well as the net gain in fluorescence at low temperature attributable to the accumulation of dsDNA PCR product.

To assess the quantitative performance of PCR in this mode, it soon became clear that we needed a way of reading multiple amplifications in parallel. One way, ultimately adopted in the first commercial real-time PCR instrument, was to use multiple fiber optic cables (one per tube) and a rapid multiplexing system for sequentially





A                                                    B

Fig. 1. Three completed PCRs in microfuge tubes illuminated by UV light (A), and fluorescence traces from ethidium-bromide-containing PCRs taken with a fiber optic cable and a spectrophotometer (B).

(A), all tubes contained ethidium bromide. The first tube on the *left* had target sequence cognate to the primers; the two others did not. (B), the *upper trace* is from a PCR begun with 20 ng of human male DNA and primers specific to a Y-chromosome sequence. The *lower trace* is from a control PCR with the primers but without the target DNA added. Fig. 1B was reprinted with permission from *Biotechnology* 1992;10:413–7.

*Clinical Chemistry* 51, No. 12, 2005

exciting and reading the fluorescence from each tube. I thought that a simpler way would be to use digital imaging; Bob Watson and I therefore implemented such a system using a charge-coupled device (CCD) camera from a home-built, digital gel-documentation system (5, 6). The camera was set up in a darkroom looking down over the exposed tops of the closed PCR tubes set into the thermocycler block. UV lights were used to illuminate the tubes in the block, and at every annealing/extension phase of the PCR an image was "grabbed". At every well position in the image, the pixel values were summed. The cycle-by-cycle plot of these sums generated "growth curves" for each PCR.

The raw growth curves were clearly not useful (Fig. 2A) without some processing. It made sense to normalize PCRs relative to each other based on their early cycle fluorescence readings because the beginning inherent fluorescence should be the same for each tube. This made the growth curves of replicate PCRs nearly identical. A global, threshold fluorescence value could then be set (initially we referred to this as the "AFL", or arbitrary fluorescence level). The number of cycles it took to cross this threshold, which can be interpolated to fractions of cycles, is inversely and linearly related to the logarithm of the initial number of target molecules (Fig. 2B). By comparing these cycle numbers, commonly referred to as cycles to threshold ($C_t$s), to those from a reference set of PCRs with known initial numbers of target molecules (as a calibration curve), the starting target number in each "unknown" can be inferred.

Early on I realized that the slope of the calibration curve was related to the per-cycle efficiency of PCR replication. One hundred percent efficiency is a perfect doubling per cycle; thus one cycle would be required to make up for a twofold dilution of starting template. With a lower efficiency, more than one cycle would be required. The slope of the calibration curve determines the number of cycles required to make up for the dilution. For 10-fold dilutions, the relationship between this slope and PCR efficiency can be expressed as:

$$(10^{-1/\text{slope}} - 1) \times 100\% = \text{per-cycle efficiency}$$

I put this calculation into an early version of our spreadsheet template for analyzing quantitative real-time PCR data. Today it can be found in most data analysis software used with real-time PCR instruments. Such predetermined estimates of PCR efficiency can quantify, in one run, different target sequences in the absence of calibration curves for each (7).

Although real-time PCR with dyes, in particular



Fig. 2. Results of eight PCRs for HIV RNA.

(*A*), fluorescence output from a CCD camera showing growth curves from the indicated starting copy numbers of HIV RNA template. (*B*), the data normalized as described in the text. The threshold fluorescence from which $C_t$s (see text) are derived is indicated. (*C*), calibration curve based on linear regression of the log starting copy number and the growth curve $C_t$s. This figure was adapted, with permission, from *Biotechnology* 1993;11:1026–30.

SYBR® Green I, are now well accepted, at first it was difficult to overcome concerns about nonspecific amplification. Thus, the commercialization of real-time PCR depended on the subsequent development of sequence-specific, probe-based homogeneous detection systems, in particular the dual-fluorescently labeled TaqMan® probes *(8, 9)*. With improvements in PCR specificity, such as that from "hot-start" polymerases *(10)*, as well as the ability to validate results by use of Carl Wittwer's melting curve analysis (see next section), dye-alone methods, which are inherently simple and inexpensive, have gained in popularity.

For the future, would it not be nice to be able to combine the high "bandwidth" (in terms of numbers of targets) of microarray-based nucleic acid quantification with the sensitivity of real-time PCR? Only the most highly expressed mRNAs are generally detectable on microarrays: many interesting genes with low expression (transcription factors, for example) remain unaccounted for in many experiments *(11)*. There have been some attempts at a "microarray of PCRs", but as far as I know, none has led to a practical system allowing both the individual "addressing" of primers and delivery of precise amounts of sample to the micro-PCRs. The problems do not seem intractable, however, and perhaps a solution will be available soon.

### Melting Curve Analysis
—Carl Wittwer

Melting of the double helix to separate random coils is a fundamental property of DNA. The melting profile of a DNA duplex depends on the surrounding buffer (particularly the salt concentration), the GC content, the length, and the sequence of the duplex. Conventional DNA melting is measured by UV absorbance, often takes hours to perform, and requires large amounts of DNA. In contrast, monitoring of DNA melting by fluorescence requires only a few minutes, and adequate amounts of DNA are conveniently provided by PCR. When performed in the same tube as PCR amplification, melting analysis provides a homogeneous, closed-tube system for product identification. With high-resolution DNA melting, sequence alterations can be easily genotyped and entire amplicons scanned for variations.

We first observed DNA melting during PCR by accident. Funded by an NIH small business grant, we were adapting flow cytometry optics to monitor rapid-cycle PCR in glass capillary tubes *(12)*. As a measure of total double-stranded product, we choose SYBR Green I, a new dye being marketed as an ethidium bromide replacement for DNA detection in gels. SYBR Green I was brighter than ethidium bromide, and its spectrum is similar to that of fluorescein, so that one instrument channel could be used for either product or probe analysis.

For probe-based detection, we synthesized oligonucleotides with fluorescein and Cy5 amidites that were com-

mercially available at the time, hoping to use fluorescence resonance energy transfer for signal generation. Our initial attempts to monitor PCR by hydrolysis of dual-labeled probes failed; therefore, we labeled two adjacent probes, one with fluorescein and one with Cy5, so that the fluorophores were brought together by hybridization. In retrospect, this was serendipitous because hybridization fluorescence follows probe melting, whereas probe hydrolysis does not.

Real-time PCR for quantification is usually performed by acquiring fluorescence once each cycle. However, instead of looking only once each cycle, we acquired fluorescence continuously throughout PCR, including the temperature transitions. By plotting fluorescence vs temperature, we generated curious spiral curves (Fig. 3). Each loop of the spiral was generated from one PCR temperature cycle. With SYBR Green I, the sharp decrease in fluorescence just below the PCR denaturation temperature corresponded to the PCR product melting temperature ($T_m$). With adjacent hybridization probes, the major

**A. SYBR Green I**



**B. Hybridization Probes**



Fig. 3. Continuous monitoring of rapid-cycle PCR.

(*A*), SYBR Green I monitoring of PCR *(12)*. Thirty cycles were completed in 15 min. (*B*), adjacent hybridization probe monitoring of PCR products. The approximate $T_m$s of PCR product (*A*) and hybridization probes (*B*) are indicated. Reprinted with permission from *Methods* 2001;25:430–2.

fluorescence decrease corresponded to the melting temperature of the least stable probe.

We reasoned that sequence variants under hybridization probes should make the duplexes less stable and enable genotyping by melting profiles. Although originally observed during PCR, melting curve generation after PCR has become most popular. Unlike a static "dot blot" at a single temperature, an entire melting profile is obtained across the region of temperature transition. The first example of the use of this technique was published in *Clinical Chemistry* in 1997 for factor V Leiden *(13)*. Factor V Leiden testing by melting analysis was cleared by the United States Food and Drug Administration (FDA) in 2003 and is one of the few FDA-cleared tests in clinical genetics. The method has become a favorite for clinical laboratories because many alleles can be identified with a single probe set. Rather than needing additional probes and colors for each allele analyzed, alleles are differentiated by $T_m$ instead of fluorescent color *(14)*. The number of alleles that can be differentiated depends on the resolution of the instrument and analysis software.

Probe melting analysis was further simplified when we noticed (again by accident) that genotyping was still possible with only one probe instead of two *(15)*. The fluorescence of labeled oligonucleotides either increases or decreases with duplex formation, depending on the fluorophore and the sequence of the probe and target. In retrospect, this is not surprising because of the drastic change in environment of the fluorescent label with duplex formation.

Continuing along the trend of simplification, melting curve genotyping with unlabeled probes was reported recently *(16)*. Whereas previous methods required either one or two oligonucleotides with covalently labeled fluorophores, the new method requires only an unlabeled probe and a saturating DNA dye. The time and cost reductions for assay development are liberating.

As probe melting techniques have become simpler over time, melting analysis of PCR products has become more powerful. Initially, product melting with SYBR Green I was a low-resolution method to identify different products *(17)*. Whereas gels separated products by size, melting analysis separated products by $T_m$. The main advantage of melting analysis was that products were not exposed to the environment as possible future contaminants. However, many different products had approximately the same $T_m$, limiting the resolution of the method with conventional real-time instruments.

Recently, high-resolution melting techniques for analysis of PCR products have appeared with the goal of maximizing the amount of information that can be extracted from this simple process. With high-resolution melting, a large majority of single-nucleotide polymorphisms (SNPs) can be genotyped without probes *(18)*, requiring only two flanking primers in the presence of a saturating DNA dye. Homozygotes are distinguished by $T_m$ shifts, and heterozygotes produce telltale heterodu-

plex transitions that alter the shape of the melting curve. SNP genotyping in products >500 bp in size is possible *(19)*.

Because heteroduplexes alter the shape of the melting transition, high-resolution melting analysis is a convenient method for heterozygote screening. The reported sensitivity and specificity for detecting single-base heterozygotes are 97% and 99%, respectively, in products up to 1000 bp *(20)*. In contrast to all other mutation scanning techniques that require separation steps after PCR, high-resolution melting analysis is closed-tube, requires no processing after PCR, and can be performed in 1–2 min. The required instrumentation is relatively inexpensive compared with conventional real-time instruments, which are neither required nor desirable because of limited resolution.

With only a saturating DNA dye and high-resolution melting analysis, both product and probe melting profiles can be obtained during the same temperature ramp after PCR. Probe melting is observed at low temperatures and product melting at high temperatures (Fig. 4). The product transition can be used either to verify the probe genotype or to simultaneously scan the product for heteroduplexes. This ability to both scan for any sequence change and genotype common sequence alterations in the same reaction may drastically reduce the need for sequencing of complex genes. Because of its simplicity, melting analysis is an attractive method in research and clinical diagnostics.



**Variola *major***

<......tcaaccg**CCAATGATGCGCACAATGATAA**tgaacca......>
|
A
**Variola *minor***

Fig. 4. Variola strain typing doubly confirmed by unlabeled probe *(16)* and PCR product *(19)* melting profiles.

Variola major (smallpox) and Variola minor species differed by a single G-to-A base change under the probe. The unlabeled probe (*bold sequence*) showed melting transitions of 68 °C (perfect match) or 63 °C (G:T mismatch), depending on the strain. In concert with the probe typing, the product $T_m$ of the G strain was slightly higher than that of the A strain, a difference easily discerned with high-resolution techniques. Figure courtesy of Robert Pryor, Department of Pathology, University of Utah (Salt Lake City, UT).

## Array Technology
### —Tom Gingeras

The 1991 publication by Fodor et al. (*21*) in *Science* was striking on several levels: Photolithography was used as a general method to carry out the parallel synthesis of thousands of peptides, and the utility of high-density peptide arrays as tools for interrogating the interactions of important proteins (e.g., antigens:antibodies and agonists: receptors) was clearly demonstrated. Although the last figure in the report showed a three-dimensional representation of a fluorescent oligonucleotide array checkerboard, it was the last paragraph of the article that soundly caught my attention. In an eloquent piece of understatement, Fodor et al. (*21*) concluded by stating: "Oligonucleotide arrays produced by light-directed synthesis could be used to detect complementary sequences in DNA and RNA. Such arrays would be valuable in gene mapping, fingerprinting, diagnostics and nucleic acid sequencing." I recognized this concept as a possible way to solve difficult research challenges, and it remained subconsciously in my memory for 2 more years before emerging as a tool in practical applications.

For several years before 1993, we had been working on identifying pathogenic organisms, including HIV-1 RNA, directly in patients' blood. It was important to determine whether the organisms possessed mutations conveying resistance to therapeutic treatments. HIV-1 resistance to zidovudine (AZT), the only antiviral drug available at the time, was a critical challenge. Resistance to AZT could be determined by detection of mutations in the polymerase (*pol*) gene at a combination of four amino acid sites. However, with the introduction of alternative antiviral drugs, it was apparent that genotyping more of the *pol* gene would be necessary to manage the therapeutic treatment of HIV-1-infected patients. To understand the cellular tropism and epidemiology of the HIV-1 virus, considerable portions of the genome needed to be sequenced. This additional sequence information would allow clinicians to evaluate the prognosis and therapeutic course of patients. However, sequencing of patient-derived RNA retroviruses as part of routine patient monitoring was impractical in 1993.

A fortuitous conversation with Steve Fodor in late 1993 pointed me back to his 1991 publication. I suggested that an array might be designed to analyze the sequence of large portions of the HIV-1 genome as a high-throughput diagnostic tool for patient monitoring. Steve indicated that this would be challenging but agreed that it was worth trying. Thus, we set out to design and synthesize the first research array tool as a possible precursor to a full diagnostic application. As a result, separate high-density oligonucleotide arrays that resequenced the *pol* and protease genes of HIV-1 were the first commercial research tools made by Affymetrix (*22*).

Since 1996, the design, synthesis, and applications of high-density oligonucleotide arrays have evolved dramatically (*23*, *24*). The protease resequencing array contained 12 224 oligonucleotide probes. Each of the probes was synthesized on the array surface as an array "feature", measuring ~120 × 120 $\mu$m. Today, high-density arrays containing 6.4 × 10^6 oligonucleotide probes are routinely constructed with 5 × 5 $\mu$m features. This 520-fold increase in probe density has occurred through a steady evolution of array technologies. Interestingly, each increase in probe density has been preceded and motivated by a novel basic or clinical diagnostic application.

For example, contiguous regions of a genome can be interrogated at a uniform resolution by use of probes in a tiling pattern. In doing so, both genotyping and fingerprint information can be collected about the organism. This tiling strategy required more than the 12 224 probes used in the HIV-1 resequencing application. By decreasing the feature size to 50 × 50 $\mu$m, a fourfold increase in probe density was achieved and such arrays were used to simultaneously detect drug resistance mutations in *Mycobacterium tuberculosis* and to speciate 121 isolates from nine other *Mycobacterium* species (*25*). Even higher density tiling arrays for interrogation of the entire *M. tuberculosis* genome were made by again reducing the synthesis area for each probe. Such arrays were used to track individual clinical *M. tuberculosis* isolates by identifying isolate-specific genome deletions (*26*).

Recently, tiling arrays with 14 × 14 $\mu$m features have been used to interrogate whole human chromosomes. Analyses of chromosomes 21 and 22 by such arrays on 10 cancer cell lines indicate that there are many more RNA transcripts and promoter regulatory regions than are accounted for by current genome annotations (*27*, *28*). Most of these transcripts possess little coding capacity and therefore may represent a novel class of regulatory noncoding transcripts that may be important in some human diseases (*29*).

It seems certain that important basic and clinical research questions will continue to drive the development of array technologies toward greater and greater information content. Fig. 5 illustrates the relationship between the number of oligonucleotide probes needed to interrogate different genomes at 1 bp resolution using two probes per interrogation and the required size of the features. Thus, it will require 6 × 10^9 probes synthesized using ~0.3 × 0.3 $\mu$m features to interrogate every base of the human genome on a single array. Although this degree of resolution is not achievable with current photolithographic methods, the nonrepetitive portions of the human genome can be interrogated on 14 arrays with 5 × 5 $\mu$m features and a mean spacing of 35 bp. Such arrays are being used today in new applications such as genome-wide studies of transcription sites, binding of transcriptional regulatory factors, origins of replication, chromatin modification, and DNA methylation. In turn, the application of these basic research studies to the demanding world of clinical diagnostics will require yet more innovations of array technology.



Fig. 5. Graph illustrating the relationship between feature size and the number of oligonucleotide probes required for interrogation of a whole genome at 1 bp resolution on a single microarray.

The tiling strategy uses two probes per interrogation. Larger genomes, such as human and *Drosophila melanogaster*, require higher-density oligonucleotide microarrays with reduced feature sizes. For example, it would require $6 \times 10^9$ probes synthesized with ~0.3 × 0.3 μm features to interrogate every nonrepeat base of the human genome ($1.5 \times 10^9$ bp) on a single array. Similarly, the smaller *Plasmodium falciparum* genome ($9.7 \times 10^6$ bp) can be interrogated by use of $1.9 \times 10^7$ probes synthesized with ~2.5 × 2.5 μm features. *HCMV*, human cytomegalovirus.

### Integration of Molecular Diagnostics on a Microchip
### —Larry Kricka

Clinical chemists have always seized any new technology that could improve the quality of their analytical work and at the same time significantly improve efficiency. Prime examples are the early adoption of computers to handle the growing volume of laboratory data quickly and reliably and the installation of automation to cope with the mounting workload. It is thus no surprise that clinical chemists have watched with particular interest the rapid developments in microtechnology and nanotechnology and the evolution of the miniaturized total analytical system (μTAS) approach to analysis.

A μTAS, or lab-on-a-chip, is a miniaturized device that combines all of the steps in an analytical process in a series of interconnected microchannels and microchambers on one small (usually <1 × 1 cm) planar device *(30)*. These devices are made from silicon and glass by use of fabrication techniques adopted from the microelectronics industry, such as photolithography and reactive ion etching, or from plastics by embossing techniques. The application of this type of technology to microanalytical devices can be traced back to the pioneering work of Terry et al. *(31, 32)* at Stanford, who fabricated a gas–liquid chromatograph on a 5-cm diameter silicon wafer in the

early 1970s. Work on analytical microchips subsequently waned, but interest was reawakened in the early 1980s *(33–35)*. This renewed interest in microchip research and development of μTAS devices stemmed from a new appreciation of the numerous advantages of microchips. These include economy of scale, multiplexed analysis (a small microchip can accommodate many test sites), improved reliability, portability, and integration of multistep analytical procedures on a single device.

The emerging importance of genetic testing and its manifest complexity quickly identified it as a type of test that would particularly benefit from the μTAS approach. A genetic test involves several sequential steps, including sample preparation (e.g., cell isolation and DNA purification), amplification of target sequence (e.g., PCR), and detection and quantification of amplified products (e.g., hybridization and electrophoresis). Initially, individual steps in the procedure were adapted to a microchip format, most importantly PCR, a process central to most if not all genetic tests *(36, 37)*.

Peter Wilding and I began our work on microchips in the mid-1980s. We were greatly encouraged by Jay Zemel in the Engineering School at the University of Pennsylvania (PENN), who was engaged on fluidic studies in silicon microchannels. We quickly recognized the broad range of

potential applications for microchip devices in clinical analysis and began projects designed to explore the utility of microchips in immunoassays, genetic testing, semen analysis, and in vitro fertilization. A frustrating aspect of the initial phase of our work was securing grant support. The NIH thought the work too basic and the National Science Foundation thought it too clinical, and each agency referred us to the other for support. We had filed invention disclosures with the university (PENN); we therefore logically embarked on a venture capital route to fund our work. This led to a start-up company, Chemcore, that ultimately merged with Caliper Technologies. We were fortunate in the early days to have access to the microfabrication facilities in the University of Pennsylvania School of Engineering, and it was this group that made our very first chips. Subsequently, as the project grew, we began to subcontract our prototype production to commercial silicon foundries. In the 1980s, most silicon foundries were used to fabricating the ever smaller features on microelectronic chips, and they were always amazed by our requirement for the larger-sized features of our chip designs ("your want to make it how big?!"). Subsequently, we developed in-house expertise in microfabrication, using facilities at the Cornell NanoScale Science & Technology Facility at Cornell University.

Our early PCR microchips consisted of simple channels or chambers etched in silicon and capped with glass *(38–40)* (Fig. 6). These chips were effective for PCR, although miniaturization did present some problems, mainly related to the surface chemistry of the materials used to construct the microchips. Subsequently, other individual steps were miniaturized. For example, micromachined filters within microchambers in a glass-capped silicon chip were effective for leukocyte isolation from whole blood as a prelude to analysis of genomic targets





Fig. 7. Microscopic view from the top of an integrated cell isolation-PCR microchip mounted on the Plexiglas microchip module.

(*A*), leukocytes isolated by the 400-μm wide weir-type filter. (*B*), new methylene blue-stained leukocytes isolated by the weir-type filter. Reprinted with permission from *Genome Res* 2001;11:405–12.

*(41)* (Fig. 7). The final step in many genetic tests is PCR amplicon detection. This too can be easily accomplished in a microchip by use of capillary electrophoresis.

The next stage toward the development of μTAS systems was integration of two of the steps in the process, such as cell isolation and PCR, or amplification and capillary electrophoresis on a single microchip. Finally, workers in several laboratories have combined all steps to achieve complete μTAS devices, with on-chip integration of sample preparation, PCR, and real-time detection of the amplicon *(42–49)*. An even greater degree of integration has been achieved for DNA sequencing on a microfluidic chip, entailing integration of the steps of clone isolation, amplification, Sanger extension, purification, and finally electrophoretic analysis *(50)*.

The natural progress of a successful new technology is the transition from idea to working prototype, then to a



Fig. 6. Single-chamber PCRChip etched to a depth of 80 μm.

Chamber volume, ~9 μL; overall size, 17 × 15 mm. Reprinted with permission from *Clin Chem* 1994;40:1815–8.

phase of exhaustive evaluation in a routine laboratory environment, and finally to a commercial product approved by the appropriate regulatory agency. For analytical microchips, the final two steps are not completed. A family of microchips for DNA and RNA analysis by capillary electrophoresis as well as various types of DNA hybridization chips have been commercialized for research applications, but a commercial μTAS system for clinical use is still eagerly awaited by the clinical chemistry community.

## Circulating Nucleic Acids
### —Dennis Lo

With the notable exception of virology, the clinical material used in the analysis of nucleic acids is usually cellular. However, much recent interest has focused on the biology and diagnostic applications of circulating cell-free nucleic acids found in the noncellular fraction, i.e., plasma, of humans.

My team's involvement in this field began in 1996 after 7 years of trying to develop noninvasive prenatal methods to detect fetal nucleated cells in the maternal circulation *(51)*. The rarity of these cells made the analysis of their genetic material rather elusive *(52)*. In the autumn of 1996, we noticed two articles in *Nature Medicine* reporting the detection of tumor-derived microsatellite alterations in DNA isolated from the plasma and serum of patients with cancer *(53, 54)*. The similarity between the placenta, which contains fetal genetic material, and a malignant tumor made us wonder whether the fetus would also release its DNA into the plasma and serum of the pregnant mother. Some workers had previously referred to the placenta as being "pseudomalignant" *(55)*, and it is unusual to see a tumor as big as a newborn baby!

At that time we did not know the best method to extract DNA from human plasma and serum; we therefore simply used boiled plasma and serum directly in PCR. Surprisingly, even this relatively crude extraction allowed us to demonstrate, for the first time, the presence of cell-free fetal DNA in the plasma and serum of pregnant women *(56)*. With the advent of real-time quantitative PCR, we were able to measure the absolute and relative concentrations of such circulating fetal DNA in maternal plasma *(57)*. The mean fractional concentration of circulating fetal DNA was 3–5%, suggesting that noninvasive prenatal diagnosis using fetal DNA in maternal plasma should be relatively robust, a prediction that has turned out to be true. Circulating fetal DNA has been used to assess fetal RhD status *(58)*, the prenatal investigation of sex-linked diseases *(59)*, and the prenatal exclusion of β-thalassemia *(60)*. Recently, the introduction of mass spectrometry for nucleic acid analysis has further enhanced the robustness of detecting single nucleotide differences between the mother and the fetus through maternal plasma analysis *(61)*. Furthermore, quantitative aberrations in circulating fetal DNA have also been de-

tected in a variety of disorders, such as preeclampsia *(62)*. The development of a gender- and polymorphism-independent fetal DNA marker should expand the general applicability of such observations.

The success of detecting circulating fetal DNA in maternal plasma has prompted us to look for circulating fetal RNA. This phenomenon was finally demonstrated in 2000 *(63)*, with subsequent experiments pinpointing the placenta as the predominant source of such RNA *(64)* (Fig. 8). Circulating RNA was surprisingly stable, possibly through its association with particulate matter *(65)*. Plasma RNA analysis, perhaps in combination with microarrays, greatly increases the number of markers that can be used for prenatal monitoring *(66)*.

In addition to prenatal diagnosis, the application of circulating nucleic acids to cancer detection and monitoring has also rapidly progressed over the last few years. To date, microsatellite alterations, oncogene mutations, oncogene amplifications, epigenetic changes, and mitochondrial DNA mutations have been detected in the plasma and serum of cancer patients *(67)*. In particular, the detection of Epstein-Barr virus (EBV) DNA in the plasma and serum of patients with nasopharyngeal carcinoma and other EBV-associated malignancies has undergone rapid development. Circulating EBV DNA has been found to be a sensitive tool for the detection, monitoring, and prognostication of such cancers *(68–70)*.



Fig. 8. Diagram illustrating the release of placenta-expressed mRNA into the maternal circulation.

Such mRNA molecules are thought to be protected from degradation by association with particulate matter. Figure courtesy of Rossa Chiu (Department of Chemical Pathology, The Chinese University of Hong Kong, Hong Kong Special Administrative Region, China) and Sam Shum (Sam Freelance Services).

It is envisioned that many other applications of circulating nucleic acids will be forthcoming over the next few years. Emerging applications include prognostic stratification of acute medical emergencies [71] and transplantation monitoring [72, 73]. Much still must be learned about the characterization of such circulating nucleic acids [74, 75] and the functional implications of such molecules [76].

Aspects of microchip analysis are licensed by the University of Pennsylvania to Caliper LifeSciences. L.J.K. has a financial interest as a named inventor on these patents. Dennis Lo holds patents or patent applications on certain applications of circulating nucleic acids in maternal plasma. Aspects of these technologies have been licensed to BTG plc and Plasmagene Biosciences. Dennis Lo is a shareholder of Plasmagene Biosciences. Aspects of melting analysis and rapid PCR are licensed by the University of Utah Research Foundation to Idaho Technology, and from Idaho Technology to Roche Applied Science. C.T.W. has a financial interest as a named inventor on these patents and holds equity interest in Idaho Technology. T.R.G. is an employees of Affymetrix, a company that offers array products. R.H. is an employee of Roche Molecular Systems, a company that offers real-time PCR products.

## References

1. Rabinow P. Making PCR: a story of biotechnology. Chicago: University of Chicago Press, 1996:190pp.
2. Saiki RK, Gelfand DH, Stoffel S, Scharf SJ, Higuchi R, Horn GT, et al. Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 1988;239:487–91.
3. Dollinger GD, inventor. Methods for tagging and tracing materials with nucleic acids. US Patent 5,451,505; 1995.
4. Higuchi R, Dollinger G, Walsh PS, Griffith R. Simultaneous amplification and detection of specific DNA sequences. Biotechnology 1992;10:413–7.
5. Higuchi R, Fockler C, Dollinger G, Watson R. Kinetic PCR analysis: real-time monitoring of DNA amplification reactions. Biotechnology 1993;11:1026–30.
6. Higuchi R, Watson RM. Kinetic PCR analysis using a CCD-camera and without using oligonucleotide probes. In: Innis MA, Gelfand DH, Sninsky JJ, eds. PCR methods manual. San Diego, CA: Academic Press, 1997:263–84.
7. Sagner G, Tabiti K, Gutekunst M, Soong R, inventors. Method for the efficiency-corrected real-time quantification of nucleic acids. US Patent 6,691,041; 2004.
8. Holland PM, Abramson RD, Watson R, Gelfand DH. Detection of specific polymerase chain reaction product by utilizing the 5′–3′ exonuclease activity of *Thermus aquaticus* DNA polymerase. Proc Natl Acad Sci U S A 1991;88:7276–80.
9. Lee LG, Connell CR, Bloch W. Allelic discrimination by nick-translation PCR with fluorogenic probes. Nucleic Acids Res 1993; 21:3761–6.
10. Birch DE. Simplified hot start PCR. Nature 1996;381:445–6.
11. Holland MJ. Transcript abundance in yeast varies over six orders of magnitude. J Biol Chem 2002;277:14363–6.
12. Wittwer CT, Herrmann MG, Moss AA, Rasmussen RP. Continuous fluorescence monitoring of rapid cycle DNA amplification. Biotechniques 1997;22:130–1, 134–8.
13. Lay MJ, Wittwer CT. Real-time fluorescence genotyping of factor V Leiden during rapid-cycle PCR. Clin Chem 1997;43:2262–7.
14. Wittwer CT, Herrmann MG, Gundry CN, Elenitoba-Johnson KS. Real-time multiplex PCR assays. Methods 2001;25:430–42.
15. Crockett AO, Wittwer CT. Fluorescein-labeled oligonucleotides for real-time PCR: using the inherent quenching of deoxyguanosine nucleotides. Anal Biochem 2001;290:89–97.
16. Zhou L, Myers AN, Vandersteen JG, Wang L, Wittwer CT. Closed-tube genotyping with unlabeled oligonucleotide probes and a saturating DNA dye. Clin Chem 2004;50:1328–35.
17. Ririe KM, Rasmussen RP, Wittwer CT. Product differentiation by analysis of DNA melting curves during the polymerase chain reaction. Anal Biochem 1997;245:154–60.
18. Liew M, Pryor R, Palais R, Meadows C, Erali M, Lyon E, et al. Genotyping of single-nucleotide polymorphisms by high-resolution melting of small amplicons. Clin Chem 2004;50:1156–64.
19. Wittwer CT, Reed GH, Gundry CN, Vandersteen JG, Pryor RJ. High-resolution genotyping by amplicon melting analysis using LCGreen. Clin Chem 2003;49:853–60.
20. Reed GH, Wittwer CT. Sensitivity and specificity of single-nucleotide polymorphism scanning by high-resolution melting analysis. Clin Chem 2004;50:1748–54.
21. Fodor SP, Read JL, Pirrung MC, Stryer L, Lu AT, Solas D. Light-directed, spatially addressable parallel chemical synthesis. Science 1991;251:767–73.
22. Kozal MJ, Shah N, Shen N, Yang R, Fucini R, Merigan TC, et al. Extensive polymorphisms observed in HIV-1 clade B protease gene using high-density oligonucleotide arrays. Nat Med 1996;2:753–9.
23. Kapranov P, Sementchenko VI, Gingeras TR. Beyond expression profiling: next generation uses of high density oligonucleotide arrays. Brief Funct Genomic Proteomic 2003;2:47–56.
24. Lipshutz RJ, Fodor SP, Gingeras TR, Lockhart DJ. High density synthetic oligonucleotide arrays. Nat Genet 1999;21:20–4.
25. Gingeras TR, Ghandour G, Wang E, Berno A, Small PM, Drobniewski F, et al. Simultaneous genotyping and species identification using hybridization pattern recognition analysis of generic *Mycobacterium* DNA arrays. Genome Res 1998;8:435–48.
26. Kato-Maeda M, Rhee JT, Gingeras TR, Salamon H, Drenkow J, Smittipat N, et al. Comparing genomes within the species *Mycobacterium tuberculosis*. Genome Res 2001;11:547–54.
27. Cawley S, Bekiranov S, Ng HH, Kapranov P, Sekinger EA, Kampa D, et al. Unbiased mapping of transcription factor binding sites along human chromosomes 21 and 22 points to widespread regulation of noncoding RNAs. Cell 2004;116:499–509.
28. Kapranov P, Cawley SE, Drenkow J, Bekiranov S, Strausberg RL, Fodor SP, et al. Large-scale transcriptional activity in chromosomes 21 and 22. Science 2002;296:916–9.
29. Kampa D, Cheng J, Kapranov P, Yamanaka M, Brubaker S, Cawley S, et al. Novel RNAs identified from an in-depth analysis of the transcriptome of human chromosomes 21 and 22. Genome Res 2004;14:331–42.
30. Manz AN, Graber N, Widmer HM. Miniaturized total chemical analysis systems: a novel concept for chemical sensing. Sens Actuators 1990;B1:244–8.
31. Terry SC. A gas chromatograph system fabricated on a silicon wafer using integrated circuit technology [PhD thesis]. Palo Alto, CA: Stanford University, 1975.
32. Terry SC, JH J, Angell JB. A gas chromatographic air analyzer fabricated on a silicon wafer. IEEE Trans Electron Devices 1979; ED-26:1880–6.
33. Kricka LJ. Microchips. Washington: AACC Press, 2002:94pp.
34. Kricka LJ. Miniaturization of analytical systems. Clin Chem 1998; 44:2008–14.
35. Kricka LJ. Revolution on a square centimeter. Nat Biotechnol 1998;16:513–4.

36. Kricka LJ, Wilding P. Microchip PCR. Anal Bioanal Chem 2003; 377:820–5.

37. Northrup MA, Gonzalez C, Lehew S, Hills R. Development of a PCR-microreactor. In: van den Berg A, Bergveld P, eds. Micro total analysis systems. Dordrecht: Kluwer Academic Publishers, 1995: 139.

38. Wilding P, Shoffner MA, Kricka LJ. PCR in a silicon microstructure. Clin Chem 1994;40:1815–8.

39. Shoffner MA, Cheng J, Hvichia GE, Kricka LJ, Wilding P. Chip PCR. I. Surface passivation of microfabricated silicon-glass chips for PCR. Nucleic Acids Res 1996;24:375–9.

40. Cheng J, Shoffner MA, Hvichia GE, Kricka LJ, Wilding P. Chip PCR. II. Investigation of different PCR amplification systems in micro-fabricated silicon-glass chips. Nucleic Acids Res 1996;24:380–5.

41. Wilding P, Kricka LJ, Cheng J, Hvichia G, Shoffner MA, Fortina P. Integrated cell isolation and polymerase chain reaction analysis using silicon microfilter chambers. Anal Biochem 1998;257:95–100.

42. Anderson RC, Su X, Bogdan GJ, Fenton J. A miniature integrated device for automated multistep genetic assays. Nucleic Acids Res 2000;28:E60.

43. Waters LC, Jacobson SC, Kroutchinia H, Khandurina J, Foote RS, Ramsey JM. Microchip device for cell lysis, multiplex PCR ampli-fication, and electrophoretic sizing. Anal Chem 1998;1998:158–62.

44. Burke DT, Burns MA, Mastrangelo C. Microfabrication technolo-gies for integrated nucleic acid analysis. Genome Res 1997;7:189–97.

45. Burns MA, Mastrangelo CH, Sammarco TS, Man FP, Webster JR, Johnsons BN, et al. Microfabricated structures for integrated DNA analysis. Proc Natl Acad Sci U S A 1996;93:5556–61.

46. Hong JW, Studer V, Hang G, Anderson WF, Quake SR. A nanoliter-scale nucleic acid processor with parallel architecture. Nat Bio-technol 2004;22:435–9.

47. Liu RH, Yang J, Lenigk R, Bonanno J, Grodzinski P. Self-contained, fully integrated biochip for sample preparation, polymerase chain reaction amplification, and DNA microarray detection. Anal Chem 2004;76:1824–31.

48. Pourahmadi F, Taylor M, Kovacs G, Lloyd K, Sakai S, Schafer T, et al. Toward a rapid, integrated, and fully automated DNA diagnostic assay for *Chlamydia trachomatis* and *Neisseria gonorrhoeae*. Clin Chem 2000;46:1511–3.

49. Trau D, Lee TM, Lao AI, Lenigk R, Hsing IM, Ip NY, et al. Genotyping on a complementary metal oxide semiconductor sili-con polymerase chain reaction chip with integrated DNA microar-ray. Anal Chem 2002;74:3168–73.

50. Paegel BM, Blazej RG, Mathies RA. Microfluidic devices for DNA sequencing: sample preparation and electrophoretic analysis. Curr Opin Biotechnol 2003;14:42–50.

51. Lo YM, Patel P, Wainscoat JS, Sampietro M, Gillmer MD, Fleming KA. Prenatal sex determination by DNA amplification from mater-nal peripheral blood. Lancet 1989;2:1363–5.

52. Bianchi DW, Simpson JL, Jackson LG, Elias S, Holzgreve W, Evans MI, et al. Fetal gender and aneuploidy detection using fetal cells in maternal blood: analysis of NIFTY I data. National Institute of Child Health and Development Fetal Cell Isolation Study. Prenat Diagn 2002;22:609–15.

53. Nawroz H, Koch W, Anker P, Stroun M, Sidransky D. Microsatellite alterations in serum DNA of head and neck cancer patients. Nat Med 1996;2:1035–7.

54. Chen XQ, Stroun M, Magnenat JL, Nicod LP, Kurt AM, Lyautey J, et al. Microsatellite alterations in plasma DNA of small cell lung cancer patients. Nat Med 1996;2:1033–5.

55. Strickland S, Richards WG. Invasion of the trophoblasts. Cell 1992;71:355–7.

56. Lo YMD, Corbetta N, Chamberlain PF, Rai V, Sargent IL, Redman CW, et al. Presence of fetal DNA in maternal plasma and serum. Lancet 1997;350:485–7.

57. Lo YMD, Tein MS, Lau TK, Haines CJ, Leung TN, Poon PM, et al. Quantitative analysis of fetal DNA in maternal plasma and serum: implications for noninvasive prenatal diagnosis. Am J Hum Genet 1998;62:768–75.

58. Lo YM, Hjelm NM, Fidler C, Sargent IL, Murphy MF, Chamberlain PF, et al. Prenatal diagnosis of fetal RhD status by molecular analysis of maternal plasma. N Engl J Med 1998;339:1734–8.

59. Costa JM, Benachi A, Gautier E. New strategy for prenatal diagnosis of X-linked disorders. N Engl J Med 2002;346:1502.

60. Chiu RWK, Lau TK, Leung TN, Chow KCK, Chui DHK, Lo YMD. Prenatal exclusion of β-thalassaemia major by examination of maternal plasma. Lancet 2002;360:998–1000.

61. Ding C, Chiu RW, Lau TK, Leung TN, Chan LC, Chan AY, et al. MS analysis of single-nucleotide differences in circulating nucleic acids: Application to noninvasive prenatal diagnosis. Proc Natl Acad Sci U S A 2004;101:10762–7.

62. Lo YM, Leung TN, Tein MS, Sargent IL, Zhang J, Lau TK, et al. Quantitative abnormalities of fetal DNA in maternal serum in preeclampsia. Clin Chem 1999;45:184–8.

63. Poon LL, Leung TN, Lau TK, Lo YM. Presence of fetal RNA in maternal plasma. Clin Chem 2000;46:1832–4.

64. Ng EKO, Tsui NBY, Lau TK, Leung TN, Chiu RWK, Panesar NS, et al. mRNA of placental origin is readily detectable in maternal plasma. Proc Natl Acad Sci U S A 2003;100:4748–53.

65. Tsui NB, Ng EK, Lo YMD. Stability of endogenous and added RNA in blood specimens, serum, and plasma. Clin Chem 2002;48:1647–53.

66. Tsui NB, Chim SS, Chiu RW, Lau TK, Ng EK, Leung TN, et al. Systematic micro-array based identification of placental mRNA in maternal plasma: towards non-invasive prenatal gene expression profiling. J Med Genet 2004;41:461–7.

67. Johnson PJ, Lo YMD. Plasma nucleic acids in the diagnosis and management of malignant disease. Clin Chem 2002;48:1186–93.

68. Lo YMD, Chan LY, Lo KW, Leung SF, Zhang J, Chan AT, et al. Quantitative analysis of cell-free Epstein-Barr virus DNA in plasma of patients with nasopharyngeal carcinoma. Cancer Res 1999;59:1188–91.

69. Chan AT, Lo YM, Zee B, Chan LY, Ma BB, Leung SF, et al. Plasma Epstein-Barr virus DNA and residual disease after radiotherapy for undifferentiated nasopharyngeal carcinoma. J Natl Cancer Inst 2002;94:1614–9.

70. Lei KI, Chan LY, Chan WY, Johnson PJ, Lo YM. Diagnostic and prognostic implications of circulating cell-free Epstein-Barr virus DNA in natural killer/T-cell lymphoma. Clin Cancer Res 2002;8:29–34.

71. Rainer TH, Wong LK, Lam W, Yuen E, Lam NY, Metreweli C, et al. Prognostic use of circulating plasma nucleic acid concentrations in patients with acute stroke. Clin Chem 2003;49:562–9.

72. Lo YMD, Tein MSC, Pang CCP, Yeung CK, Tong KL, Hjelm NM. Presence of donor-specific DNA in plasma of kidney and liver-transplant recipients [Letter]. Lancet 1998;351:1329–30.

73. Lui YYN, Woo KS, Wang AYM, Yeung CK, Li PKT, Chau E, et al. Origin of plasma cell-free DNA after solid organ transplantation. Clin Chem 2003;49:495–6.

74. Chan KC, Zhang J, Hui AB, Wong N, Lau TK, Leung TN, et al. Size distributions of maternal and fetal DNA in maternal plasma. Clin Chem 2004;50:88–92.

75. Jahr S, Hentze H, Englisch S, Hardt D, Fackelmayer FO, Hesch RD, et al. DNA fragments in the blood plasma of cancer patients: quantitations and evidence for their origin from apoptotic and necrotic cells. Cancer Res 2001;61:1659–65.

76. Garcia-Olmo DC, Ruiz-Piqueras R, Garcia-Olmo L. Circulating nu-cleic acids in plasma and serum (CNAPS) and its relation to stem cells and cancer metastasis: state of the issue. Histol Histopathol 2004;19:575–83.