| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 060707) |
| | bunsowh@howrey.com |
| 2 | David L. Bilsker (SBN 152383) |
| | bilskerd@howrey.com |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 5 | Facsimile: (415) 848-4999 |
| 6 | Daniel T. Shvodian (SBN 184576) |
| | shvodiand@howrey.com |
| 7 | Adam K. Whiting (SBN 230083) |
| | whitinga@howrey.com |
| 8 | HOWREY LLP |
| | 1950 University Avenue, 4th Floor |
| 9 | East Palo Alto, CA 94303 |
| | Telephone: (650) 798-3500 |
| 10 | Facsimile: (650) 798-3600 |
| 11 | Attorneys for CORBETT LIFE SCIENCE, |
| | CORBETT ROBOTICS INC., and |
| 12 | CORBETT RESEARCH PTY LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORBETT LIFE SCIENCE;<br>CORBETT ROBOTICS INC.; and<br>CORBETT RESEARCH PTY LTD.,<br><br>           Plaintiffs,<br><br>      vs.<br><br>APPLERA CORPORATION and APPLIED<br>BIOSYSTEMS,<br><br>           Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.<br><br>**CERTIFICATE OF INTERESTED<br>ENTITIES OR PERSONS** |

HOWREY LLP

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2 | parties, there is no such interest to report.

Dated: June 30, 2008

Respectfully submitted,

By: /s/ Daniel T. Shvodian
Henry C. Bunsow
David L. Bilsker
Daniel T. Shvodian
Adam K. Whiting

Attorneys for Plaintiffs
CORBETT LIFE SCIENCE,
CORBETT ROBOTICS INC., and
CORBETT RESEARCH PTY LTD.

21315428

HOWREY LLP

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

- 1 -