AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

| | |
|---|---|
| CORBETT LIFE SCIENCE, CORBETT ROBOTICS INC., and CORBETT RESEARCH PTY LTD.<br>Plaintiff<br>v.<br>APPLERA CORPORATION and APPLIED BIOSYSTEMS<br>Defendant | )<br>)<br>)  Civil Action No. 08   3139<br>)<br>)<br>)   WDB |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Applera Corporation
301 Merritt 7
Norwalk, CT 06851

*And named Defendants listed above*

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel T. Shvodian (SBN 184576)   1950 University Avenue, 4th Floor
Adam K. Whiting (SBN 230083)     East Palo Alto, CA  94303
HOWREY LLP                               Telephone:  650.798.3500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
Name of clerk of court

Date: JUN 3 0 2008

**Helen L. Almacen**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com