1  Frank E. Scherkenbach (State Bar No. 142549)
   Steven C. Carlson (State Bar No. 206451)
2  Corrin N. Drakulich (State Bar No. 250906)
   FISH & RICHARDSON P.C.
3  500 Arguello Street, Suite 500
   Redwood City, California 94063
4  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
5  E-Mail:    scherkenbach@fr.com
              scarlson@fr.com
6             drakulich@fr.com

7  Attorneys for Defendants
   APPLERA CORPORATION
8  and APPLIED BIOSYSTEMS

9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14  CORBETT LIFE SCIENCE;                  Case No. 4:08-cv-03139-WDB
    CORBETT ROBOTICS INC.; and
15  CORBETT RESEARCH PTY LTD.,
                                           **STIPULATION FOR EXTENSION
16              Plaintiffs,                OF TIME TO RESPOND TO
                                           COMPLAINT**
17        v.
                                           Judge: Honorable Wayne D. Brazil
18  APPLERA CORPORATION and
    APPLIED BIOSYSTEMS,
19
                Defendants.
20

21

22

23

24

25

26

27

28

1  WHEREFORE Plaintiffs Corbett Life Science, Corbett Robotics Inc., and Corbett Research Pty Ltd. ("Plaintiffs") and Defendants Applera Corporation and Applied Biosystems, Inc. ("Defendants") have agreed to a thirty-day extension of time for Defendants to respond to Plaintiffs' complaint, which shall not affect other deadlines now set in this case,

IT IS STIPULATED THAT the time period for Defendants to file and serve their response to Plaintiffs' complaint is extended up through and including August 28, 2008.

Dated:  July 28, 2008                                    FISH & RICHARDSON P.C.


                                                         By:  _____/s/ Steven C. Carlson_____
                                                                     Steven C. Carlson

                                                         Attorneys for Defendants
                                                         APPLERA CORPORATION and
                                                         APPLIED BIOSYSTEMS, INC.


Dated:  July 28, 2008                                    HOWREY LLP


                                                         By:  _____/s/ David Bilsker_____
                                                                     David Bilsker

                                                         Attorneys for Plaintiffs
                                                         CORBETT LIFE SCIENCE,
                                                         CORBETT ROBOTICS INC., and
                                                         CORBETT RESEARCH PTY LTD.


### DECLARATION OF CONSENT

I, Steven C. Carlson, hereby attest that concurrence in the filing of this document has been obtained from David Bilsker, counsel for Plaintiffs, which shall serve in lieu of his signature on the document.

Dated:  July 28, 2008

                                                         _____/s/ Steven C. Carlson_____
                                                                 Steven C. Carlson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

- 3 -

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 4:08-cv-03139-WDB