AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

CORBETT LIFE SCIENCE, CORBETT ROBOTICS
INC., and CORBETT RESEARCH PTY LTD.

        Plaintiff

v.

APPLERA CORPORATION and APPLIED
BIOSYSTEMS

        Defendant

)
)
)
)
)
)

Civil Action No.

**CV 08 3139**

**WDB**

## Summons in a Civil Action

To: *(Defendant's name and address)*
    Applera Corporation
    301 Merritt 7
    Norwalk, CT 06851 *And Named Defendants listed above*

A lawsuit has been filed against you.

       Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel T. Shvodian (SBN 184576)    1950 University Avenue, 4th Floor
Adam K. Whiting (SBN 230083)     East Palo Alto, CA 94303
HOWREY LLP                   Telephone: 650.798.3500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
Name of clerk of court

Helen L. Almacen

Deputy clerk's signature

Date:   JUN 3 0 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Attorney(s) for Plaintiff(s): Daniel T. Shvodian (SBN 184576)
Adam K. Whiting (SBN 230083)    Tel. No.: 650-798-3500
Address: 1950 University Ave., 4th Floor, East Palo Alto, CA 94303

-------------------------------------------------------------------------------------------------------

# AFFIDAVIT OF SERVICE

**CORBETT LIFE SCIENCE,**
**CORBETT ROBOTICS INC., and**
**CORBETT RESEARCH PTY LTD.**
                        Plaintiff(s)

**VS.**                                        Case No.: CV 08-3139   WDB
                                              Filed On: June 30, 2008

**APPLERA CORPORATION and**
**APPLIED BIOSYSTEMS,**
                        Defendant(s)

-------------------------------------------------------------------------------------------------------

STATE OF CONNECTICUT:
COUNTY OF FAIRFIELD:    S.S.

**ERIC RUBIN** BEING DULY SWORN DEPOSES AND SAYS: That deponent is not a party to this action, is over the age of 18 years and resides in the State of Connecticut.

That on **7/11/08** at **2:06 PM** at **301 MERRITT 7, NORWALK, CT 06851**, deponent made due service of the within **SUMMONS, COMPLAINT FOR DECLARATORY JUDGMENT, CIVIL COVER SHEET, CERTIFICATE OF INTERESTED ENTITIES OR PERSONS, ECF REGISTRATION INFORMATION HANDOUT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, PUBLIC NOTICE RE MAGISTRATE JUDGE SEEBORG, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, BOOKLET ENTITLED "CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA"** on **APPLERA CORPORATION**, defendant therein named.

**(X) CORPORATION:** By delivering thereat a true copy of each to **CHARLES HEINZER** at the above address and that deponent knew the person so served to be the **SENIOR DIRECTOR & ATTORNEY** of the corporation and said person stated that they were authorized to accept on behalf of the corporation.

**( ) MAILING:** Deponent also enclosed a true copy of each in a first class postpaid sealed envelope properly addressed to the defendant at defendant's last known residence at
on            and deposited said envelope in an official depository under exclusive care and custody of the United States Postal Service within the state where service was effected. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication concerned an action against the defendant.

**DESCRIPTION:** Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | OTHER |
|-----|-----------|------------|-----|--------|--------|-------|
| **Male** | **White** | **Gray** | **51-65** | **5'9"-6'0"** | **161-200 lbs** | **Glasses** |

Attest,

_____
Eric Rubin, Private Process Server

Sworn to before me on 7/11/08

_____

**Ksenia V. Rubin**
**NOTARY PUBLIC**
**State of Connecticut**
**My Commission Expires 12/31/12**