AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

CORBETT LIFE SCIENCE, CORBETT ROBOTICS INC., and CORBETT RESEARCH PTY LTD.
Plaintiff
v.
APPLERA CORPORATION and APPLIED BIOSYSTEMS
Defendant

Civil Action No.

CV 08 -3139 WDB

E-filing

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Applera Corporation
301 Merritt 7
Norwalk, CT 06851

*And Named Defendants listed above*

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel T. Shvodian (SBN 184576)      1950 University Avenue, 4th Floor
Adam K. Whiting (SBN 230083)         East Palo Alto, CA 94303
HOWREY LLP                           Telephone: 650.798.3500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 3 0 2008

RICHARD W. WIEKING
Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| DANIEL T. SHVODIAN (SBN 184576)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303 | (650) 798-3500<br>FAX NO:<br>(650) 798-3600 | |
| ATTORNEY FOR (Name): CORBETT LIFE SCIENCE, CORBETT ROBOTICS INC., and CORBETT RESEARCH PTY LTD. | | |

Insert name of court, judicial district or branch court, if any:

**NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF: CORBETT LIFE SCIENCE, CORBETT ROBOTICS INC., and CORBETT RESEARCH PTY LTD. | |
|---|---|
| DEFENDANT: APPLERA CORPORATION and APPLIED BIOSYSTEMS | CASE NUMBER:<br>CV 08 3139 WDB |

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT; CIVIL CASE COVER SHEET; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; PUBLIC NOTICE RE: MAGISTRATE JUDGE SEEBORG; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; BOOKLET ENTITLED "CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA"**

**ON: APPLIED BIOSYSTEMS, INC.**
AT: 4000 E. 3rd Avenue
Foster City, CA 94404

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

Adam M. Tschop, Esq., Litigation Attorney, Designated to Accept Service

ON: July 9, 2008
AT: 2:12 P.M.

**Manner of Service:** Service on a domestic corporation by delivery upon the authorized agent.

George Lefevre
Fee for Service: $93.75
County: San Mateo
Registration No.: 308
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 9, 2008.

Signature: _George Lefevre_

# DECLARATION OF SERVICE