UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBETT LIFE SCIENCE; CORBETT ROBOTICS INC.; and CORBETT RESEARCH PTY LTD.,<br>　　　　Plaintiff(s),<br>　v.<br>APPLERA CORPORATION and APPLIED BIOSYSTEMS,<br>　　　　Defendant(s). | No. C 4:08-cv-03139 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 15, 2008　　　　　　　　Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")