1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

CORBETT LIFE SCIENCE, et al.                    No.  C 08-3139 WDB

8

        Plaintiffs,                    NOTICE OF IMPENDING
                                                REASSIGNMENT TO A UNITED

9

    v.                                            STATES DISTRICT COURT
                                                JUDGE

10

APPLERA CORP, et al.

11

        Defendants.

12

_____/

13
14

      The Clerk of this Court will now randomly reassign this case to a United States District

15

Judge because one or more of the parties has requested reassignment to a United States District

16

Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case

17

management conference set for October 7, 2008, at 4:00 p.m. is vacated.

18
19

Dated: August 15, 2008                          Richard W. Wieking, Clerk
                                                United States District Court

20
21

                                      *Sarah Weinstein*

22
23

                          By:  SarahWeinstein
                                                     Law Clerk/Deputy Clerk

24

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd

25
26
27
28