1 | Henry C. Bunsow (SBN 060707)
bunsowh@howrey.com
2 | David L. Bilsker (SBN 152383)
bilskerd@howrey.com
3 | HOWREY LLP
525 Market Street, Suite 3600
4 | San Francisco, CA  94105
Telephone:  (415) 848-4900
5 | Facsimile:   (415) 848-4999

6 | Daniel T. Shvodian (SBN 184576)
shvodiand@howrey.com
7 | Adam K. Whiting (SBN 230083)
whitinga@howrey.com
8 | HOWREY LLP
1950 University Avenue, 4th Floor
9 | East Palo Alto, CA  94303
Telephone:  (650) 798-3500
10 | Facsimile:   (650) 798-3600

11 | Attorneys for CORBETT LIFE SCIENCE,
CORBETT ROBOTICS INC., and
12 | CORBETT RESEARCH PTY LTD.

13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN FRANCISCO DIVISION

17

18 | CORBETT LIFE SCIENCE;     ) Case No. 3:08-cv-03139-WHA
CORBETT ROBOTICS INC.; and  )
19 | CORBETT RESEARCH PTY LTD.,  ) **AMENDED CERTIFICATE OF**
) **INTERESTED ENTITIES OR PERSONS**
20 |            Plaintiffs,      )
)
21 |        vs.                 )
)
22 | APPLERA CORPORATION and APPLIED  )
BIOSYSTEMS,                 )
23 |                            )
            Defendants.       )
24 | _____ )

25

26

27

28

HOWREY LLP

AMENDED CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS
Case No. 3:08-cv-03139-WHA

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding,

4  or (ii) have a non-financial interest in that subject matter or in a party that could be substantially

5  affected by the outcome of this proceeding:  Qiagen N.V., owner of plaintiff Corbett Life Science as of

6  July 1, 2008.

7

8  Dated:  August 21, 2008                        Respectfully submitted,

9

10                                     By:  _____/s/ Daniel T. Shvodian_____

11                                          Henry C. Bunsow
                                            David L. Bilsker

12                                          Daniel T. Shvodian
                                            Adam K. Whiting

13
                                            Attorneys for Plaintiffs
14                                          CORBETT LIFE SCIENCE,
                                            CORBETT ROBOTICS INC., and
15                                          CORBETT RESEARCH PTY LTD.

16

17

18

19

20

21

22

23

24

25

26
   21412926
27

28

HOWREY LLP
        AMENDED CERTIFICATE OF                    - 1 -
        INTERESTED ENTITIES OR PERSONS
        Case No. 3:08-cv-03139-WHA