1  Frank E. Scherkenbach, SBN #142549
   (scherkenbach@fr.com)
2  Steven C. Carlson, SBN #206451
   (scarlson@fr.com)
3  Corrin N. Drakulich, SBN #250906
   (drakulich@fr.com)
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063
   Telephone: (650) 839-5070
6  Facsimile:  (650) 839-5071

7  Kurtis D. MacFerrin, SBN #178006
   (kurtis.macferrin@appliedbiosystems.com)
8  Dir., IP Litigation, APPLIED BIOSYSTEMS INC.
   850 Lincoln Centre Drive
9  Foster City, California 94404
   Telephone: (650) 554-3410
10 Facsimile:  (650) 638-6677

11 Attorneys for Defendants
   APPLERA CORPORATION and APPLIED BIOSYSTEMS INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA
                         (SAN FRANCISCO DIVISION)
15

| | |
|---|---|
| 16  CORBETT LIFE SCIENCE;<br>CORBETT ROBOTICS INC.; and<br>17  CORBETT RESEARCH PTY LTD.,<br><br>18           Plaintiffs,<br><br>19      v.<br><br>20  APPLERA CORPORATION and APPLIED BIOSYSTEMS INC.,<br>21<br>         Defendants.<br>22 | Case No. C 08-03139 WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

23 TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

24        PLEASE TAKE NOTICE that Kurtis D. MacFerrin, Director of IP Litigation for Applied

25 Biosystems Inc., hereby files this Notice of Appearance in the above-referenced action as counsel

26 for defendants Applera Corporation and Applied Biosystems Inc. in this matter and requests that

27 copies of all briefs, motions, orders, correspondence and other papers be electronically served on

28 the undersigned at kurtis.macferrin@appliedbiosystems.com.

                                        1

1  Dated: August 21, 2008                    APPLIED BIOSYSTEMS INC.

3                                             By:  /s/ Kurtis D. MacFerrin
                                                   Kurtis D. MacFerrin

5                                             Attorneys for Defendants
                                              APPLERA CORPORATION and APPLIED
6                                             BIOSYSTEMS INC.

11 50604887.doc

2