1  Frank E. Scherkenbach (State Bar No. 142549)
   Steven C. Carlson (State Bar No. 206451)
2  Corrin N. Drakulich (State Bar No. 250906)
   FISH & RICHARDSON P.C.
3  500 Arguello Street, Suite 500
   Redwood City, California 94063
4  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
5  E-Mail:    scherkenbach@fr.com
              scarlson@fr.com
6             drakulich@fr.com

7  Attorneys for Defendant
   APPLIED BIOSYSTEMS INC.
8

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12

13 | CORBETT LIFE SCIENCE;                    | Case No. 3:08-cv-03139-WHA
   | CORBETT ROBOTICS INC.; and
14 | CORBETT RESEARCH PTY LTD.,
                                              | **STIPULATION FOR EXTENSION
15 |           Plaintiffs,                    | OF TIME TO RESPOND TO
                                              | COMPLAINT**
16 |    v.
                                              | Judge: Honorable William H. Alsup
17 | APPLERA CORPORATION and
   | APPLIED BIOSYSTEMS,
18
   |           Defendants.
19

20

21

22

23

24

25

26

27

28

1    WHEREAS Plaintiffs Corbett Life Science, Corbett Robotics Inc., and Corbett Research Pty
2    Ltd. ("Corbett") and Defendant Applied Biosystems Inc. ("Applied Biosystems") are engaged in
3    discussions to resolve their dispute;[1]

4    WHEREAS the present deadline for Applied Biosystems to respond to Corbett's complaint
5    is August 28, 2008;

6    WHEREAS the present deadline for the parties to file their case management statement is
7    September 25, 2008;

8    WHEREAS the parties believe that postponing Applied Biosystems' response to Corbett's
9    complaint may promote resolution of this dispute;

10    WHEREAS the Court has previously granted one request for an extension to respond to
11    Corbett's complaint; and

12    WHEREAS the presently-requested extension will not affect the deadlines set by the Court;

13    WHEREFORE the parties hereby have agreed to an extension of time until September 23,
14    2008 for Applied Biosystems to respond to Corbett's complaint,

15    IT IS STIPULATED THAT the time period for Applied Biosystems to file and serve its
16    response to Corbett's complaint is extended up through and including September 23, 2008.

17    Dated: August 26, 2008                FISH & RICHARDSON P.C.

19                                          By: _____/s/ Steven C. Carlson_____
                                                    Steven C. Carlson

                                            Attorneys for Defendant
                                            APPLIED BIOSYSTEMS INC.

---

[1] On July 1, 2008, Applera Corporation announced that its name had been changed to Applied
    Biosystems Inc.

- 2 -

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 3:08-cv-03139-WHA

|   |   |
|---|---|
| 1 | Dated: August 26, 2008 |

HOWREY LLP

By: _____/s/ Daniel T. Shvodian_____
        Daniel T. Shvodian

Attorneys for Plaintiffs
CORBETT LIFE SCIENCE,
CORBETT ROBOTICS INC., and
CORBETT RESEARCH PTY LTD.

## DECLARATION OF CONSENT

I, Steven C. Carlson, hereby attest that concurrence in the filing of this document has been obtained from Daniel T. Shvodian, counsel for Plaintiffs, which shall serve in lieu of his signature on the document.

Dated: August 26, 2008

_____/s/ Steven C. Carlson_____
        Steven C. Carlson

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

_____
The Honorable William H. Alsup
United States District Judge

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 3:08-cv-03139-WHA