1  Frank E. Scherkenbach (State Bar No. 142549)
   Steven C. Carlson (State Bar No. 206451)
2  Corrin N. Drakulich (State Bar No. 250906)
   FISH & RICHARDSON P.C.
3  500 Arguello Street, Suite 500
   Redwood City, California  94063
4  Telephone:  (650) 839-5070
   Facsimile:   (650) 839-5071
5  E-Mail:      scherkenbach@fr.com
                scarlson@fr.com
6                drakulich@fr.com

7  Attorneys for Defendant
   APPLIED BIOSYSTEMS INC.

8

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  CORBETT LIFE SCIENCE;                  Case No. 3:08-cv-03139-WHA
    CORBETT ROBOTICS INC.; and
14  CORBETT RESEARCH PTY LTD.,
                                           **STIPULATION FOR EXTENSION
15                 Plaintiffs,             OF TIME TO RESPOND TO
                                           COMPLAINT**
16          v.
                                           Judge:   Honorable William H. Alsup
17  APPLERA CORPORATION and
    APPLIED BIOSYSTEMS,
18
                   Defendants.
19

20

21

22

23

24

25

26

27

28

1    WHEREAS Plaintiffs Corbett Life Science, Corbett Robotics Inc., and Corbett Research Pty

2    Ltd. ("Corbett") and Defendant Applied Biosystems Inc. ("Applied Biosystems") are engaged in

3    discussions to resolve their dispute;[1]

4    WHEREAS the present deadline for Applied Biosystems to respond to Corbett's complaint

5    is August 28, 2008;

6    WHEREAS the present deadline for the parties to file their case management statement is

7    September 25, 2008;

8    WHEREAS the parties believe that postponing Applied Biosystems' response to Corbett's

9    complaint may promote resolution of this dispute;

10    WHEREAS the Court has previously granted one request for an extension to respond to

11    Corbett's complaint; and

12    WHEREAS the presently-requested extension will not affect the deadlines set by the Court;

13    WHEREFORE the parties hereby have agreed to an extension of time until September 23,

14    2008 for Applied Biosystems to respond to Corbett's complaint,

15    IT IS STIPULATED THAT the time period for Applied Biosystems to file and serve its

16    response to Corbett's complaint is extended up through and including September 23, 2008.

17    Dated:  August 26, 2008                    FISH & RICHARDSON P.C.

18

19                                              By: _____/s/ Steven C. Carlson_____
                                                          Steven C. Carlson
20

21                                              Attorneys for Defendant
                                                APPLIED BIOSYSTEMS INC.

22

23

24

25

26

27

28    [1] On July 1, 2008, Applera Corporation announced that its name had been changed to Applied
          Biosystems Inc.

- 2 -

1    Dated:  August 26, 2008                    HOWREY LLP

2

3                                              By: _____/s/ Daniel T. Shvodian_____
                                                         Daniel T. Shvodian
4
                                               Attorneys for Plaintiffs
5                                              CORBETT LIFE SCIENCE,
                                               CORBETT ROBOTICS INC., and
6                                              CORBETT RESEARCH PTY LTD.

7

8

9                          **DECLARATION OF CONSENT**

10          I, Steven C. Carlson, hereby attest that concurrence in the filing of this document has been

11   obtained from Daniel T. Shvodian, counsel for Plaintiffs, which shall serve in lieu of his signature

12   on the document.

13   Dated:  August 26, 2008

14                                                 _____/s/ Steven C. Carlson_____
                                                          Steven C. Carlson
15

16                                   **ORDER**

17          Pursuant to stipulation, IT IS SO ORDERED.

18

19   Dated: _____September 2, 2008_____

20

21                                            The Honorable William H. Alsup
                                              United States District Judge
22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 3:08-cv-03139-WHA