1  Frank E. Scherkenbach, SBN 142549
   (scherkenbach@fr.com)
2  Steven C. Carlson, SBN 206451
   (scarlson@fr.com)
3  Corrin N. Drakulich, SBN 250906
   (drakulich@fr.com)
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063
   Telephone: (650) 839-5070
6  Facsimile:  (650) 839-5071

7  Attorneys for Defendant and Counterclaimant
   APPLIED BIOSYSTEMS INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA
                       (SAN FRANCISCO DIVISION)

11

12  CORBETT LIFE SCIENCE;                    Case No. C 08-03139 WHA
    CORBETT ROBOTICS INC.; and
13  CORBETT RESEARCH PTY LTD.,               **JOINTLY SUBMITTED PROPOSED
                                             ORDER RE SCHEDULE FOR CLAIM
14             Plaintiffs/Counterdefendants, CONSTRUCTION**

15         v.

16  APPLERA CORPORATION and APPLIED
    BIOSYSTEMS INC.,

17
               Defendants/Counterclaimants.
18

19

20         Pursuant to the Court's Case Management Order of October 3, 2008, the parties hereby

21  respectfully submit the following agreed upon schedule for claim construction proceedings:

22  | December 12, 2008 | L/D to exchange lists of all claim terms each party contends should be construed [PLR 4-1(a)] |
23  |---|---|
24  | December 18, 2008 | Meet and confer to narrow claims terms; jointly identify 6 terms likely to be most significant [PLR 4-1(b)] |
25  | January 8, 2009 | L/D to exchange Preliminary Claim Constructions  [PLR 4-2(a)] and supporting intrinsic and extrinsic evidence [PLR 4-2(b)] |
26
27

28

1

| January 16, 2009 | Meet and confer to narrow the issues and finalize preparation for Joint Claim Construction and Prehearing Statement [PLR 4-2(c)] |
| --- | --- |
| January 23, 2009 | L/D to file Joint Claim Construction and Prehearing Statement [PLR 4-3] including intrinsic and extrinsic evidence [PLR 4-3(b)] and identification of 6 most significant terms [PLR 4-3(c)] |
| February 20, 2009 | Close of claim construction discovery [PLR 4-4] |
| February 27, 2009 | L/D for ABI to file opening claim construction brief [PLR 4-5(a)] |
| March 13, 2009 | L/D for Corbett to file responsive claim construction brief [PLR 4-5(b)] |
| March 20, 2009 | L/D for ABI to file reply claim construction brief [PLR 4-5(c)] |
| March 25, 2009 | Technology Tutorial @ 1:30 PM [10/3/2008 CM order] |
| April 8, 2009 | Claim Construction Hearing @ 1:30 PM [10/3/2008 CM Order] |

Dated:  October 17, 2008                   FISH & RICHARDSON P.C.


By: _____/s/ Steven C. Carlson_____
                          Steven C. Carlson

Attorneys for Defendant and Counterclaimant
APPLIED BIOSYSTEMS INC.

Dated:  October 17, 2008                   HOWREY LLP


By: _____/s/ David L. Bilsker_____
                          David L. Bilsker

Attorneys for Plaintiffs
CORBETT LIFE SCIENCE,
CORBETT ROBOTICS INC., and
CORBETT RESEARCH PTY LTD.

2

**DECLARATION OF CONSENT**

I, Steven C. Carlson, hereby attest that concurrence in the filing of this document has been obtained from David L. Bilsker, counsel for Plaintiffs, which shall serve in lieu of his signature on the document.

Dated:  October 17, 2008

_____/s/ Steven C. Carlson_____

Steven C. Carlson

**ORDER**

IT IS SO ORDERED.

Dated: _____October 20, 2008_____

_____

The Honorable William H. Alsup

United States District Judge

50614431.doc

3