Frank E. Scherkenbach, SBN 142549
(scherkenbach@fr.com)
Steven C. Carlson, SBN 206451
(scarlson@fr.com)
Corrin N. Drakulich, SBN 250906
(drakulich@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant and Counterclaimant
APPLIED BIOSYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CORBETT LIFE SCIENCE; CORBETT ROBOTICS INC.; and CORBETT RESEARCH PTY LTD., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> APPLERA CORPORATION and APPLIED BIOSYSTEMS INC., <br><br> Defendants/Counterclaimants. | Case No. C 08-03139 WHA <br><br> **JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR CORBETT'S MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to Local Rules 6.2 and 6.1(b), Plaintiffs/Counterdefendants Corbett Life Sciences, Corbett Robotics, Inc., and Corbett Research Pty, Ltd. (collectively, "Corbett"), and Defendant/Counterclaimant Applied Biosystems ("ABI") hereby stipulate to modify the briefing schedule for Corbett's Motion to Modify Scheduling Order and For Leave to File First Amended Complaint (Docket No. 32) ("Motion for Leave to File FAC"), if amenable to the Court, as follows.

Corbett filed its Motion for Leave to File FAC on Tuesday, December 23, 2008, and noticed the Motion for hearing on Thursday, January 29, 2009.  ABI's Response is presently due

on Thursday, January 8, 2009, and Corbett's Reply is due on Thursday, January 15th, 2009.  In light of the holidays falling shortly after Corbett's filing, the parties have agreed to short extensions of the briefing deadlines, while retaining the original hearing date of January 29, 2009.  The stipulated schedule would be as shown here:

| Date | Event |
| --- | --- |
| Wednesday, 1/14/09, 12:00 p.m. | ABI's Response due |
| Friday, 1/16/09 | Corbett's Reply due |
| Thursday, 1/29/09 | Hearing |

This stipulation would shorten to 13 days the time for the Court to review the Response and Reply briefs before the hearing on January 29, 2009.  The parties believe that Corbett's motion is amenable to being decided on this schedule, and respectfully request that the Court approve this stipulation.  The only other stipulated extensions of time in this case have been of ABI's time to file an Answer (Docket Nos. 16 and 17), and this stipulation will not impact any other events scheduled in the case.

Dated:  January 6, 2009                                       FISH & RICHARDSON P.C.


By:          /s/ Steven C. Carlson
                  Steven C. Carlson

Attorneys for Defendant and Counterclaimant
APPLIED BIOSYSTEMS

| | |
|---|---|
| Dated: January 6, 2009 | HOWREY LLP |
| | By: /s/ Daniel T. Shvodian |
| | Daniel T. Shvodian |
| | Attorneys for Plaintiffs<br>CORBETT LIFE SCIENCE,<br>CORBETT ROBOTICS INC., and<br>CORBETT RESEARCH PTY LTD. |

**DECLARATION OF CONSENT**

I, Steven C. Carlson, hereby attest that concurrence in the filing of this document has been obtained from Daniel T. Shvodian, counsel for Plaintiffs, which shall serve in lieu of his signature on the document.

Dated: January 6, 2009

/s/ Steven C. Carlson
Steven C. Carlson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: January 8, 2008

IT IS SO ORDERED
Judge William Alsup

The Honorable William H. Alsup
United States District Judge

50629025.doc