1  Frank E. Scherkenbach, SBN 142549
   (scherkenbach@fr.com)
2  Steven C. Carlson, SBN 206451
   (scarlson@fr.com)
3  Corrin N. Drakulich, SBN 250906
   (drakulich@fr.com)
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063
   Telephone: (650) 839-5070
6  Facsimile:  (650) 839-5071

7  Attorneys for Defendant and Counterclaimant

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA
                         (SAN FRANCISCO DIVISION)
11

12 | CORBETT LIFE SCIENCE;              | Case No. C 08-03139 WHA
   | CORBETT ROBOTICS INC.; and
13 | CORBETT RESEARCH PTY LTD.,         | **STIPULATED DISMISSAL WITH
                                        | PREJUDICE AND [PROPOSED] ORDER**
14           Plaintiffs/Counterdefendants,

15           v.

16 | APPLERA CORPORATION and APPLIED
   | BIOSYSTEMS INC.,
17
             Defendants/Counterclaimants.
18

19

20       In view of the settlement and license agreements reached between the parties, and

21 pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED by and

22 between Plaintiffs Corbett Life Science; Corbett Robotics Inc.; and Corbett Research Pty Ltd. and

23 Defendant Applied Biosystems Inc.[1]  that Civil Action No. 4:08-cv-03139-WHA, and all claims

24 and counterclaims in that action (including any and all claims that have been proposed by Corbett

25 as arising under antitrust and/or unfair competition law), be and hereby are DISMISSED IN

26

27 ---
   [1] On July 1, 2008, named defendant Applera Corporation announced that its name has been
28     changed to Applied Biosystems Inc., and it has been subsequently reorganized as Applied
       Biosystems, LLC.

THEIR ENTIRETY WITH PREJUDICE, with each side to bear its own costs of suit and attorneys' fees.

Dated: January 21, 2009           FISH & RICHARDSON P.C.


                                  By: /s/ Steven C. Carlson
                                      Steven C. Carlson

                                  Attorneys for Defendant and Counterclaimant


Dated: January 21, 2009           HOWREY LLP


                                  By: /s/ David L. Bilsker
                                      David L. Bilsker

                                  Attorneys for Plaintiffs and Counter-defendants
                                  CORBETT LIFE SCIENCE; CORBETT
                                  ROBOTICS INC.; and CORBETT RESEARCH
                                  PTY LTD.,


**DECLARATION OF CONSENT**

I, Steven C. Carlson, hereby attest that concurrence in the filing of this document has been obtained from David L. Bilsker, counsel for Plaintiffs, which shall serve in lieu of his signature on the document.

Dated: January 21, 2009           FISH & RICHARDSON P.C.


                                  By: /s/ Steven C. Carlson
                                      Steven C. Carlson

/ / /

/ / /

/ / /

/ / /

**[PROPOSED] ORDER**

This matter, having been resolved as to Defendant APPLIED BIOSYSTEMS INC. and Counter-Defendants CORBETT LIFE SCIENCE; CORBETT ROBOTICS INC.; and CORBETT RESEARCH PTY LTD., by the above STIPULATED DISMISSAL, is hereby ordered CLOSED.

Dated: January 21, 2009

_____
The Hon. William H. Alsup
United States District Judge

*IT IS SO ORDERED* — Judge William Alsup

50631040.doc