IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORBETT LIFE SCIENCE, CORBETT ROBOTICS, INC., and CORBETT RESEARCH PTY. LTD.,

Plaintiffs,

v.

APPLERA CORPORATION and APPLIED BIOSYSTEMS,

Defendants.

No. C 08-03139 WHA

**ORDER RE DEFENDANTS' MOTION CHALLENGING PLAINTIFFS' CONFIDENTIALITY DESIGNATION**

In view of the fact that the case was dismissed completely on January 21, 2009, the motion challenging confidentiality of discovery designations is untimely and the Court lacks jurisdiction to hear the proposed motion. The hearing set of September 3, 2009, is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE